IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, 1617 35TH Street, NW Washington, D.C. 20007, | ) ) ) ) ) | |
| and | ) ) | |
| DAVID BERENSON, individually and on behalf of all others similarly situated, 1617 35TH Street, NW Washington, D.C. 20007, | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil 1:03cv02004 (RBW) |
| NATIONAL FINANCIAL SERVICES, LLC, a Delaware Limited Liability Company, 82 Devonshire Street Boston, Massachusetts 02109 SERVE:   Jay Freedman, Resident Agent          82 Devonshire Street          Boston, Massachusetts 02109 | ) ) ) ) ) ) ) ) | |
| and | ) ) | |
| FIDELITY BROKERAGE SERVICES, LLC a Delaware Limited Liability Company, 82 Devonshire Street Boston, Massachusetts 02109 SERVE:   CT CORPORATION SYSTEM,          Registered Agent          1025 Vermont Avenue, NW          Washington, D.C. 20005 | ) ) ) ) ) ) ) ) ) | **Class Action** **Jury Trial Demanded** |
| and | ) ) | |
| DOES 1-50, inclusive, | ) ) | |
| Defendants | ) ) | |

## NOTICE

Please enter the appearance of Kenneth L. McWilliams of Johanson Berenson LLP, in addition to Douglas A. Rubel, as counsel for the Plaintiffs.

Dated: October 7, 2003                              Respectfully submitted,

                                                    //s// Kenneth L. McWilliams
                                                    Kenneth L. McWilliams [DC 462723]
                                                    Johanson Berenson LLP
                                                    1146 Walker Road, Suite C
                                                    Great Falls, Virginia 22066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice was mailed, postage prepaid, via first-class mail, this 7th day of October, 2003 to:

National Financial Services, LLC
C/o Jay Freedman, Resident Agent
82 Devsonshire Street
Boston, Massachusetts 02019

Fidelity Brokerage Services, LLC
C/o CT Corporation System, Registered Agent
1025 Vermont Avenue, NW
Washington, D.C. 20005

                                                    //s// Kenneth L. McWilliams