Use the Tab key to move from field to field on this form.

AO 440-online (Rev. September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOAN BERENSON, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,
AND DAVID BERENSON, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

V.

NATIONAL FINANCIAL SERVICES LLC;
FIDELITY BROKERAGE SERVICES, LLC;
AND DOES 1-50

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:03CV02004

JUDGE: Reggie B. Walton

CASE NUMBER  DECK TYPE: General Civil

DATE STAMP: 09/■/2003

26

TO: (Name and address of Defendant)

FIDELITY BROKERAGE SERVICES, LLC
C/O CT Corporation System, Resident Agent
1025 Vermont Avenue, NW
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Rubel, Esquire
Johanson Berenson LLP
1146 Walker Road, Suite C
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP 26 2003
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/2/03 at 10:49 am |
| NAME OF SERVER (PRINT)  Brandon Snesko | TITLE | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **by serving Robin Brown, Correspondence Clerk, authorized to accept. Service was completed at 1025 Vermont Avenue, NW, Washington, DC 20005.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/2/03
         Date          Signature of Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050
         Address of Server

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge, Class Complaint for Injunctive Relief and Damages and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.