IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, FIDELITY BROKERAGE SERVICES, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 1:03 CV 02004 (RBW) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING OR MOTION**

Pursuant to Fed. R. Civ. P. 6(b) and this Court's General Order and Guidelines for Civil Cases, ¶ 5, defendants National Financial Services, LLC and Fidelity Brokerage Services, LLC (hereinafter collectively "Fidelity" or "defendants") respectfully move for a 16-day enlargement of time -- until November 7, 2003 -- in which to file a responsive pleading or motion pursuant to Fed. R. Civ. P. 12.

In support of this motion, the defendants state as follows:

1) Neither party has previously requested or received an enlargement of time in this case.

2) An enlargement of time is warranted in order for the defendants to marshal necessary information and to prepare a fulsome response to the complaint. This case is a proposed nationwide class action against Fidelity on behalf of "all persons who subscribed to and used the Fidelity BillPay EBPS during the six year period preceding the filing of this action." The 32-page complaint contains seven counts sounding in a variety of complex statutory and common law causes of action. Upon service of the complaint on October 2, 2003, the defendants and

counsel immediately and diligently began to investigate the factual allegations and to conduct relevant legal research. The defendants anticipate that these preliminary activities can be completed in time to file a responsive pleading or motion by the proposed enlarged deadline.

3) The proposed enlargement of time will have no effect on any previously scheduled deadlines in the case.

4) If the defendants elect to reply by filing a dispositive motion, the parties propose that the plaintiffs have 21 days to file their opposition and that the defendants have 14 days to file any reply.

5) Counsel have conferred as required by Local Rule 7.1(m) and the plaintiffs' counsel assents to this motion.

WHEREFORE, the Defendants' Consent Motion for Enlargement of Time to File a Responsive Pleading or Motion should be granted.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES, LLC
FIDELITY BROKERAGE SERVICES, LLC
By their attorneys,


/s/ Lawrence H. Martin
Lawrence H. Martin (D.C. Bar No. 476639)
FOLEY HOAG LLP
1747 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4604
(202) 223-1200

Nicholas C. Theodorou
John A. Shope
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

DATED:  October 16, 2003

17/504995.2