IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, FIDELITY BROKERAGE SERVICES, LLC, and DOES 1-50, inclusive,<br><br>      Defendants. | Civil Action No. 1:03 CV 02004 (RBW) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

  I, the undersigned, counsel of record for Defendants National Financial Services, LLC and Fidelity Brokerage Services, LLC (collectively, "Defendants") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Defendants which have any outstanding securities in the hands of the public.

  The parent company of both Fidelity Brokerage Services, LLC and National Financial Services, LLC is FMR Corp., a privately-held company.  FMR Corp. might be deemed to be an "affiliate" of Colt Telecom Group PLC ("Colt") by virtue of its ownership of shares of Colt, which company's shares are publicly traded.

- 2 -

    These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES, LLC
FIDELITY BROKERAGE SERVICES, LLC
By their attorneys,


/s/ Lawrence H. Martin_____
Lawrence H. Martin (D.C. Bar No. 476639)
FOLEY HOAG LLP
1747 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4604
(202) 223-1200

Nicholas C. Theodorou
John A. Shope
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

DATED: October 16, 2003

17/505041.1