AO 440 (Rev. September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOAN BERENSON, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,
AND DAVID BERENSON, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

**SUMMONS IN A CIVIL CASE**

V.

NATIONAL FINANCIAL SERVICES LLC;
FIDELITY BROKERAGE SERVICES, LLC;
AND DOES 1-50

CASE NUMBER  1:03CV02004

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 09/__/2003

26

TO: (Name and address of Defendant)

NATIONAL FINANCIAL SERVICES, LLC
c/o Jay Freedman, Resident Agent
82 Devonshire Street
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Rubel, Esquire
Johanson Berenson LLP
1146 Walker Road, Suite C
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      SEP 26 2003

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME: |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | OCTOBER 3, 2003 | 12:45 PM |
| NAME OF SERVER (PRINT) JAMES CAMPBELL | TITLE PRIVATE PROCESS SERVER | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: JAY FREEDMAN, REGISTERED AGENT AT 82 DEVONSHIRE STREET, BOSTON, MA 02109

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   OCTOBER 3, 2003
                    Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009

Address of Server

* SUMMONS
* NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE
* COMPLAINT
* INITIAL ELECTRONIC CASE FILING ORDER

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.