IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, FIDELITY BROKERAGE SERVICES, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 1:03 CV 02004 (RBW)<br><br>Next Event:  Response to Complaint, November 7, 2003 |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS C. THEODOROU, JOHN A. SHOPE, KEVIN C. CONROY AND WILLIAM W. FICK

Defendants National Financial Services, LLC and Fidelity Brokerage Services, LLC, by and through Lawrence H. Martin, an active member of the United States District Court for the District of Columbia, hereby move for the admission *pro hac vice* of Nicholas C. Theodorou, John A. Shope, Kevin C. Conroy and William W. Fick in the above-captioned case. As grounds for this Motion Defendants state:

1.  As set forth in the attached affidavit, Mr. Theodorou is a member in good standing of the Bars of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts. He is a partner in the law firm of Foley Hoag LLP, 155 Seaport Blvd., Boston, Massachusetts 02110, (617) 832-1000, (617) 832-7000 (fax).

2.  As set forth in the attached affidavit, Mr. Shope is a member in good standing of the Bars of Massachusetts and Connecticut. He is also a member of the Bars of the United States Supreme Court, the United States Courts of Appeals for the First and Second Circuits, and the

United States District Courts for the Districts of Massachusetts and Connecticut.  Mr. Shope is also a partner with Foley Hoag LLP at the Boston address stated above.

3. As set forth in the attached affidavit, Mr. Conroy is a member in good standing of the Bars Massachusetts and the United States District Court for the District of Massachusetts. Mr. Conroy is an associate with Foley Hoag LLP at the Boston address stated above.

4. As set forth in the attached affidavit, Mr. Fick is a member in good standing of the Bars of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts.  Mr. Fick is also an associate with Foley Hoag LLP at the Boston address stated above.

5. Mr. Theodorou, Mr. Shope, Mr. Conroy, and Mr. Fick are each versed in and familiar with the local rules of the United States District Court for the District of Columbia.

6. Plaintiffs' counsel assents to the granting of this motion.

WHEREFORE, for the foregoing reasons Defendants respectfully request that their Consent Motion for Admission *Pro Hac Vice* of the aforementioned individuals be granted.

    Respectfully submitted,

    NATIONAL FINANCIAL SERVICES, LLC
    FIDELITY BROKERAGE SERVICES, LLC
    By their attorneys,

    /s/ Lawrence H. Martin
    Lawrence H. Martin (D.C. Bar No. 476639)
    FOLEY HOAG LLP
    1747 Pennsylvania Avenue, N.W.
    Suite 1200
    Washington, D.C. 20006
    (202) 223-1200

    Counsel for Defendants

Dated:  October 30 2003