IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, FIDELITY BROKERAGE SERVICES, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 1:03 CV 02004 (RBW)<br><br>Next Event:  Response to Complaint, November 7, 2003 |

### AFFIDAVIT OF NICHOLAS THEODOROU

I, NICHOLAS THEODOROU, certify as follows:

1. I am a partner in the law firm of Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210-2600.

2. I am a member in good standing of the Massachusetts Bar and have been since I was admitted to that Bar in 1982.

3. I am also admitted to the Bars of the United States Courts of Appeals for the First Circuit and the United States District Court for the District of Massachusetts.

4. I have not been admitted *pro hac vice* to appear and practice before the United States District Court for the District of Columbia in the last two years.

5. There are no disciplinary actions or grievances pending against me; and

6. I have not been disciplined by any bar.

Dated: October 29, 2003

_____
Nicholas Theodorou

Sworn before me this 29 day of October, 2003.

_____
Notary Public
My commission expires: 3/20/09

16/371959.1