IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, FIDELITY BROKERAGE SERVICES, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 1:03 CV 02004 (RBW)<br><br>Next Event:   Response to Complaint, November 7, 2003 |

## AFFIDAVIT OF JOHN A. SHOPE

I, JOHN A. SHOPE, certify as follows:

1. I am a partner in the law firm of Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210-2600.

2. I am a member in good standing of the Massachusetts Bar and have been since I was admitted to that Bar in 1992; I am also admitted to the Bar of the State of Connecticut and have been a member in good standing since my admission in 1992.

3. I am also admitted to the Bars of the Supreme Court of the United States, the United States Courts of Appeals for the First Circuit and the Second Circuit, and the United States District Courts for the Districts of Massachusetts and Connecticut.

4. I have not been previously admitted *pro hac vice* to appear and practice before the United States District Court for the District of Columbia.

5. There are no disciplinary actions or grievances pending against me; and,

6. I have not been disciplined by any bar.

Dated: October 24, 2003

John A. Shope

Sworn before me this 24th day of October, 2003.

Alida McGoldrick
Notary Public
My commission expires: 11/26/04

17/506117.