IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN BERENSON and DAVID
BERENSON, individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

NATIONAL FINANCIAL SERVICES, LLC,
FIDELITY BROKERAGE SERVICES, LLC,
and DOES 1-50, inclusive,

    Defendants.

CIVIL ACTION NO. 1:03 CV 02004 (RBW)

Next Event:  Response to Complaint,
November 7, 2003

## AFFIDAVIT OF KEVIN C. CONROY

I, KEVIN C. CONROY, certify as follows:

1. I am an associate in the law firm of Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210-2600.

2. I am a member in good standing of the Massachusetts Bar and have been since I was admitted to that Bar in 1999.

3. I am also admitted to the Bar of the United States District Court for the District of Massachusetts.

4. I have not been previously admitted *pro hac vice* to appear and practice before the United States District Court for the District of Columbia.

5. There are no disciplinary actions or grievances pending against me; and,

6. I have not been disciplined by any bar.

Dated: October 28, 2003

_____
Kevin C. Conroy

Sworn before me this 28th day of October, 2003.

_____
Notary Public
My commission expires: 6/11/04

16/371958.1