IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, FIDELITY BROKERAGE SERVICES, LLC, and DOES 1-50, inclusive<br><br>Defendants. | Civil Action No. 1:03 CV 02004 (RBW) |

## AFFIDAVIT OF WILLIAM W. FICK

I, WILLIAM W. FICK, certify as follows:

1. I am an associate of Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600.

2. I am a member in good standing of the Massachusetts Bar and have been since I was admitted to that Bar in 2002.

3. I am also admitted to the Bars of the United States Court of Appeals for the First Circuit and the United States District Court for the District of Massachusetts.

4. I have not previously been admitted *pro hac vice* to appear and practice before the United States District Court for the District of Columbia.

5. There are no disciplinary actions or grievances pending against me; and,

6. I have not been disciplined by any bar.

Dated: October 28, 2003

_____
William W. Fick

Sworn before me this 28th day of October, 2003.

_____
Notary Public
My commission expires: _____
Donna Marie Potter, Notary Public
My Commission Expires July 25, 2010