IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN BERENSON and DAVID
BERENSON, individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.

NATIONAL FINANCIAL SERVICES, LLC,
FIDELITY BROKERAGE SERVICES, LLC,
and DOES 1-50, inclusive,

        Defendants.

Civil Action No. 1:03 CV 02004 (RBW)

## AFFIDAVIT OF ANNE WARREN FAGAN

1.    I make this affidavit voluntarily and on the basis of personal knowledge or upon review of the business records of Fidelity Brokerage Services, LLC ("Fidelity"), which records are made and maintained in the ordinary course of business by persons with knowledge at or near the time of the events recorded therein.

2.    I am a Director of Brokerage Services for Fidelity and in that capacity, I am familiar with the various marketing materials relating to Fidelity products, including but not limited to BillPay. I am also familiar with the various agreements that govern Fidelity's relationships with its customers, including but not limited to its BillPay customers.

3.    Fidelity's relationship with BillPay customers is governed by the "global" Customer Agreement, the BillPay Service Agreement, and the Fidelity Prospectus for the customer's "Core Account." A Core Account is a money market mutual fund or cash account in the customer's name that is used to receive and transfer funds and for other transactions. A true and accurate copy of the current "global" Customer Agreement is attached as Exhibit A. A true and accurate copy of the current BillPay Service Agreement is attached as Exhibit B. A true and

accurate copy of the current prospectus for U.S. Government Reserves and Fidelity Cash Reserves, which Joan and David Berenson currently use for their Core Account, is attached as Exhibit C.

4. Fidelity provides customers with copies of the Customer Agreement and any pertinent prospectuses when they open their account. In addition, Fidelity provides customers with a copy of the BillPay Service Agreement when they enroll in the BillPay service. All of these documents may be viewed on Fidelity's website. The BillPay Service Agreement in particular has been on Fidelity's website since at least 1998. When material changes are made to these documents, Fidelity notifies customers by mail or electronically.

5. Fidelity agreements and prospectuses disclose that a BillPay customer's Core Account will be debited on the transaction date selected in advance by the customer, that the funds will be transferred to an account Fidelity maintains for this purpose, that it may take up to five days before the designated payee is credited with the funds paid from the separate Fidelity account, and that the customer will not earn dividend income on funds after they have been debited from his or her own account.

6. In 1996, Fidelity developed a replacement for the Fidelity Bill Payment Service called Fidelity Interactive Bill Payment Service, which offered improved touch-tone telephone access as well as an access option via personal computer. In connection with this upgrade, existing customers were provided with Fidelity Interactive Bill Payment Service User's Guides and Disclosure Agreements.

7. In June 1996, Fidelity created two versions of the Fidelity Interactive Bill Payment Service User's Guide, one for touch-tone telephone transactions and one for computer

transactions. Attached hereto as Exhibits D and E are true and accurate copies of these User's Guides.

8.  In June 1996, Fidelity created the Fidelity Interactive Bill Payment Service Software License and Disclosure Agreement for Personal Computer and the Fidelity Interactive Bill Payment Service Disclosure Agreement for Touch-Tone Telephone. Attached hereto as Exhibits F and G are true and accurate copies of these Agreements.

9.  Attached hereto as Exhibit H is a true and accurate copy of the 1996 prospectus for the Fidelity Daily Income Trust, a money market mutual fund used by Joan and David Berenson as their Core Account.

10. In November 1998, Fidelity prepared three separate mailings for its BillPay Customers: (i) a mailing for Premium customers; (ii) a mailing for customers with more than $100,000 in their accounts; and (iii) a mailing for customers with less than $100,000 in their accounts. True and accurate copies of each of the letters are attached as Exhibits I, J and K. Included with the letter to Fidelity's BillPay Customers was a copy of the Fidelity BillPay Service Agreement. A true and accurate copy of the Fidelity BillPay Service Agreement and User Guide as of 1998 is attached as Exhibit L.

11. A true and accurate copy of the 1998 prospectus for the Fidelity Daily Income Trust money market mutual fund is attached as Exhibit M.

12. By November 1998, Fidelity had posted the Fidelity BillPay Service Agreement on the Fidelity Internet web-site. A current version of the Agreement has been posted on the web-site since that time. Today, every web page that deals with the BillPay Service on Fidelity's web-site contains a link that the customer can click in order to access the BillPay Service Agreement.

13. Fidelity records indicate that the Berensons are frequent users of the Fidelity website.

14. In May 2000, Fidelity sent a letter to all BillPay customers, including the Berensons, noting that, effective on June 16, 2000, touch-tone phone service would be deactivated and that Fidelity web-based services would be enhanced in late June of that year. The letter included a buckslip that stated: "the Fidelity BillPay Service Agreement has been amended to reflect important changes outlined in this letter. Please visit fidelity.com/goto/billpayagree/ to read the new Service Agreement. Use of the Fidelity BillPay service on or after June 16, 2000 - the effective date of these changes - indicates your agreement with the modifications and amendments." True and accurate copies of the letter and buck-slip are attached as Exhibits N and O.

15. Before June 18, 2000, Fidelity implemented a notification of changes to the BillPay Service Agreement on Fidelity's Internet web site. Customers who used the BillPay service on the web site had to click-through a pop-up window that stated: "Effective June 18, 2000 we have updated the Fidelity BillPay Service Agreement to reflect important changes. Use of the Service after June 18 indicates your agreement with the modifications and amendments." A copy of the pop-up statement is attached as Exhibit P.

16. Attached as Exhibit Q is the BillPay Service Agreement effective on June 18, 2000.

I declare under the penalty of perjury that the foregoing is true and accurate.

Signed this 10 th day of November, 2003.

*Anne Warner B*

Dated: November 10, 2003
Boston, Massachusetts

16/372167.3