IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 1:03 CV 02004 (RBW) |

## AFFIDAVIT OF COLLEEN A. HANKINS

I, Colleen A. Hankins, certify as follows:

1) I am employed as Senior Legal Counsel by FMR Corp., parent company of defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together "Fidelity").

2) I make this affidavit based on my personal knowledge or my review of the business records of those companies and FMR Corp., which records are made and maintained in the ordinary course of business by persons with knowledge at or near the time of the events recorded therein.

3) Exhibit A is a spreadsheet prepared at my direction based upon the records of FMR Corp. that shows by percentage the geographic distribution of Fidelity BillPay clients as of October 24, 2003 and BillPay transaction volume by state for the current year-to-date as of October 24, 2003.

4) Exhibit A shows that 15.36% of total BillPay clients reside in Massachusetts, the largest group of any state, compared with just 0.51% who reside in the District of Columbia.

5) Exhibit A also shows that Massachusetts residents have transacted more than thirty times the dollar volume in bill payments so far this year, as compared to residents of the District of Columbia.

6) Defendants National Financial Services LLC, Fidelity Brokerage Services LLC, and their parent company, FMR Corp., all maintain their principal place of business in Boston, Massachusetts.

7) Fidelity's overall management of the BillPay service, including relations with the BillPay vendor, CheckFree Corp., marketing, and development of customer documentation and agreements, is exercised from Boston, Massachusetts.

8) Key personnel and witnesses with knowledge of facts relevant to this matter are likely to include: Anne Warren Fagan, the Director of Brokerage Services for defendant Fidelity Brokerage Services LLC, and Terry Green, Vice President FundsNetwork. With regard to the marketing of the BillPay service, which the plaintiffs contend was fraudulent, key witnesses will be former Fidelity marketing personnel John LoPresti and Donald Porzio. All of these Fidelity employees are based in Boston. Because all policy decisions concerning BillPay, including the marketing of the service, were made in Boston, other relevant present and former personnel are likely to be based in Boston as well.

9) Likewise, most of the documentation related to the BillPay service and the allegations in the Complaint are likely to be found in Boston. Specifically, files containing BillPay

marketing and registration materials, including form customer agreements and enrollment materials, are maintained in Boston.

10)    Technical operation of the BillPay service is managed from New York City, but all decisions as to general procedures are made in Boston.

I declare under the penalty of perjury that the foregoing statement is true and accurate.

*[signature]*
Colleen A. Hankins

Dated: November 12, 2003
Boston, Massachusetts

17/506999.4

**Fidelity BillPay Statistics by State**     EXHIBIT A
(as of 10/24/03)

| State | % of BillPay Customers | % of BillPay Dollars YTD |
|---|---|---|
| MA | 15.36% | 17.87% |
| CA | 11.81% | 12.66% |
| TX | 8.99% | 8.49% |
| NY | 7.01% | 6.37% |
| FL | 6.41% | 6.25% |
| NJ | 4.96% | 5.97% |
| IL | 4.08% | 4.47% |
| OH | 2.88% | 2.40% |
| VA | 2.75% | 3.11% |
| NH | 2.67% | 2.17% |
| CT | 2.54% | 3.67% |
| PA | 2.46% | 2.48% |
| MI | 2.45% | 2.29% |
| WA | 2.44% | 1.98% |
| GA | 2.18% | 2.51% |
| MD | 1.93% | 2.11% |
| CO | 1.68% | 1.40% |
| NC | 1.56% | 1.00% |
| AZ | 1.39% | 1.18% |
| UT | 1.23% | 0.60% |
| INTL* | 1.13% | 0.50% |
| RI | 1.02% | 0.79% |
| MN | 0.96% | 0.85% |
| MO | 0.75% | 0.90% |
| OR | 0.75% | 0.66% |
| KY | 0.75% | 0.58% |
| IN | 0.73% | 0.62% |
| TN | 0.67% | 0.73% |
| WI | 0.66% | 0.52% |
| NV | 0.54% | 0.62% |
| SC | 0.53% | 0.47% |
| DC | 0.51% | 0.59% |
| ME | 0.47% | 0.37% |
| LA | 0.47% | 0.38% |
| AL | 0.37% | 0.28% |
| KS | 0.34% | 0.28% |
| VT | 0.31% | 0.27% |
| NM | 0.29% | 0.22% |
| HI | 0.26% | 0.15% |
| OK | 0.24% | 0.15% |
| DE | 0.21% | 0.17% |
| IA | 0.18% | 0.18% |
| AR | 0.17% | 0.11% |
| AK | 0.14% | 0.13% |
| MS | 0.14% | 0.09% |
| ID | 0.14% | 0.11% |
| WV | 0.10% | 0.09% |
| SD | 0.10% | 0.02% |
| MT | 0.10% | 0.04% |
| NE | 0.08% | 0.04% |
| WY | 0.08% | 0.09% |
| ND | 0.04% | 0.02% |
| PR* | 0.02% | 0.01% |
| VI* | 0.01% | 0.00% |
| GU* | 0.01% | 0.01% |
| AP* | 0.00% | 0.00% |

* Refers to international accounts.