IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, et al., | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil 1:03cv02004 (RBW) |
| NATIONAL FINANCIAL SERVICES, LLC, et al., | ) ) | |
| Defendants | ) ) | |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO OPPOSE DEFENDANTS' MOTION TO TRANSFER VENUE**

Plaintiffs, Joan Berenson and David Berenson, each individually and on behalf of all others similarly situated, by counsel and pursuant to Rule 6(b), Fed. R. Civ. P., and this Court's General Order and Guidelines for Civil Cases, paragraph 5, respectfully move for an 11-day enlargement of time -- until December 5, 2003 -- in which to oppose the motion of Defendants, National Financial Services, LLC and Fidelity Brokerage Services, LLC, to Transfer Venue.

In support of their Consent Motion, Plaintiffs state as follows:

(a)  This Court granted Defendants' consent motion for an enlargement of time to answer or otherwise file a responsive pleading to the Complaint in this case (with the requested concomitant enlargement of time for Plaintiff's opposition and Defendants' reply).

(b)  An enlargement of time to respond to Defendants' Motion to Transfer Venue is warranted so that Plaintiffs can focus their efforts on responding to Defendants' pending Motion to Dismiss and/or for Summary Judgment. Defendants filed a dispositive

motion totaling 291 pages on November 7, 2003, and Plaintiffs' counsel is diligently conducting legal research, evaluating the numerous factual allegations set forth in affidavits served with Defendants' responsive pleading and drafting Plaintiffs' response. The extension will permit Plaintiffs' counsel time to complete their response to Defendants' Motion To Dismiss and/or For Summary Judgment (due on or before November 28, 2003) while responding to the issues set forth in Defendants' Motion to Transfer Venue.

(c) The proposed enlargement of time will not affect any other previously scheduled deadlines.

(d) Counsel conferred as required by Local Rule 7.1(m) and Defendants' counsel consents to this Motion.

(e) This Consent Motion is being filed more than four days before the present deadline for Plaintiffs' response.

WHEREFORE, the Plaintiffs respectfully request this Court to grant their Consent Motion for Enlargement of Time in Which to Oppose Defendants' Motion to Transfer Venue. A proposed Order accompanies this Consent Motion.

Dated: November 17, 2003                    Respectfully submitted,

//s// Kenneth L. McWilliams
Kenneth L. McWilliams [462273]
Johanson Berenson LLP
1146 Walker Road, Suite C
Great Falls, Virginia 22066
(703) 759-1055

Douglas A. Rubel [416676]
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 654-4544