IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON AND DAVID BERENSON, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, et al.,<br><br>      Defendants | 1:03 CV 02004 RBW |

**AFFIDAVIT OF DAVID BERENSON**

David Berenson, being duly sworn on oath, hereby deposes and states as follows:

1. I am over the age of 18 years and am otherwise competent to testify.

2. I am a Plaintiff in the above referenced case and provide this Affidavit in support of Plaintiffs' opposition to the Defendants' Motion to Dismiss or for Summary Judgment.

3. At no time was I notified by Fidelity that I would not earn interest on the monies that were the subject matter of my BillPay transactions and placed into a "special" Fidelity account for purposes of the BillPay service.

4. At all times relevant, I fully expected and understood that Fidelity was to pay interest on my designated monies until those funds were credited by the transferee I designated under the BillPay service. Had Fidelity notified me otherwise, or I understood otherwise, I would not have utilized the BillPay service.

5. I have accessed the Fidelity internet website. My purpose has been solely to check on the performance of certain stocks or other investments in which I own an interest. The

Fidelity BillPay service is not set forth on the Fidelity internet homepage and I am not required to have reviewed the BillPay internet materials in order to review the performance of my investments.

6. My BillPay account was first set up via written instructions and I continued to provide written and oral instructions to Fidelity for the purposes of designating payees and making transactions under BillPay. I did not use, and have not used, BillPay via the internet or via telephone.

FURTHER AFFIANT SAYETH NOT.

_____
DAVID BERENSON