IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, et al.,<br><br>       Plaintiffs<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, et al.,<br><br>       Defendants | Civil 1:03cv02004 (RBW) |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO FILE MOTION FOR CERTIFICATION OF CLASS**

      Plaintiffs, Joan Berenson and David Berenson, each individually and on behalf of all others similarly situated, by counsel and pursuant to Rule 6(b), Fed. R. Civ. P., and this Court's General Order and Guidelines for Civil Cases, paragraph 5, respectfully move for an enlargement of time in which to file their motion for class certification. Plaintiffs seek to enlarge the time to either (i) a date to be determined by the Court at the Scheduling Conference or (ii) to a date at least ninety (90) days after the later of the Scheduling Conference or the issuance of the Court's Scheduling Order. Defendants consent to the relief being requested herein.

      In support of their Consent Motion, Plaintiffs state as follows:

      (a)    Defendants requested and were granted one previous extension to file a responsive pleading to the Complaint. Plaintiffs requested and were granted one previous extension to file an Opposition to Plaintiff's Motion to Transfer Venue.

      (b)    This Court's local rules require the filing of a motion for class certification within ninety (90) days of the filing of the Complaint. In this case, that would be on or before December 24, 2003.

      (c)    On November 7, 2003, Defendants filed a motion to dismiss or for summary

judgment. Plaintiffs' opposition was filed on November 28, 2003 and the reply is due on or before December 12, 2003.

(d) On November 13, 2003, Defendants filed a Motion to Transfer Venue to the District of Massachusetts. Plaintiffs' opposition is being filed today (December 5, 2003) and the reply is due on or before December 12, 2003.

(e) A hearing has been requested on both motions.

(f) An enlargement of time to respond to file the class certification motion is warranted so that the Court can first determine the pending dispositive motion and the transfer motion. It is possible that one those determinations may moot the filing of a class certification motion in this Court. The requested enlargement of time will also save the parties' valuable resources and is in the interest of judicial economy. Plaintiffs also will request an opportunity to conduct discovery as to the class issue before filing the motion for class certification.

(g) The proposed enlargement of time will not affect any other previously scheduled deadlines.

(h) Counsel conferred as required by Local Rule 7.1(m) and Defendants' counsel consents to the relief being requested in this Motion.

(i) This Consent Motion is being filed more than four (4) days before the present deadline for Plaintiffs' motion.

WHEREFORE, the Plaintiffs respectfully request this Court to grant their Consent Motion for Enlargement of Time in Which to File a Motion for Class Certification. A proposed Order accompanies this Consent Motion.

Dated: December 5, 2003                     Respectfully submitted,

//s//Kenneth L. McWilliams                  //s//Douglas A. Rubel
Kenneth L. McWilliams #462723               Douglas A. Rubel   #416676
Johanson Berenson LLP                       Johanson Berenson LLP
1146 Walker Road, Suite C                   201 Shannon Oaks Circle, Suite 200
Great Falls, Virginia 22066                 Cary, North Carolina 27511
(703) 759-1055                              (919) 654-4544