IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>              Defendants. | Civil Action No. 1:03 CV 02004 (RBW) |

## SUPPLEMENTAL AFFIDAVIT OF ANNE WARREN FAGAN

1.    I make this affidavit voluntarily and on the basis of personal knowledge or upon review of the business records of Fidelity Brokerage Services LLC ("Fidelity"), which records are made and maintained in the ordinary course of business by persons with knowledge at or near the time of the events recorded therein.

2.    I am a Director of Brokerage Services for Fidelity and in that capacity, I am familiar with the fidelity.com website.

3.    Attached hereto as Exhibit A is a true representation of the "Portfolio Summary" webpage that appears when a customer logs in to his account on the fidelity.com website (for example, to check investments). This page contains two links to BillPay, one in the top margin and one in a "pull down" menu (which is circled in the exhibit).

4.    Attached hereto as Exhibit B is a true representation of the primary BillPay webpage that customers use to set up and manage BillPay services. This is the page that opens when a customer clicks the "link" to BillPay described above in ¶ 3. This page, in turn (like all other BillPay web pages) contains a link to the BillPay Service Agreement.

17/510873.1

I declare under the penalty of perjury that the foregoing is true and accurate.

Signed this 8th day of December, 2003.

*Anne Warren Fay* (signature)

## Fidelity.com — Portfolio Summary

**LOGIN/LOGOUT** | Home | Open an Account | Help      SEARCH [ ]    **GET QUOTE**

**My Fidelity | Accounts & Trade | Quotes & Research | Planning & Retirement | Products | Customer Service**

Portfolio Summary | Trade | Transfer Money/Shares | BillPay | Update Accounts/Features | Statements | Full View | Active Trader

Accounts & Trade >

### Portfolio Summary

**Portfolio Net Worth:**     **HELP**

Total Number of Accounts: 3     Portfolio analysis

**Personal Investing**     Update Accounts/Features

ROLLOVER IRA    $    >> Select Action <<

    Mutual Fund Trade

JOINT WROS    $    >> Select Action <<

**NetBenefits**

PROFIT SHARING    $    >> Select Action <<
- Trade Stocks
- Trade Mutual Funds
- Trade Fixed Income
- Trade/View Baskets
- Transfer Money/Shares
- *(Update Accounts)*
- *(Pay Bills)*
- Balances
- Positions

**Page Display**
Name your accounts
Hide accounts with $0.00 balances

Brokerage accounts reported as of: 12/03/2003, 3:3—
Mutual Fund accounts reported as of: 12/03/2003, 3:30am.
NetBenefits accounts reported as of the end of the day: .

Please note that NetBenefits accounts are displayed for informational purposes only and may not reflect the account in its entirety. For more details pertaining to your NetBenefits account, please refer to your statement or logon to NetBenefits.

Your use of the Personal Investing website is subject to these terms and conditions.

---

**Market Update**

(Real Time) as of 5:49pm 12/3/2003

| | Last | Change | % |
|---|---|---|---|
| DJIA | 9,873.42 | +19.78 | +0.20% |
| NASDAQ | 1,960.25 | -19.82 | -1.00% |
| S&P 500 | 1,064.73 | -1.89 | -0.18% |
| Nikkei 225 | 10,326.39 | -83.76 | -0.60% |

Market News

**Related Links**
- View your Watch List
- Receive News Alerts about your portfolio holdings.
- Check an Account Transfer from another financial institution.

**New!** $8 trades for online equity orders: Learn how to qualify for Gold Level Pricing.

---

# Exhibit A

**Fidelity.com**  LOGIN/LOGOUT | Home | Open an Account | Help

My Fidelity | Accounts & Trade | Quotes & Research | Planning & Retirement | Products | Customer Service

SEARCH [ ]  GET QUOTE [ ]

Thursday, December 4, 2003

Accounts & Trade
>> Fidelity BillPay℠

- BillPay Home

**Schedule Payments**
- Single Payment
- Multiple Payments
- Recurring Payment
- Online Bill Mailbox

**View/Edit Payments**
- Pending
- History

**Payees**
- Add Payee
- Add Online Bill Payee
- View/Edit Payee
- View/Edit Online Bill Payee

**Other Features**
- Printable Payee List
- Select Account
- Help Contents
- Glossary

## BillPay Home

### Welcome to Fidelity BillPay℠

If you're new to BillPay, here's how to get started.

Click the links to the left to:

- Add Payees - any company or person you need to pay
- Schedule single, multiple, or recurring payments
- Review up to 90 days of BillPay payments in History

### Online Bill Delivery

Have certain bills presented online in the Online Bill Mailbox, instead of receiving them through the mail. View your bill, schedule payments, and review up to six months of Online Bill history.

- To start receiving bills online, go to Add Online Bill Payee. Even if a Payee has already been established in BillPay, you need to set up that Payee for the Online Bill feature.

- Once you have established an Online Bill Payee, allow the vendor six to eight weeks to begin presenting bills in your Online Bill Mailbox.

*Fidelity Investments®*

© Copyright 1998-2002 FMR Corp. All rights reserved.
Fidelity BillPay Service Agreement
Terms of Use.

Exhibit B

- 4 -

17/510873.1