UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FINANCIAL SERVICES, LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 03-2004 (RBW) ) ) ) ) ) ) ) |

## **ORDER**

Upon consideration of the defendants' motion to transfer venue, and for the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby this 14th day of May, 2004

**ORDERED** that the above-captioned case shall be **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**SO ORDERED**.


                                        REGGIE B. WALTON
                                        United States District Judge