IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## NOTICE OF APPEARANCE OF NICHOLAS C. THEODOROU

Please enter the appearance of Nicholas C. Theodorou as counsel for Defendants, National Financial Services LLC and Fidelity Brokerage Services LLC.

                                                  Respectfully submitted,

                                                  NATIONAL FINANCIAL SERVICES LLC
                                                  FIDELITY BROKERAGE SERVICES LLC
                                                  By their attorneys,

                                                  /s/       Nicholas C. Theodorou
                                                  Nicholas C. Theodorou, BBO No. 496730
                                                  John A. Shope, BBO No. 562056
                                                  William W. Fick, BBO No. 650562
                                                  FOLEY HOAG LLP
                                                  155 Seaport Boulevard
                                                  Boston, MA 02210
                                                  (617) 832-1000
                                                  NTHEODOROU@FOLEYHOAG.COM

DATED: June 18, 2004

17/504995.2