IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>    Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## NOTICE OF APPEARANCE OF WILLIAM W. FICK

Please enter the appearance of William W. Fick as counsel for Defendants, National Financial Services LLC and Fidelity Brokerage Services LLC.

          Respectfully submitted,

          NATIONAL FINANCIAL SERVICES LLC
          FIDELITY BROKERAGE SERVICES LLC
          By their attorneys,

          /s/  William W. Fick
          Nicholas C. Theodorou, BBO No. 496730
          John A. Shope, BBO No. 562056
          William W. Fick, BBO No. 650562
          FOLEY HOAG LLP
          155 Seaport Boulevard
          Boston, MA 02210
          (617) 832-1000
          WFICK@FOLEYHOAG.COM

DATED: June 18, 2004

17/504995.2