UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. Action No. 04-cv-11311-WGY ) |
| NATIONAL FINANCIAL SERVICES, LLC, a Delaware, Limited Liability Company, and FIDELITY BROKERAGE SERVICES, LLC, a Delaware, Limited Liability Company, and DOES 1-50, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

_____

NOTICE OF APPEARANCE

Please enter my appearance for Plaintiffs Joan Berenson and David Berenson in this matter.

Respectfully submitted,

Dated:    June 25, 2004

/s/ Susan E. Stenger_____
Susan E. Stenger
BBO #555552
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
617-854-4000

ses-appearance-berenson