UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and<br>DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, a Delaware, Limited Liability Company, and FIDELITY BROKERAGE SERVICES, LLC, a Delaware, Limited Liability Company, and DOES 1-50, inclusive,<br><br>               Defendants. | Civ. Action No. 04-cv-11311-WGY |

MOTION FOR ADMITTANCE
OF ATTORNEYS PRO HAC VICE

The undersigned counsel hereby moves for the admittance *pro hac vice* of Douglas Andrew Rubel, Esquire, and Kenneth L. McWilliams, Esquire, in this action. As grounds for this motion, the undersigned counsel states that she is an attorney in good standing admitted to practice before the United States District Court for the District of Massachusetts, has filed an appearance in this action, and submits herewith the supporting Certificates of Attorneys Douglas Andrew Rubel and Kenneth L. McWilliams.

- 2 -

WHEREFORE, this Honorable Court should allow the undersigned's motion for admittance of Douglas Andrew Rubel, Esquire, and Kenneth L. McWilliams, Esquire, as counsel for Plaintiffs in this action.

                                              Respectfully submitted,

Dated:   June 28, 2004                    /s/ Susan E. Stenger
                                                    Susan E. Stenger
                                                    BBO #555552
                                                    PERKINS SMITH & COHEN LLP
                                                    One Beacon Street, 30th Floor
                                                    Boston, MA  02108-3106
                                                    617-854-4000

ses-mot  PHV-berenson