UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|                                                              |     |
|--------------------------------------------------------------|-----|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. Action No. 04-cv-11311-WGY ) |
| NATIONAL FINANCIAL SERVICES, LLC, a Delaware, Limited Liability Company, and FIDELITY BROKERAGE SERVICES, LLC, a Delaware, Limited Liability Company, and DOES 1-50, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

_____

CERTIFICATE OF KENNETH L. McWILLIAMS
IN SUPPORT OF MOTION FOR ADMITTANCE PRO HAC VICE

I, KENNETH L. McWILLIAMS, do hereby certify that:

1.      I am an attorney admitted to practice in the following jurisdictions:  Court of Appeals for the 4th Circuit; Court of Appeals for the D.C. Circuit; Federal District Court for the Eastern and Western Districts of Virginia; Federal District Court for the District of the Columbia; Bankruptcy Court for the Eastern and Western Districts of Virginia; Bankruptcy Court for the District of Columbia; Supreme Court of Virginia; and the District of Columbia Court of Appeals.

2.      I am in good standing in each of the foregoing jurisdictions, and there are no disciplinary actions pending against me in any of the foregoing jurisdictions.

3.      I am familiar with the Local Rule of the United States District Court for the District of Massachusetts.

4.    I am counsel of record for the Plaintiffs in this action as it was filed in the District of Columbia, and which has been transferred to this Court.

Signed under the pains and penalties of perjury,

Dated:    June 25, 2004                    /s/ Kenneth L. McWilliams____
                                           KENNETH L. McWILLIAMS
                                           Johanson Berenson, LLP
                                           1146 Walker Road, Suite C
                                           Great Falls, VA  22066
                                           919-654-4545