UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, a Delaware, Limited Liability Company, and FIDELITY BROKERAGE SERVICES, LLC, a Delaware, Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | Civ. Action No. 04-cv-11311-WGY |

CERTIFICATE OF DOUGLAS ANDREW RUBEL
IN SUPPORT OF MOTION FOR ADMITTANCE PRO HAC VICE

I, DOUGLAS ANDREW RUBEL, do hereby certify that:

1. I am an attorney admitted to practice in the following jurisdictions: United States Court of Appeals for the Fourth Circuit (1995); United States Court of Appeals for the Ninth Circuit (2003); District of Columbia Court of Appeals and United States District Court for the District of Columbia (1988); United States District Court for the District of Maryland and Court of Appeals of Maryland (1989); Supreme Court of North Carolina

- 2 -

and Unites States District Court for the Eastern District of North Carolina (2001); and United States District Court for the Middle District of North Carolina (2003).

    2.    I am in good standing in each of the foregoing jurisdictions, and there are no disciplinary actions pending against me in any of the foregoing jurisdictions.

    3.    I am familiar with the Local Rule of the United States District Court for the District of Massachusetts.

    4.    I am counsel of record for the Plaintiffs in this action as it was filed in the District of Columbia, and which has been transferred to this Court.

Signed under the pains and penalties of perjury,

Dated:   June 25, 2004                                  /s/ Douglas Andrew Rubel
                                                                     DOUGLAS ANDREW RUBEL
                                                                     Johanson Berenson, LLP
                                                                     1146 Walker Road, Suite C
                                                                     Great Falls, VA  22066
                                                                     919-654-4545