IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## NOTICE OF APPEARANCE OF JOHN A. SHOPE

Please enter the appearance of John A. Shope as counsel for Defendants, National Financial Services LLC and Fidelity Brokerage Services LLC.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　NATIONAL FINANCIAL SERVICES LLC
　　　　　　　　　　　　　　　　　FIDELITY BROKERAGE SERVICES LLC
　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　/s/　　　John A. Shope_____
　　　　　　　　　　　　　　　　　Nicholas C. Theodorou, BBO No. 496730
　　　　　　　　　　　　　　　　　John A. Shope, BBO No. 562056
　　　　　　　　　　　　　　　　　William W. Fick, BBO No. 650562
　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　(617) 832-1000
　　　　　　　　　　　　　　　　　JSHOPE@FOLEYHOAG.COM

DATED: July 7, 2004

17/504995.2