UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:04-11311-WGY

**BERENSON**
**Plaintiff**

v.

**NATIONAL FINANCIAL SERVICES, ET AL**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for HEARING ON THE MOTION TO DISMISS at 2:00 p.m. , on WED. OCT. 13 , 2004. The 16.1 Scheduling Conference set for 9/14/04 is CANCELLED.
Please Note: The hearing will NOTtake place at the courthouse. It will TAKE PLACE AT:
SUFFOLK UNIVERSITY LAW SCHOOL
120 TREMONT ST.
4TH FLOOR MOOT COURTROOM
BOSTON,MA

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**August 24, 2004**

**To: All Counsel**