```
                                                                    1


 1                      UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-11311-WGY

 4
       * * * * * * * * * * * * * * * **
 5     JOAN BERENSON and DAVID          *
       BERENSON, individually and on    *
 6     behalf of all others similarly   *
       situated,                        *
 7                                      *
                 Plaintiffs,            *
 8                                      *
       v.                               *  MOTION HEARING
 9                                      *
       NATIONAL FINANCIAL SERVICES LLC  *
10     FIDELITY BROKERAGE SERVICES LLC, *
       and DOES 1-50, inclusive,        *
11                                      *
                 Defendants.            *
12     * * * * * * * * * * * * * * * **

13            BEFORE:  The Honorable William G. Young,
                              District Judge
14

15     APPEARANCES:

16
                 PERKINS, SMITH & COHEN (By Susan E.
17        Stenger, Esq.), One Beacon Street, 30th Floor,
          Boston, Massachusetts 02108
18           - and -

19               JOHANSON BERENSON LLP (By Douglas Andrew
          Rubel, Esq.), 201 Shannon Oaks Circle, Suite 200,
20        Cary, North Carolina 27511
             - and -
21               JOHANSON BERENSON LLP (By Kenneth L.
          McWilliams, Esq.), 1146 Walker Road, Suite C,
22        Great Falls, Virginia 22066, on behalf of the
          Plaintiffs
23

24                                    Suffolk University Law School
                                      Boston, Massachusetts
25
                                      October 13, 2004
```

```
 1
 2            A P P E A R A N C E S (Cont'd)
 3
              FOLEY HOAG LLP (By Nicholas C. Theodorou,
 4     Esq. and John A. Shope, Esq.), 155 Seaport
       Boulevard, Boston, Massachusetts 02210, on behalf
 5     of the Defendants
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```