IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendants and their counsel hereby certify that they have conferred:

1.      with a view toward establishing a budget for the cost of conducting the full course of litigation in this matter, and have discussed the cost of alternative means of resolving the litigation;

2.      concerning the possibility of resolving this matter through the use of alternative dispute resolution.


Defendants' Authorized Representative,

/s/      Colleen Hankins_____
Colleen Hankins
NATIONAL FINANCIAL SERVICES LLC
FIDELITY BROKERAGE SERVICES LLC
82 Devonshire St., F6B
Boston, MA 02109
617-563-6415


DATED:  October 27, 2004

Defendants' Counsel,

/s/      John A. Shope_____
Nicholas C. Theodorou, BBO No. 496730
John A. Shope, BBO No. 562056
William W. Fick, BBO No. 650562
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
JSHOPE@FOLEYHOAG.COM