UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and<br>DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, a Delaware, Limited Liability Company, and FIDELITY BROKERAGE SERVICES, LLC, a Delaware, Limited Liability Company, and DOES 1-50, inclusive,<br><br>    Defendants. | Civ. Action No. 04-cv-11311-WGY |

LOCAL RULE 16.1(D)(3) CERTIFICATION

  Plaintiffs Joan Berenson and David Berenson, both of them Individually and On Behalf of All Other Individuals Similarly Situated, and their undersigned counsel hereby certify that they have:

  a. conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

  b. conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs.

- 2 -

October 27, 2004                                                                  Respectfully submitted,

*Plaintiffs:*                                                                                *Plaintiff's Lead Counsel:*

JOAN BERENSON, Individually and
On Behalf of All Other Individuals
Similarly Situated,

                                                                                                  //s// Douglas A. Rubel
                                                                                                  Douglas A. Rubel
                                                                                                  D.C. BBO #416676
                                                                                                  JOHANSON BRENSON LLP
//s// Joan Berenson                                                          210 Shannon Oaks Circle, Suite 200
                                                                                                  Cary, SC  27511
                                                                                                  919-654-4544


DAVID BERENSON, Individually and
On Behalf of All Other Individuals
Similarly Situated,                                                              //s// Kenneth L. McWilliams
                                                                                                  Kenneth L. McWilliams
                                                                                                  D.C. BBO #462723
                                                                                                  JOHANSON BRENSON LLP
                                                                                                  1146 Walker Road, Suite C
//s// David Berenson                                                         Great Falls, VA  22066
                                                                                                  703-759-1055

- 2 -