UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| ) | |
| JOAN BERENSON, individually and ) | |
| on behalf of all others similarly situated, ) | |
| and ) | |
| DAVID BERENSON, individually and ) | |
| on behalf of all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 04-cv-11311-WGY |
| ) | |
| NATIONAL FINANCIAL SERVICES, LLC, ) | |
| a Delaware, Limited Liability Company, and ) | |
| FIDELITY BROKERAGE SERVICES, LLC, ) | |
| a Delaware, Limited Liability Company, and ) | |
| DOES 1-50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Plaintiffs Joan Berenson and David Berenson, both of them Individually and On Behalf of All Other Individuals Similarly Situated, and their undersigned counsel hereby certify that they have:

a.     conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation;  and

b.     conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs.

October 28, 2004

Respectfully submitted,

*Plaintiffs:*

*Plaintiff's Lead Counsel:*

JOAN BERENSON, Individually and
On Behalf of All Other Individuals
Similarly Situated,

//s// Douglas A. Rubel
Douglas A. Rubel
D.C. BBO #416676
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC  27511
919-654-4544

//s// Joan Berenson


DAVID BERENSON, Individually and
On Behalf of All Other Individuals
Similarly Situated,

//s// Kenneth L. McWilliams
Kenneth L. McWilliams
D.C. BBO #462723
JOHANSON BERENSON LLP
1146 Walker Road, Suite C
Great Falls, VA  22066
703-759-1055

//s// David Berenson