IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN BERENSON and DAVID
BERENSON, individually and on behalf of
all others similarly situated,

                Plaintiffs,

                v.

NATIONAL FINANCIAL SERVICES LLC,
FIDELITY BROKERAGE SERVICES LLC,
and DOES 1-50, inclusive,

                Defendants.

Civil Action No. 04 CV 11311 (WGY)

## MOTION TO STRIKE CLASS ACTION ALLEGATIONS OR IN THE ALTERNATIVE TO COMPEL OR STAY FOR FAILURE TO PROVIDE DISCOVERY

Pursuant to Fed. R. Civ. P. 37, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") hereby move for an order providing the following relief arising from the plaintiffs' complete failure to fulfill their discovery obligations:

1. in the alternative:

    1. striking the class action allegations of the complaint; **and/or**

    2. compelling the plaintiffs to fulfill their discovery obligations, including producing all documents and answering all interrogatories without objections, producing a detailed privilege log, and making all of the Berensons available for deposition in Boston by dates certain and ordering that the defendants shall not be required to oppose the anticipated motion for class certification, which is due to be served no later than January 25, 2005, until a minimum of fourteen (14) days after they have obtained transcripts from the depositions of David Berenson, Joan Berenson and Daniel S. Berenson; **and/or**

    3. staying this action pending the Court's final resolution of the defendants' potentially dispositive Motion to Dismiss and for Summary Judgment

2.    requiring the plaintiffs to pay the defendants' reasonable expenses and attorneys' fees in connection with this motion; and

3.    providing such other relief as the court deems just and appropriate.

In support of its motion, Fidelity submits herewith the Affidavit of John A. Shope and a supporting memorandum.

> Respectfully submitted,
>
> NATIONAL FINANCIAL SERVICES LLC and
> FIDELITY BROKERAGE SERVICES LLC
>
> By their attorneys,
>
>     /s/ John A. Shope
> Nicholas C. Theodorou (BBO No. 495730)
> John A. Shope (BBO No. 562056)
> William W. Fick (BBO No. 650562)
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210
> (617) 832-1000

Dated:  January 10, 2005

## LOCAL R. CIV. P. 7.1 AND 37.1 CERTIFICATE OF COMPLIANCE

I, John A. Shope, hereby certify that I have fulfilled the requirements under Local R. Civ. P. 7.1 and 37.1 to confer with opposing counsel in a good faith attempt to narrow or resolve the issues raised in this motion.  These efforts, which proved unsuccessful, are comprehensively detailed in the accompanying Affidavit of John A. Shope.

>     /s/ John A. Shope