IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>            v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>                 Defendants. | Civil Action No. 04 CV 11311 (WGY) |

**JOINT MOTION TO ENDORSE STIPULATED CONFIDENTIALITY AGREEMENT AND PROPOSED ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION**

The parties to this action, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") and plaintiffs Joan and David Berenson, individually and on behalf of all others similarly situated, hereby jointly move that the Court endorse their Stipulated Confidentiality Agreement and Proposed Order for the Production and Exchange of Confidential Information (the "Agreement"), attached hereto. As grounds for the motion, the parties state that they expect discovery in this action to touch upon confidential and/or private business and personal information, that entry of the stipulation will facilitate the discovery process and reduce the need for judicial intervention therein, and that the Agreement is modeled on the form set forth in the Manual for Complex Litigation, Fourth, § 40.27 (Fed. Judicial Ctr. 2004).

Respectfully submitted,

| | |
|---|---|
| JOAN BERENSON<br>DAVID BERENSON | NATIONAL FINANCIAL SERVICES LLC<br>FIDELITY BROKERAGE SERVICES LLC |
| By their attorneys, | By their attorneys, |
| _____/s/ Susan Stenger_____<br>Susan Stenger (BBO No. 555552)<br>Perkins, Smith & Cohen, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>(617) 854-4228<br><br>Kenneth L. McWilliams (462273)<br>JOHANSON BERENSON LLP<br>1146 Walker Road, Suite C<br>Great Falls, Virginia 22066<br>(703) 759-1055<br><br>Douglas A. Rubel (416676)<br>JOHANSON BERENSON LLP<br>201 Shannon Oaks Circle, Suite 200<br>Cary, North Carolina 27511<br>(919) 654-4544 | _____/s/ John A. Shope_____<br>Nicholas C. Theodorou (BBO No. 495730)<br>John A. Shope (BBO No. 562056)<br>William W. Fick (BBO No. 650562)<br>David E. Cole (BBO No. 658705)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |
| Date: January 20, 2005 | Date: January 20, 2005 |