UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Docket No. 04-CV-11311-WGY |

## AFFIDAVIT OF DAVID BERENSON

I, DAVID BERENSON, do hereby depose and say:

1. My wife, Joan Berenson, and I are the plaintiffs in this action, individually and on behalf of all others similarly situated. Joan and I currently reside in Florida.

2. I make this affidavit based upon my personal knowledge, unless otherwise noted.

3. I make this affidavit with respect to Defendants' document request No. 3 to Mrs. Berenson and myself, which requests: *"All documents concerning accounts you maintain with any bank, savings and loan association, credit union, mutual fund company, or financial institution that you use to pay third parties, either by check, wire transfer, electronic bill payment service, or otherwise."*

4. Attached hereto as Exhibit A is a chart listing the accounts that Mrs. Berenson and/or I maintain with any bank, savings and loan association, credit union, mutual fund

company, or financial institution that we use to pay third parties, either by check, wire transfer, electronic bill payment service, or otherwise.

5. We do not have any correspondence with, literature from, or contractual documents with any of these entities, except for the Fidelity materials that have already been produced.

6. We may have some account statements from the other institutions, but we typically do not keep such documents more than three years. In any case, we object to producing statements from these accounts as they contain private financial information. I know of no reason that those account statements would be relevant to this case.

7. Other than with the Fidelity accounts, neither Mrs. Berenson nor I use a bill-pay feature or other kind of electronic payment service on any of the accounts listed on <u>Exhibit A</u>. Indeed, I am not aware that a bill-pay feature or other kind of electronic payment service is even available on any of these accounts. On information and belief, neither is Mrs. Berenson aware that a bill-pay feature or other kind of electronic payment service is even available on any of these accounts.

8. We write very few checks per month on the non-Fidelity accounts. The Fidelity account at issue in this case, on which we use the electronic bill pay service, is our main operating account.

Signed under the pains and penalties of perjury this _____ day of January 2005,

_____
DAVID BERENSON

- 2 -

company, or financial institution that we use to pay third parties, either by check, wire transfer, electronic bill payment service, or otherwise.

5. We do not have any correspondence with, literature from, or contractual documents with any of these entities, except for the Fidelity materials that have already been produced.

6. We may have some account statements from the other institutions, but we typically do not keep such documents more than three years. In any case, we object to producing statements from these accounts as they contain private financial information. I know of no reason that those account statements would be relevant to this case.

7. Other than with the Fidelity accounts, neither Mrs. Berenson nor I use a bill-pay feature or other kind of electronic payment service on any of the accounts listed on Exhibit A. Indeed, I am not aware that a bill-pay feature or other kind of electronic payment service is even available on any of these accounts. On information and belief, neither is Mrs. Berenson aware that a bill-pay feature or other kind of electronic payment service is even available on any of these accounts.

8. We write very few checks per month on the non-Fidelity accounts. The Fidelity account at issue in this case, on which we use the electronic bill pay service, is our main operating account.

Signed under the pains and penalties of perjury this 16th day of January 2005,

*David A. Berenson*
DAVID BERENSON