UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated; and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC; FIDELITY BROKERAGE SERVICES LLC; and DOES 1-50, inclusive,<br><br>Defendants. | 04-CV-11311-WGY |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, Joan Berenson, individually and on behalf of all others similarly situated, and David Berenson, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby move pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Court's Order of November 2, 2004, for an Order determining that this action shall be maintained as a class action and that Plaintiffs Joan Berenson and David Berenson shall serve as the representatives of the Class.

In support of their motion, Plaintiffs submit and incorporate by reference the accompanying Memorandum of Law, Exhibits, Declarations, and proposed Order.

Dated: January 25, 2005                                    Respectfully submitted,

//ss// Douglas A. Rubel
Douglas A. Rubel, Esquire [*pro hac vice*]
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Tel: (919) 654-4544
Fax: (919) 654-4545

2

/ss// Kenneth L. McWilliams
Kenneth L. McWilliams, Esquire
[*pro hac vice*]
JOHANSON BERENSON LLP
1146 Walker Road, Suite C
Great Falls, Virginia 22066
Tel: (703) 759-1055
Fax: (703) 759-1051

/ss// Susan E. Stenger
Susan E. Stenger, Esquire [BBO 555552]
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, Massachusetts 02108-3106
Tel: (617) 854-4000
Fax: (617) 854-4040