UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, a Delaware, Limited Liability Company, and FIDELITY BROKERAGE SERVICES, LLC, a Delaware, Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | Civil 04-cv-11311-WGY |

### AFFIDAVIT OF DAVID A. BERENSON

David A. Berenson, being duly sworn on oath, hereby deposes and states as follows:

1. I am over the age of 18 years and am otherwise competent to testify.

2. I and my wife, Joan Berenson, are the Plaintiffs in the above referenced case and provide this Affidavit in support of Plaintiffs' Motion for Class Certification, particularly that portion of the Motion relating to Rule 23(a)(4) and Plaintiffs' contentions thereunder that we are adequate representatives of the putative Class in this case.

3. I am an attorney and member of the New York, Virginia, Florida and District of Columbia Bars. Although I have never been a plaintiff in a law suit before, I have frequently represented clients in the past and have participated in court cases and presented expert testimony. I have also been a Certified Public Accountant in New York, District of Columbia,

North Carolina and Louisiana. I am presently the Chief Executive Officer of Comfidex Corp., a technology company headquartered in the World Trade Center district of New York.

4. I obtained my LLB from New York Law School where I graduated with honors and awards at the top of my class. I served my country in the US Air Force, rising from Lieutenant to Captain with military commendations. I am proud to have had the benefit of the GI Bill to enable me to earn, at night over a seven year period, an LLB and LLM in legal studies while working during the day and raising a family.

5. I served as Chairman of the Board of the US National Park for the Performing Arts working alongside both First Lady Bush and First Lady Clinton during my tenure in that role.

6. My wife, Joan Berenson, is the manager of a real estate management and investment firm, which was originally active in five state jurisdictions. She held a real estate license from New York State and handles all financial matters, disbursements, check writing and real estate leasing and sales negotiations for her business. She held a US Government GS rating when she worked in South Carolina and also subsequently handled agricultural allotments for the State of South Carolina. She was the leading Policy Service Representative for Liberty Mutual Insurance Company in their New York region and subsequently became Sales Manager for Schraffts Ice Cream Company located in Westchester, New York and owned by Virginia Inns. She has also been a licensed travel agent and owned and operated a travel agency in New York and the District of Columbia. She has been heavily involved in charitable endeavors, either on behalf of hospitals or more recently completing 12 years of service in education at the Smithsonian Institute in Washington, DC prior to her current involvement with The Habitat for Humanity in Florida.

7. There are two law firms that serve as Plaintiffs' counsel in this case, and three primary attorneys within those firms with whom Plaintiff's work: Douglas A. Rubel, Esquire and Kenneth L. McWilliams, Esquire of Johanson Berenson LLP, and Susan E. Stenger, Esquire of Perkins Smith and Cohen LLP.

8. It is I and my wife who discovered the hidden float and charges being imposed by Fidelity Investments on subscribers to the BillPay system. Only by comparing statements side-by-side did we realize that in paying monies from one account to another, the monies were "disappearing" for days at a time after leaving the first account, before showing up in the second account. It is I and my wife who approached counsel to review this matter on our behalf. It is I and my wife (not our counsel) who decided that this matter needed to be addressed in the courts. It is our contention that investors using Fidelity funds and services are entitled to know what they are paying, and what Fidelity is receiving. Plaintiffs and other similarly situated investors/users are entitled to that essential measure of transparency.

9. D.S. Berenson of Johanson Berenson LLP is my son and a graduate of Duke Law School. He is an author of six books, lecturer and leader in the business financing and M&A fields. I am extremely proud of him as I am of my other child, also an attorney of many years, a graduate of New York Law School and a Professor at Catholic University.

10. We come from a family of lawyers with a tradition of respect for the reading of the law. It is a tradition we are proud of. My father was a lawyer and Professor at two Universities, St. Johns and City College of New York. His brother was a lawyer and another uncle clerked for Judge Cardozo. I did not go into their law firm and they never discussed their clients' cases with me. My only brother was a lawyer as were my cousins and all of us were

with different firms conducting various forms of business law, and all without taint of conflict ever being broached. The same is true with D.S. Berenson.

11. D.S. Berenson is not my Counsel in this case and I have no financial interest in what he or the law firms of Johanson Berenson LLP or Perkins Smith and Cohen LLC may or may not obtain should the Court award fees in this case.

12. I am an active litigant in this case. While I appreciate that it is the procedural right of Fidelity Investments to raise this issue of our ability to properly and independently represent the putative Class, I find the issue repugnant. The momentum of this case is of my choosing as well as Joan Berenson's. The corporate giants of this great country have been overstepping too often. The Enrons, the WorldComs, the Tycos, the insurance industry, brokerage firms and the mutual funds, the current soft money fee scandals and the after-hours trading scandals, of which Fidelity Investments is only one part, could only be called to account after many years by someone like Elliot Spitzer with powerful subpoena powers and the threat of criminal charges or by someone willing to undertake a class action in an effort to bring such conduct to light and force changes to protect the investing public. That is what the Plaintiffs feel must be done here.

Signed Under the Pains and Penalties of Perjury.

*David A. Berenson*
DAVID A. BERENSON