# JOHANSON BERENSON LLP

the firm
practice areas
legal info & firm articles
transaction listings
news
related links
contact us
legal disclaimer
home

## The Firm : Partners

**David R. Johanson, Partner**
David Johanson assists clients in general corporate and business matters and in employee ownership and benefit matters, with an emphasis on executive compensation, equity incentive plans, non-qualified deferred compensation, employee stock ownership plans (ESOPs), ESOP transactions, mergers and acquisitions (and related tax planning) and business succession and estate planning.

Mr. Johanson has advised a substantial number of publicly-traded and closely-held companies and their compensation committees regarding the design, documentation, implementation and administration of various types of executive compensation plans and related disclosure issues.

Recognized nationally for his experience and expertise in the ESOP and executive compensation field, Mr. Johanson is a past chair of the legislative and regulatory advisory committee of The ESOP Association. He also is a past chair of The ESOP Association's advisory committee chairs council and is a former member of its board of directors. In addition, he is a member of the steering committee and a former officer of the California/Western States Chapter of The ESOP Association. Mr. Johanson was honored at the 17th annual conference of The ESOP Association as the outstanding committee chair for 1993-94. The ESOP Association is the national trade association of employee-owned companies, and its membership includes more than 1,500 companies with ESOPs.

Mr. Johanson writes frequently regarding ESOPs, equity incentive plans, non-qualified deferred compensation and forms of executive compensation, and is a member of the board of editors of The National Center for Employee Ownership's Journal of Employee Ownership Law and Finance, serves on its board of directors and is a member of its stock options advisory board. Mr. Johanson has been the primary author of a monthly Legal Update column for the ESOP Report, which is published by The ESOP Association, since 1992. He also has authored a number of chapters of books and articles published by The National Center for Employee Ownership since the late 1980's.

Mr. Johanson received his A.L.A. from Columbia College in 1980, his B.I.S. from the University of Minnesota *(summa cum laude)* in 1983, and his J.D. from the University of Minnesota *(cum laude)* in 1986. He is admitted to practice in California, the District of Columbia, Maryland and Minnesota. He also admitted to practice before the U.S. District Court (Northern District of California and District of Minnesota), the U.S. Court of Appeals (Eighth Ninth, and Eleventh Circuits) and the U.S. Tax Court.

The Marquis Who's Who Publication's Board recently honored Mr. Johanson by certifying his biographical record in *Who's Who In American Law*, 9th Edition, inclusion in which is limited to those individuals who have demonstrated outstanding achievement in their own fields of endeavor and who have thereby contributed significantly to the betterment of contemporary society.

**D.S. Berenson, Partner**
Mr. Berenson serves as general and special counsel to residential remodeling contractors, multi-national banks, consumer lenders and mortgage companies, specializing in a range of business and corporate matters. He is active in all areas of business law, with an emphasis in residential construction and home improvement law, consumer finance and lending, state and national business transactions, corporate quality control, agency representation, specialized litigation, ESOPs, mergers and acquisitions, corporate structure, securities and finance, commercial lending and asset protection.

Recognized nationally for his experience and expertise in construction law and financing, Mr. Berenson is the author of "Pratt's State Law and Regulation of Closed-End Credit." This six-volume series covers all aspects of installment and credit sale practices, procedures and licensing from both the federal and state perspective, for the credit seller as well as later finance purchasers and investors.

A frequent lecturer and contributing author to various trade journals, Mr. Berenson received his law degree from Duke University and serves on the American Bar Association's Committee on Professional Conduct and Committee on Consumer Financial Services.

His internship experience includes the Office of Chief Counsel of the Internal Revenue Service in New York and the Securities and Exchange Commission in Washington, D.C. Mr. Berenson was the lead strategist and negotiator in the successful defense of the $200,000,000 Truth-in-Lending/RESPA consumer class action lawsuit brought against Sears, Roebuck & Co. and various local and national lenders. He has structured and negotiated numerous national and international business combinations, and has completed licensing and franchise relationships for clients with Sears, Roebuck & Co., Montgomery Ward, Macy's East, Inc., Lowe's, Kmart, Home Depot, Hechingers, Owens Corning and Century 21.

