

Back to Attorney Listings



## Susan E. Stenger

Susan E. Stenger has been with the Firm since her 1988 graduation from Boston University School of Law. Her practice focuses on civil appeals, and on litigation involving contracts, unfair trade practices, entertainment, real estate, and trusts and estates.

Massachusetts Lawyers Weekly has selected PSC's Susan Stenger as one of 2003's "Lawyers of the Year," recognizing her as one of ten Massachusetts lawyers who stood out from the crowd by winning important decisions, being involved in cases that raise challenging legal issues, and otherwise furthering the profession's commitment to the rule of law and to justice in the Commonwealth. Susan prevailed before the Supreme Judicial Court, protecting a deceased client's trust assets from her husband, who had filed a "spousal elective share" waiving the will in an attempt to reach the assets. The decision is significant for Massachusetts citizens, because it calls the current spousal election statute antiquated, both in terms of the amount of the elective share and the assets that it may reach. Although all the justices agreed that Susan's client should prevail, the Court was divided 4-3 as to whether the Court or the legislature should modernize the scope of the spousal elective law.

Ms. Stenger's appellate successes include: *Bongaards v. Millen*, 440 Mass. 10 (2003) (upholding a family trust to protect a valuable trust asset from the decedent's husband's reach); *Zimmerman v. Direct Federal Credit Union*, 262 F.3d 70 (1st Cir. 2001) (affirming employment retaliation judgment including large punitive damages award); *Ahern v. Scholz*, 85 F.3d 774, 796-800 (1st Cir. 1996) (reversing unfair trade practices ruling and $465,000 attorneys' fees award on behalf of multi-platinum artist in music industry contract dispute); and *Air Safety v. Roman Catholic Archbishop of Boston*, 94 F.3d 1 (1st Cir. 1996) (vacating $373,000 contract damages award based on lack of evidentiary support under the abuse of discretion standard). During 2000-2001, Ms. Stenger taught appellate practice at Suffolk University School of Law and, in 2001, she spoke on appellate issues at the Suffolk University Law School seminar *"Improving Your Chances Of Success On Appeal."*

Attorney Stenger's entertainment industry accomplishments include: defeating a Lanham Act recall of a CD of a well-known artist's earliest work; defeating an injunction against a major recording artist's imminent release of a new album; obtaining an arbitration award releasing a band from an independent recording contract; serving as court-appointed *Guardian Ad Litem* to review children's entertainment contracts; and obtaining injunctive and other relief to protect celebrities' privacy rights. In 1999, Ms.

**Susan E. Stenger**
Partner
617.854.4228 direct
sstenger@pscboston.com
Entertainment Group
Litigation Department

Stenger moderated the Boston Bar Association seminar *"Understanding and Drafting Entertainment Contracts."* From 1998 to 2000, she served as the co-chair of the Boston Bar Association Arts & Entertainment Law Committee, and she is a member of the Volunteer Lawyers for the Arts.

In the area of probate litigation, Ms. Stenger has, for example, obtained court approval for early distribution of $19,000,000 in trust assets, defeated will contests, and obtained permission from the Supreme Judicial Court for *cy-pres* transfer of significant assets among charities.

Ms. Stenger holds Martindale-Hubbell's AV rating, signifying high to prominent legal ability and a reflection of expertise, experience, integrity and overall professional excellence.

Boston, MA  |  Washington, DC

Disclaimer

©Perkins Smith & Cohen LLP, 2003 | Photography ©Andy Ryan, 2003




- Capitalizing on the Power of Ideas
- Taking the Case to the Courtroom
- Protecting Individual's Interests
- Enforcing the Rights of Investors
- Getting the Deals Done
- Shaping the Legislative Landscape
- Spanning the Globe
- PSC in the Community
- Offices / Affiliations

## About Us

### Introduction

Perkins Smith & Cohen, a premier midsized law firm of unusual sophistication and breadth, has been reshaping the legal landscape since our founding three decades ago.

At Perkins Smith & Cohen, we measure our success by the results we achieve for our clients. We understand what it takes to meet, and often exceed, our clients' expectations. As a result, we have established a track record of obtaining excellent results, helping our clients resolve a wide range of legal, business and political issues.

Our innovative approach and diverse clientele have allowed us to attract attorneys of the highest professional and ethical caliber from the nation's top law schools, from judicial clerkships and from Boston's largest law firms. Our talented practitioners are led by partners who are recognized as among the very best in their fields. Through strategic mergers, we have extended our reach to Providence, Rhode Island and Washington, D.C., thereby establishing a true regional presence to better serve the increasing needs of a growing clientele.

