UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVCIES LLC, and DOEs 1-50, inclusive,<br><br>                Defendants. | Docket No. 04-CV-11311-WGY |

AFFIDAVIT OF SUSAN E. STENGER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

      I, SUSAN E. STENGER, on oath do hereby depose and say:

      1.      I am of legal age and sound mind and a resident of Massachusetts. I make this affidavit based on personal knowledge.

      2.      I am admitted to practice before the courts of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States Supreme Court, and I am a member in good standing of all these jurisdictions.

      3.      I am local counsel in this action for Plaintiffs Joan Berenson and David Berenson, each individually and on behalf of all others similarly situated.

      4.      I have been practicing complex civil litigation since my admission in 1989, and have been a partner in the litigation department of Perkins Smith & Cohen LLP since 1997. Perkins Smith & Cohen LLP is well regarded in this jurisdiction as a high quality and ethical litigation firm. More information on this firm may be viewed at www.pscboston.com.

5. I have received an AV rating from Martindale Hubbell. In December 2003, Massachusetts Lawyers Weekly selected me as one of its ten "Lawyers of the Year" for a case I won before the Massachusetts Supreme Judicial Court.

6. I have served as local counsel in state and federal courts in Massachusetts in many civil actions, including derivative and class actions, which often involves substantive co-handling of the case.

7. In this case, I have taken an active role in representing Mr. and Mrs. Berenson since the case was transferred here from the District of Columbia. Among other things, I have advised Attorneys Douglas Rubel and Kenneth McWilliams and Plaintiff David Berenson regarding pleadings, strategy, discovery, and local rules and practice. I have participated in telephonic meetings with Plaintiff David Berenson, in which I rendered legal advice in this case to him.

8. I have never met Attorney D.S. Berenson of the law firm Johanson Berenson LLP. Attorneys Douglas Rubel and Kenneth McWilliams are the only attorneys from Johanson Berenson LLP with whom I deal on this case; Messrs. Rubel and McWilliams and I have met on several occasions and communicate frequently.

9. I will continue to take an active role in discovery and the trial of this case. I have agreed to play a primary role in advising the Plaintiffs as to the propriety and advisability of accepting any settlement offers from the Defendants on behalf of the class.

Signed under pains and penalties of perjury, this 25th day of January 2005.

          /s/ Susan E. Stenger
Susan E. Stenger
BBO #555552
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, MA 02108-3106
(617) 854-4000

ses-aff't SES-berenson