IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## NOTICE OF APPEARANCE

Please enter the appearance of David E. Cole on behalf of defendants National Financial Services LLC and Fidelity Brokerage Services LLC in the above captioned matter.

    Respectfully submitted,

    NATIONAL FINANCIAL SERVICES LLC and
    FIDELITY BROKERAGE SERVICES LLC

    By their attorneys,

    /s/  David E. Cole
    Nicholas C. Theodorou (BBO No. 495730)
    John A. Shope (BBO No. 562056)
    William W. Fick (BBO No. 650562)
    David E. Cole (BBO No. 658705)
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210
    (617) 832-1000

Dated:  February 7, 2005