IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>  Defendants. | Civil Action No. 04 CV 11311 (WGY) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON EFTA CLAIMS AS BARRED BY THE STATUTE OF LIMITATIONS**

Pursuant to Fed. R. Civ. P. 56, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") hereby move for a summary judgment dismissing the plaintiffs' claims under the federal Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. §§ 1693 *et seq.*, for failure to bring suit on those claims within the one-year statutory limitations period.   15 U.S.C. § 1693m(g).

In support of this motion, Fidelity submits herewith an accompanying memorandum and refers to documents and deposition testimony contained in the Appendix submitted under seal in conjunction with the defendants' memorandum in opposition to class certification.

FHBOSTON/2349671.2

WHEREFORE, a summary judgment should be entered dismissing the plaintiffs' claims under the EFTA in Count I of the Complaint.

>Respectfully submitted,
>
>NATIONAL FINANCIAL SERVICES LLC and
>FIDELITY BROKERAGE SERVICES LLC
>
>By their attorneys,
>
>_____/s/  John A. Shope_____
>Nicholas C. Theodorou (BBO No. 495730)
>John A. Shope (BBO No. 562056)
>William W. Fick (BBO No. 650562)
>David E. Cole (BBO No. 658705)
>FOLEY HOAG LLP
>155 Seaport Boulevard
>Boston, MA 02210
>(617) 832-1000

Dated:  February 8, 2005

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I, John. A. Shope, certify that I have communicated with opposing counsel regarding the subject matter of this motion in an attempt to resolve or narrow the issue pursuant to Local Rule 7.1.

>_____/s/  John A. Shope_____
>John A . Shope