IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
~ 2005 FEB -8  P 4: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
| --- | --- |
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## DEFENDANTS' MOTION TO FILE UNDER SEAL

Pursuant to Local Rules 5.3(B) and 7.2 and paragraph 10 of the Stipulated Confidentiality Agreement and Order for the Production and Exchange of Confidential Information ("Confidentiality Order") entered on January 31, 2005, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") hereby move to impound the following items until further order of the Court:

1.      Defendants' Memorandum in Opposition to Class Certification;

2.      Appendix to Defendants' Opposition to Class Certification, vols. I and II.

If and when any impoundment period ordered by the Court expires, undersigned counsel will retrieve any impounded materials.

In support of this motion, Fidelity states:

1.      Fidelity's Memorandum in Opposition to Class Certification (the "Memorandum") refers to a fact that the plaintiffs have designated as "confidential" pursuant to

- 1 -

the Confidentiality Order: the fact that Johanson Berenson LLP, lead counsel to the plaintiffs and the firm in which the plaintiffs' son is one of two equity partners, has provided legal services to a company of which plaintiff David Berenson is chairman and co-founder and a real estate partnership owned by the plaintiffs. Fidelity requested that the plaintiffs withdraw their designation but they declined. As a result of the plaintiffs' designation, Fidelity is required under the terms of the Confidentiality Order to seek leave to file its memorandum under seal. However, Fidelity does not believe that the plaintiffs' designation of this material as confidential is appropriate because no claim of privilege has been asserted. (An effort to present the information more vaguely in the brief diluted its import unduly.) Fidelity will of course file a copy of the memorandum, either in redacted or unredacted form, on the open electronic docket if and as directed to do so by the Court.

2.     The Appendix contains numerous items of confidential information, including multiple references to the Berensons' personal financial information and account numbers (expressly protected from disclosure under Local Rule 5.3) as well as Fidelity financial information, the disclosure of which could cause competitive injury. In addition, the period in which the entire transcripts of the plaintiffs' depositions must remain confidential pending designation of specific portions has not yet expired. Fidelity therefore proposes that it be directed to file a redacted appendix in the public record within seven days of receipt of such designations or the expiration of the period in which they may be made.

WHEREFORE, Fidelity's Motion to File Under Seal should be granted in whole or in part as the Court deems appropriate.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES LLC and
FIDELITY BROKERAGE SERVICES LLC

By their attorneys,

Nicholas C. Theodorou (BBO No. 495730)
John A. Shope (BBO No. 562056)
William W. Fick (BBO No. 650562)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated:  February 8, 2005

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I, John. A. Shope, certify that I have communicated with opposing counsel regarding the subject matter of this motion in an attempt to resolve or narrow the issue pursuant to Local Rule 7.1.

John A. Shope

- 3 -

## CERTIFICATE OF SERVICE

I, John A. Shope, certify that on this 8th day of February, 2005, I have caused a copy of the foregoing motion to be served upon the following:

By Hand:

Susan Stenger, Esquire
PERKINS, SMITH & COHEN, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4228


By Federal Express:


Kenneth L. McWilliams, Esquire
JOHANSON BERENSON LLP
1146 Walker Road, Suite C
Great Falls, Virginia 22066
(703) 759-1055

Douglas A. Rubel, Esquire
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 654-4544


_____
John A. Shope

17/516980.2

- 4-