IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>                       v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>                              Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## AFFIDAVIT OF ANNE WARREN FAGAN

I, Anne Warren Fagan, depose and state as follows:

1.      I make this affidavit voluntarily and on the basis of personal knowledge or upon review of the business records of National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity"), which records are maintained in the ordinary course of business by persons with knowledge at or near the time of the events recorded therein.

2.      I am a Director of Brokerage Services for Fidelity. In that capacity, I am familiar with marketing materials, customer agreements, and customer service relating to Fidelity products, including but not limited to BillPay.

3.      My deposition and the deposition of my colleague, Camille Zaslau, contain information about the specific per-customer amounts that Fidelity pays to its vendor, CheckFree Corp., to operate the BillPay service and the total amount of money Fidelity loses on the service exclusive of customer service and other personnel costs (that is, the difference between the amount paid to CheckFree and the amount recovered in customer fees). Public disclosure of this

- 2 -

specific information would place Fidelity at a competitive disadvantage in future price and service negotiations with CheckFree and/or other potential BillPay vendors.

Signed under the penalty of perjury.

Date: _____2/11/05_____                              _____/s/ Anne Warren Fagan_____
                                                                                    Anne Warren Fagan