IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1. Redacted Appendix to Defendants' Opposition to Class Certification, vol. I;

2. Redacted Appendix to Defendants' Opposition to Class Certification, vol. II.

The original documents are maintained in the case file in the Clerk's Office

                                            Respectfully submitted,

                                            NATIONAL FINANCIAL SERVICES LLC and
                                            FIDELITY BROKERAGE SERVICES LLC

                                            By their attorneys,

                                              /s/ John A. Shope
                                            Nicholas C. Theodorou (BBO No. 495730)
                                            John A. Shope (BBO No. 562056)
                                            William W. Fick (BBO No. 650562)
                                            FOLEY HOAG LLP
                                            155 Seaport Boulevard
                                            Boston, MA 02210
Dated: February 14, 2005               (617) 832-1000