UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>     Defendants. | Docket No. 04-CV-11311-WGY |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN RESPONSE TO OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Joan Berenson and David Berenson, individually and on behalf of all other similarly situated, hereby move this Honorable Court for leave to file a reply brief in response to Defendants' "Memorandum In Opposition To Class Certification." A copy of the reply brief is attached hereto.

As grounds herefor, Plaintiffs state that Defendants blatantly misstate facts and law, and raise issues that Plaintiffs could not reasonably have anticipated.

WHEREFORE, this Honorable Court should grant Plaintiffs leave to file the reply brief attached hereto.

Dated: February 15, 2005         Respectfully submitted,

                     JOAN BERENSON and
                     DAVID BERENSON, each
                     individually and on behalf of all
                     others similarly situated,

//ss// Douglas A. Rubel
Douglas A. Rubel, Esquire
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC  27511
919-654-4544

//ss// Kenneth L. McWilliams
Kenneth L. McWilliams, Esquire
JOHANSON BERENSON LLP
1146 Walker Road, Suite C
Great Falls, VA  22066
703-759-1055

//ss//  Susan E. Stenger
Susan E. Stenger
BBO #555552
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, MA 02108-3106
(617) 854-4000