# AUTHORIZATION TO REPRESENT
# AND
# CONTINGENT FEE AGREEMENT

I, the undersigned, hereby retain and authorize Johanson Berenson LLP and any other attorneys or law firms they may find necessary to associate with them (the "Attorneys") to investigate potential bases for suit and to represent the undersigned in a class action suit (the "Litigation") to be brought against Fidelity Investments a/k/a Fidelity Brokerage Services LLC and/or related or affiliated entities (all hereinafter referred to singularly and jointly as "Fidelity") with respect to transactions I (and others similarly situated) have entered into with Fidelity. Defendants in the Litigation may include any other persons and firms who the Attorneys' investigation leads them to believe may be liable in this matter.

I understand that any fee for legal services to the undersigned or the class, as well as any reimbursement of expenses, will be contingent upon effecting a recovery from the defendants, will be determined or authorized by the court overseeing the Litigation and will be payable solely from the defendants and/or from any recovery obtained or protected for members of the class. All such fees belong to the Attorneys and may not be waived by me. The Attorneys will advance litigation expenses required for this matter and will have a lien against any settlement or judgment in the Litigation to the extent of the services rendered hereunder and the expenses incurred.

I agree to cooperate in the prosecution of the litigation, including appearing at deposition and trial and producing documents and providing information. I understand that the Attorneys will use their best efforts to achieve a favorable result, but can not guarantee the outcome of litigation.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns where permitted by this Agreement.

In the event any one, or more, of the provisions contained in this Agreement shall for any reason be held to be invalid or unenforceable in any respect, such invalidity or unenforceability shall not affect any other provision herein, and this Agreement shall be construed as if such invalid or unenforceable provision has never been contained herein.

I have read and reviewed this engagement agreement, and hereby agree to its terms

_Joan B. Berenson_ (signature)      11/20/02
Joan B. Berenson                    Date

CONFIDENTIAL Page 1 of 1

# AUTHORIZATION TO REPRESENT
# AND
# CONTINGENT FEE AGREEMENT

I, the undersigned, hereby retain and authorize Johanson Berenson LLP and any other attorneys or law firms they may find necessary to associate with them (the "Attorneys") to investigate potential bases for suit and to represent the undersigned in a class action suit (the "Litigation") to be brought against Fidelity Investments a/k/a Fidelity Brokerage Services LLC and/or related or affiliated entities (all hereinafter referred to singularly and jointly as "Fidelity") with respect to transactions I (and others similarly situated) have entered into with Fidelity. Defendants in the Litigation may include any other persons and firms who the Attorneys' investigation leads them to believe may be liable in this matter.

I understand that any fee for legal services to the undersigned or the class, as well as any reimbursement of expenses, will be contingent upon effecting a recovery from the defendants, will be determined or authorized by the court overseeing the Litigation and will be payable solely from the defendants and/or from any recovery obtained or protected for members of the class. All such fees belong to the Attorneys and may not be waived by me. The Attorneys will advance litigation expenses required for this matter and will have a lien against any settlement or judgment in the Litigation to the extent of the services rendered hereunder and the expenses incurred.

I agree to cooperate in the prosecution of the litigation, including appearing at deposition and trial and producing documents and providing information. I understand that the Attorneys will use their best efforts to achieve a favorable result, but can not guarantee the outcome of litigation.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns where permitted by this Agreement.

In the event any one, or more, of the provisions contained in this Agreement shall for any reason be held to be invalid or unenforceable in any respect, such invalidity or unenforceability shall not affect any other provision herein, and this Agreement shall be construed as if such invalid or unenforceable provision has never been contained herein.

I have read and reviewed this engagement agreement, and hereby agree to its terms

_David A. Berenson_   Date 4/20/02