```
                                                                    1


 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-11311-WGY

 4
       * * * * * * * * * * * * * * * **
 5     JOAN BERENSON and DAVID            *
       BERENSON, individually and on      *
 6     behalf of all others similarly     *
       situated,                          *
 7                                        *
                 Plaintiffs,              *
 8                                        *
       v.                                 * MOTION HEARING
 9                                        *
       NATIONAL FINANCIAL SERVICES LLC,   *
10     FIDELITY BROKERAGE SERVICES LLC,   *
       and DOES 1-50, inclusive,          *
11                                        *
                 Defendants.              *
12     * * * * * * * * * * * * * * * **

13              BEFORE:   The Honorable William G. Young,
                                  District Judge
14

15     APPEARANCES:

16
                 PERKINS, SMITH & COHEN (By Susan E.
17        Stenger, Esq.), One Beacon Street, 30th Floor,
          Boston, Massachusetts 02108
18               - and -
                 JOHANSON BERENSON LLP (By Douglas Andrew
19        Rubel, Esq.), 201 Shannon Oaks Circle, Suite 200,
          Cary, North Carolina 27511, on behalf of the
20        Plaintiffs

21               FOLEY HOAG LLP (By Nicholas C. Theodorou,
          Esq. and John A. Shope, Esq.), 155 Seaport
22        Boulevard, Boston, Massachusetts 02210, on behalf
          of the Defendants
23

24                                            1 Courthouse Way
                                              Boston, Massachusetts
25
                                              February 16, 2005
```