```
                                                              1


 1                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Civil Action
 3                                      No. 04-11311-WGY

 4
     * * * * * * * * * * * * * * * **
 5   JOAN BERENSON and DAVID         *
     BERENSON, individually and on   *
 6   behalf of all others similarly  *
     situated,                       *
 7                                   *
              Plaintiffs,            *
 8                                   *
     v.                              * MOTION HEARING
 9                                   *
     NATIONAL FINANCIAL SERVICES LLC,*
10   FIDELITY BROKERAGE SERVICES LLC,*
     and DOES 1-50, inclusive,       *
11                                   *
              Defendants.            *
12   * * * * * * * * * * * * * * * **

13            BEFORE:  The Honorable William G. Young,
                          District Judge
14

15   APPEARANCES:

16
                PERKINS, SMITH & COHEN (By Susan E.
17        Stenger, Esq.), One Beacon Street, 30th Floor,
          Boston, Massachusetts 02108
18           - and -
                JOHANSON BERENSON LLP (By Douglas Andrew
19        Rubel, Esq.), 201 Shannon Oaks Circle, Suite 200,
          Cary, North Carolina 27511, on behalf of the
20        Plaintiffs

21              FOLEY HOAG LLP (By John A. Shope, Esq. and
          William W. Fick, Esq.), 155 Seaport Boulevard,
22        Boston, Massachusetts 02210, on behalf of the
          Defendants
23

24                              Boston University School of Law
                                Boston, Massachusetts
25
                                March 3, 2005
```