Memberships include The Florida Bar; the District of Columbia Bar; the Pennsylvania Bar Association; the Virginia Bar Association and the American Bar Association. Court admissions include the U.S. Tax Court; the U.S. Court of Appeals for the Eleventh Circuit; the District of Columbia Court of Appeals; the Florida Supreme Court; the Virginia Supreme Court and the Pennsylvania Supreme Court.

**Douglas A. Rubel, Partner**
Douglas A. Rubel is the Senior Litigation Partner of Johanson Berenson LLP. He is located in our Firm's Cary, North Carolina office, from which he maintains a national litigation and counseling practice focused primarily in matters of business law, employment, ERISA and employee benefit claims, personal injury (including Mold and Toxic Tort litigation); class action and complex litigation; consumer protection (pricing, rescission rights, etc.) and unfair and deceptive acts and practices.

Mr. Rubel is recognized nationally for providing zealous, effective and thorough representation in trials, administrative proceeding and appeals, as well as in mediations, arbitrations and other dispute resolution forums, and has extensive experience litigating and trying cases on behalf of businesses and individuals at both the federal and state trial and appellate court levels, and is often asked to serve as special counsel in litigation proceedings due to his reputation for "out-of-the-box" case strategy and analysis.

Mr. Rubel brings an intuitive understanding of our clients' issues and concerns to his work, and acknowledges that legal problems can and do affect all aspects of a client's life and business.

Mr. Rubel is admitted to practice in the state and federal courts of North Carolina, the District of Columbia, Maryland, Illinois (inactive), and Pennsylvania (inactive) and the United States Courts of Appeals for the Fourth and Ninth Circuits. He is a graduate of the University of Minnesota (B.S. 1982) and American University, Washington, College of Law (J.D. 1986). He is an active member of the American Bar Association; District of Columbia Bar; Maryland Bar Association; North Carolina Bar Association, North Carolina Academy of Trial Lawyers and the National Employment Lawyers Association.

Reported Cases: *Consolidated Constr. Serv., Inc. v. Simpson,* 372 Md. 434, 813 A.2d 260 (2002); *Rockville Harley-Davidson, Inc. v. Harley-Davidson Motor Co., Inc.,* 217 F.Supp.2d 673 (D.Md. 2002); *Simpson v. Consol. Constr. Serv., Inc.,* 143 Md.App. 606, 795 A.2d 754 (2002); *Deutsche Credit Corp. v. Chesapeake Yacht Sales, Inc.,* 92 F.3d 1177 (4th Cir. 1996) [Unpublished Disposition, 1996 WL 452604 4th Cir. (Md.) Aug 12, 1996]; *Imperial Hotel, Inc/. v. Bell Atlantic Tri-Con Leasing Corp.,* 91 Md.App. 266, 603 A.2d 1371 (1992).

**Rachel J. Markun, Partner**

Rachel Markun advises clients regarding the corporate, tax and fiduciary issues relating to ESOPs and employee benefit plans. She has represented plan fiduciaries and financial institutions in connection with legislative and regulatory initiatives relating to the Internal Revenue Code, ERISA, the federal securities laws, the California tax laws and the California laws relating to partnerships and limited liability companies. She has extensive tax expertise relating to tax-exempt entities including matters involving unrelated business tax issues.

Ms. Markun is a frequent lecturer for the National Center on Employee Ownership, the National Employment Law Institute, the Practicing Law Institute, the American Bar Association, the State Bar of California, the Institute for Fiduciary Education and the National Council of Investment Law Attorneys. She is the co-author of The Fiduciary Responsibilities of Employee Benefit Plan Fiduciaries under ERISA (Institutional Real Estate, Inc. Publications 1996) and the Attorney's Guide to Pension and Profit-Sharing Plans (California Continuing Education of the Bar 1994.)