**Some of the ways we support our clients include:**

- Capitalizing on the Power and Value of Ideas
- Taking the Case to the Courtroom
- Protecting the Interests of Individuals
- Enforcing the Rights of Investors
- Getting the Deals Done
- Shaping the Legislative Landscape
- Spanning the Globe

Boston, MA  |  Washington, DC

Disclaimer

© Perkins Smith & Cohen LLP, 2003 | Photography ©Andy Ryan, 2003




Banking & Commercial Finance
Bankruptcy & Creditors Rights
Corporate
Criminal Defense
Domestic Relations
E-Commerce & Communications
Entertainment
Environment
Executive Advocacy
Government Relations
Health Care & Hospitals
Insurance Law
Intellectual Property
International Law
Labor & Employment Benefits
Litigation
Public Finance
Real Estate
Science & Technology
Tax
Trusts & Estates

## Litigation Group

The Litigation Group of Perkins, Smith & Cohen is recognized in the greater business and legal communities as one of the preeminent trial practice groups in New England. The Partners in the Litigation Group are at the forefront of the profession. They are assisted by Associates who come to our Firm from prestigious judicial clerkship and from the nation's best law schools. Our trial attorneys have won landmark results in federal and state trial and appellate courts in a variety of areas, ranging from employment discrimination to antitrust, will contests to patent infringement.

From the outset of the representation, we work closely with the client to identify goals, discuss alternative strategies and agree upon a course of action. We are very attentive to the financial concerns of our clients, and we are more than willing to agree upon workable litigation budgets. Although most of our representations are handled on an hourly basis, we are willing to accept some cases on a hybrid fee or alternative fee basis. Because litigation can be expensive, we often advise clients on their options for alternative dispute resolution, including arbitration, mediation, conciliation and mini-trials. We are well known to the various ADR agencies.

We are zealous in the representation of our clients' interests, but our advocacy is always pursued within the strict bounds of applicable legal and ethical standards. We take great pride in the reputation we have built, case by case and year by year, among members of the judiciary and fellow members of the bar. Strict compliance with ethical standards enhances our reputation, and we believe ultimately serves to enhance our ability to achieve our clients' goals.

We represent major Fortune 500 companies, closely held corporations, partnerships and individuals from all walks of life. Numerous clients previously represented by larger firms have retained us; often, these clients were frustrated by their previous attorneys' lack of responsiveness to client needs and, often, excessive costs. Whether we represent a Fortune 500 company or an individual, we believe it is essential to be cost-effective and responsive, always keeping in mind our client's overall objectives. Among the broad array of areas of our trial experience are the following:

- Antitrust
- Bankruptcy and Creditors' Rights
- Business Tort Litigation
- Commercial Disputes
- Construction Litigation
- Criminal Defense
- Domestic Relations and Probate Litigation
- Employment Litigation
- Environmental Litigation
- Entertainment Litigation
- Franchise Litigation
- Insurance Coverage Disputes
- Intellectual Property Litigation
- International Disputes

- Partner and Shareholder Disputes
- Personal Injury Representation
- Securities Arbitration and Litigation

**Practicing Attorneys**

- Juliane Balliro
- Michael A. Bean
- Andrew F. Caplan
- Lawrence J. Casey
- Stephen Y. Chow
- Jerry Cohen
- Jill T. Connors
- Sara B. Davis
- Robert D. Friedman, J.D.
- Stephen J. Gaudet
- Laura E. Gibbs
- Lawrence G. Green
- Joan M. Griffin
- James A.G. Hamilton
- Richard A. Howard
- Shana I. Kaplan
- Paul A. Leoni
- John Mayer
- Daniel P. McCarthy
- Harry S. Miller
- James E. O'Connell
- Nancy G. O'Donnell
- Tanya K. Oldenhoff
- Edward N. Perry
- Thomas T. Reith
- Ruselle W. Robinson
- William M. Simmons
- Ronald J. Snyder
- Susan E. Stenger
- Matthew J. Tuttle
- Michael P. Twohig
- Barbara Green Whitbeck
- Jennifer A. Yelen

Boston, MA  |  Washington, DC

Disclaimer

©Perkins Smith & Cohen LLP, 2003 | Photography ©Andy Ryan, 2003




- Capitalizing on the Power of Ideas
- Taking the Case to the Courtroom
- Protecting Individual's Interests
- Enforcing the Rights of Investors
- Getting the Deals Done
- Shaping the Legislative Landscape
- Spanning the Globe
- PSC in the Community
- Offices / Affiliations

## Taking The Case To The Courtroom

Perkins Smith & Cohen has built a long and impressive record of success in handling trials and appeals in federal and state courts, as well as representation before administrative agencies and in alternative dispute resolution proceedings. We are zealous in our representation of our clients' interests, but our representation is pursued in scrupulous compliance with the highest ethical standards. Because of the many successes we have enjoyed over the decades, including a number of landmark results, we are recognized as one of Boston's preeminent trial practices. And because we have been so scrupulous in our ethical compliance, we have won the respect of the members of the judiciary.