Ms. Markun received a B.A. from the University of Chicago in 1977 and her J.D. from University of California, Hastings College of the Law in 1981. She was a partner in the firm of Morrison and Foerster from 1987-1996. She is admitted to practice in California and before the U.S. District Court (Northern District of California, District of Nevada and District of Colorado).



Washington, D.C. · California

contact information :: legal disclaimer




# JOHANSON BERENSON LLP

- the firm
- practice areas
- legal info & firm articles
- transaction listings
- news
- related links
- contact us
- legal disclaimer
- home

## THE FIRM : ASSOCIATES

**Jason R. Scott, Associate**
Jason R. Scott (Jake) has over six years of experience of providing a full range of corporate legal services to clients in the finance industry. Mr. Scott concentrates on the representation of companies involved in the creation and distribution of financial products and financial services. He has represented these clients in a wide variety of transactions, including formation and initial capitalization, regulatory compliance matters, secured lending transactions, strategic alliances and partnerships, securities transactions and compliance, and merger and acquisitions.

Mr. Scott was an Adjunct Law Professor at Loyola Law School, Los Angeles where he taught a course titled Banking Law and the Laws of Financial Institutions. He has delivered presentations to the California Association of Mortgage Brokers and the California Trust Deed Brokers Association on changes to state and federal laws affecting the finance industry.

Mr. Scott is admitted to practice in California, and received his law degree from Loyola Law School in 1995, and his B.A., from the University of California in 1992.

**Kenneth L. McWilliams, Associate**
Mr. McWilliams' is active in all areas of business transactions and commercial litigation, with an emphasis in residential construction and home improvement law, securities, private offerings, consumer finance and lending, mergers and acquisitions, technology licensing, venture capital work and commercial lending.



He has litigated extensively on matters involving trade practices, consumer protection issues, the Truth in Lending Act, Fair Debt Collections Act, Home Owners Equal Protection Act and Real Estate Settlement Procedures Act. His transaction experience includes government contract bid protests before the Armed Services Board of Contract Appeals and representation of the Carlyle Group in connection with its $247 million acquisition of defense contractor EG&G Technical Services and Thayer Capital Partners; the $90 million takeover of EFTC Corporation and $225 million acquisition of K*TEC Electronics.

Mr. McWilliams also serves as Administrative Hearing Officer for the Department of Justice in Washington, D.C. He completed two major deployments aboard USS Nimitz flying the F-14 Tomcat in support of Strategic National Objectives and is a graduate of the coveted Navy Fighter Weapons School Course (TOPGUN), where he led his class in the graduation Air Combat Exercise.

Mr. McWilliams is admitted to practice law in Virginia and Washington, D.C. He received his law degree from the Georgetown University Law Center *(cum laude)* in 1998, where he was winner of the 1996 Greenhalgh Cup Trial Advocacy Moot Court Competition and was selected as member of 1997 American Trial Lawyers Association (ATLA) National Moot Court Team. He received an M.S. in Systems Management from the University of Southern California in 1987 and a B.A. in Business Administration from Mount Union College in 1975.



Washington, D.C.  ·  California

contact information :: legal disclaimer

# JOHANSON BERENSON LLP

the firm
practice areas
legal info &
firm articles
transaction
listings
news
related links
contact us
legal disclaimer
home

## Practice Areas : Consumer Finance

**Overview**

The term "consumer finance" simply means any loan or finance arrangement with a consumer. Most consumer finance is provided by banks, credit unions, retail sellers and sales finance companies. Consumer finance includes both open end and closed end credit sales of consumer goods and services.