At the outset of every representation, we work closely with the client to identify goals, discuss alternative strategies and agree upon a course of action. We are very attentive to the financial concerns of our clients, and we are more than willing to agree upon workable litigation budgets. Although most of our representations are handled on an hourly basis, we are willing to accept some cases on a hybrid fee or alternative fee basis. We control costs by using state-of-the-art software programs for legal research and document organization, and by efficiently assigning our personnel. At the same time, our partners are directly involved in each case; we believe that when a client asks to speak with a partner, the partner should respond immediately.

Because litigation can be expensive, we often advise clients on their options for alternative dispute resolution, including arbitration, mediation, conciliation and mini-trials. We are well known to the various ADR agencies.

Most cases are ultimately resolved through negotiation, and the fact that we have built a long track record of success in our court representations, we believe that we can offer our clients additional "clout" in negotiating on their behalf. The fact of the matter is that our opponents know well what we can accomplish in court, and they often recognize that they must resolve their differences with us before the case is called to trial.

We represent major Fortune 500 companies, closely held corporations, partnerships and individuals in a broad array of litigation matters. Numerous clients previously represented by larger firms have retained us; often, these clients were frustrated by their previous attorneys' lack of responsiveness to client needs and, often, excessive costs. Whether we represent a Fortune 500 company or an individual, we believe it is essential to be cost-effective and responsive, always keeping in mind our client's overall objectives.

### Antitrust
We have extensive experience in antitrust litigation, including cases involving refusals to deal, vertical and horizontal restraints, predatory pricing and price discrimination.

### Bankruptcy and Creditors' Rights
We represent secured and unsecured creditors in a variety of bankruptcy court proceedings. We have great success in "finding the deep pocket," prosecuting fraudulent transfer actions and piercing the corporate veil.

### Business Litigation
Our trial attorneys litigate intra-company shareholder disputes, interference with contractual and advantageous relations and unfair and deceptive trade practices.

### Commercial Disputes

We regularly represent clients in matters involving breach of contract and disputes arising under the Uniform Commercial Code and the Bankruptcy Code.

### Construction Litigation
In both court and arbitration proceedings, we have extensive experience in litigation construction disputes.

### Criminal Defense
We selectively request clients in white collar criminal defense cases in federal and state court.

### Domestic Relations And Probate Litigation
We handle sophisticated domestic relations matters, often in cases involving closely-held corporations. We also represent the interests of individuals and families in probate litigation, including will contests and trust disputes.

### Employment Litigation
In conjunction with our Labor and Employment Group, we handle employment cases in state and federal courts, as well as before state agencies in cases involving allegations of wrongful termination, discrimination, covenants not to compete and trade secret misappropriation.

### Entertainment Litigation
We are regularly retained by entertainment artists and companies to represent their interests in litigation disputes.

### Environmental Litigation
We have significant experience handling cases involving state and federal Superfund issues, toxic torts and other environmental disputes.

### Franchise Litigation
We represent national and regional franchisors in various types of litigation against franchisees and competitors.

### Insurance
We represent major insurers and their insureds in claims arising under fidelity and surety bonds, professional, product and general liability policies.

### Intellectual Property Litigation
Working with our Science & Technology Group, our litigators represent clients in patent, trademark, trade secret and copyright infringement actions, before state, federal and foreign courts and agencies.

### International Disputes
We have extensive experience in conducting international arbitrations. We also represent the interests of foreign countries in litigation in the U.S.

### Partner And Shareholder Disputes
Our business litigators handle disputes between partners as well as a variety of securities cases, including derivative actions and Rule 10b-5 violations.

### Personal Injury Representation
We selectively represent individuals in medical malpractice and other personal injury cases.

### Related Practice Areas

- Bankruptcy & Creditors' Rights Group
- Criminal Defense Group
- Insurance Law Group
- Litigation Group

Boston, MA | Washington, DC

Disclaimer

©Perkins Smith & Cohen LLP, 2003 | Photography ©Andy Ryan, 2003