Open end or "revolving" credit transactions generally take the form of a credit card purchase. The credit is open-ended because it allows the consumer to make additional purchases, and to carry the balance or debt incurred for an open period of time, so long as the minimum payments are made as agreed between the parties. In technical terms, this means that finance charges can be computed from time to time on the outstanding unpaid balance.

Alternatively, closed end credit generally utilizes a fixed finance charge, and the customer is required to pay the debt off in regular payments, over a set amount of time. The closed end transaction may take the form of a student loan, a mortgage on a borrower's home, a retail installment contract or simply a sales slip and an agreement to take back the purchase price in installment payments.

Consumer finance transactions are governed by a large and complicated web of interacting state and federal regulations, the most well known of which are the federal Truth in Lending Act (often referred to as "TILA") and the federal Real Estate Settlement Procedures Act (often referred to as "RESPA").

**Our Services**
Johanson Berenson LLP provides a full range of specialized services relating to consumer finance. The Firm's attorneys are recognized as leading experts in consumer finance and have published and lectured extensively on various areas of consumer finance. Some of the specialized services we provide for clients in the consumer finance arena are as follows:

**Licensing**

**Mergers, Acquisitions and Partnering Relationships**

**Industry Introduction and Expansion**

**Quality and Customer Control**

**Litigation**

**Operational**



Washington, D.C.  •  California

contact information :: legal disclaimer

# JOHANSON BERENSON LLP

## PRACTICE AREAS : BANKING & COMMERCIAL FINANCE




the firm
practice areas
legal info & firm articles
transaction listings
news
related links
contact us
legal disclaimer
home

**Overview**

Financing transactions typically fulfill the need for leveraged buyouts, working capital, expansion, acquisitions or the refinancing of existing financial relationships. Proper counseling in such matters requires a detailed understanding of the vast array of state and federal banking and lending laws, as well as the ability to understand and seamlessly negotiate and conduct transactions with bankers, financiers, venture capitalists and business owners.

**Our Services**

For our business clients we regularly engage in the structuring, negotiation and closing of various financing transactions. As part of our banking and finance practice, we assist banks, companies that establish employee stock ownership plans ("ESOPs"), finance companies, savings institutions, venture capital investors, investment bankers and others on a range of financial activities. Characteristic Firm work includes the purchase and sale of consumer loan portfolios, real estate acquisition, development, and construction lending, ESOP financing (bank financing, seller financing and floating rate note acquisition financing), stock and asset acquisitions; asset-based financing; general corporate finance; project finance; leveraged buyout ("LBO") financing and general corporate loan facilities; and asset securitization.

Johanson Berenson LLP represents numerous national bank and financial institutions in a wide variety of transactional, regulatory, legislative and litigation proceedings. Johanson Berenson LLP has the full expertise and capability to handle virtually any transaction for financial institution clients.

Our representative services involve the production of documents for single and multiple transactions, negotiation with all parties and advising clients regarding overall finance strategies, all aspects of credit enhancement and security, ESOP financing, letters of credit, guaranties, swap agreements, mortgages, pledges of securities, convertible debentures, warrants, participating interests, servicing options and requirements, and a variety of ever-changing financial instruments.

The Firm recently completed representation of:

- A Fortune 500 bank in expanding its consumer finance business and instituting specific quality control procedures on its originations.

- One of the nation's leading sales finance institutions in obtaining a $75 million securitization funding facility.

- A closely-held aluminum extrusion corporation in obtaining the term loan ESOP financing necessary to support the tax-deferred cash-out of minority stockholders and substantial liquidity for the founding, controlling stockholders.

- Numerous local and national mortgage lenders regarding issues of quality control, licensing and expansion opportunities.

- A national mortgage lender and its stockholders in resolving disputes with the Department of Housing and Urban Development ("HUD").

- One of the nation's leading financial institutions in revising and upgrading its consumer finance operations.

- Various sales finance companies regarding issues of retail installment licensing, quality control, contractor relationships and portfolio sale and acquisitions.

- A national mortgage institution in a wide variety of real estate and real estate financing matters.

- Closely-held clients in instituting nationwide revolving credit programs.

- The manufacturer of various steel and plastics products in obtaining in excess of $30 million of bank financing for a leveraged ESOP buy-out, an acquisition line of credit and a working capital line of credit.

- Private clients in structuring and implementing captive finance companies to provide internal financing opportunities.

- A leading national bank in structuring and closing an asset-based commercial loan transaction involving the refinancing of an ESOP.

- An ESOP trust in obtaining substantial seller financing to purchase a controlling interest block of equity of a distributor of footware.



Washington, D.C.  ▪  California

**contact information** :: **legal disclaimer**

# JOHANSON BERENSON LLP

## Practice Areas : Litigation

- the firm
- practice areas
- legal info & firm articles
- transaction listings
- news
- related links
- contact us
- legal disclaimer
- home



Johanson Berenson LLP attorneys have a reputation for providing aggressive and thorough representation in trials, administrative proceedings and appeals, as well as in mediations, arbitrations and other dispute resolution forums. Our trial attorneys have extensive experience litigating and trying cases on behalf of businesses and individuals in federal and state trial and appellate courts. Our goal is to approach each issue with an open mind and to strive to find the sensible solution to every problem. Along with our determination to find these solutions, we help our clients move forward. It is important to assist a client in understanding the pros and cons of complex litigation, and the impact and effects of a particular litigation strategy. Litigation must be seen as a tool for the client to wield when appropriate and when necessary to obtain a desired goal. With our attorneys' diverse backgrounds and interests, we combine sophistication, perspective, and skill. This unique environment allows the development of fresh, new approaches to legal problems in an atmosphere where people enjoy their work, respect their clients, and above all, get the job done.

The Firm represents a variety of businesses in the courts and in administrative proceedings, dealing with a wide range of matters under federal, state and local laws. We regularly represent clients on matters involving business policies and procedures, employment conflicts, consumer rights, consumer finance and predatory lending claims, issues of regulatory compliance, constitutional tort complaints, class actions and employee stock ownership plans.

The Firm has won verdicts for our local, national and international clients in state and federal courts throughout the country. We routinely (and successfully) represent clients before a broad array of state and federal agencies and administrative bodies including Offices of Attorneys General, the Internal Revenue Service, the Securities and Exchange Commission, the U.S. Department of Housing and Urban Development, the Federal Trade Commission, the U.S. Department of Labor and various District Attorney offices. We are often asked to serve as special counsel in litigation proceedings due to our reputation for "out-of-the-box" case strategy and analysis. However, our emphasis is primarily on business litigation and matters related thereto.

Johanson Berenson LLP's ongoing client strategy is to devise a litigation tactic that makes sense for the client. As such, we strive to implement preventive measures to reduce a client's exposure to potentially damaging litigation and the possible results therefrom. We encourage implementation of alternative dispute methods, including, but not limited to, mediation and arbitration. Nevertheless, it is continually necessary, in court or otherwise, to police and protect a client's rights in the marketplace, within its industry and with respect to its employees. We regularly handle matters involving disputes in excess of $1,000,000 and have successfully represented clients on cases involving in excess of $200,000,000 of claims.

Typical issues on which we represent a client's interests include the following:

- Unfair competition
- Breach and enforcement of employment agreements
- Employment rights and benefits
- Breach of confidentiality
- Tortious interference with business relations



- Misappropriation of trade secrets
- Breach of fiduciary duty
- Tax and securities matters
- Mold contamination
- Lending laws (RESPA, TILA, HOEPA, etc.)
- Installment sale rules and regulations
- Consumer protection (pricing, rescission rights, etc.)
- Unfair and Deceptive Acts and Practices ("UDAP")
- Injunctive relief
- Better Business Bureau complaints
- Fraud



Washington, D.C. ▪ California

contact information :: legal disclaimer