IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,

Defendants.

Civil Action No. 04 CV 11311 (WGY)

**JOINT MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b), the parties hereby jointly move to extend by fourteen days both the time in which they may complete previously noticed depositions of third parties and in which to move for summary judgment. As grounds, the parties state:

1. Absent the requested extension, the previously noticed depositions would be required to be held by April 29, 2005. In order to accommodate the schedules of two third-party witnesses, CheckFree and Navy Federal Credit Union, who did not have witnesses or documents available on the noticed dates of April 27 and April 28, 2005, and defendants' expert, Professor David B. Humphrey, as well as other third parties that have not yet gathered and supplied documents pursuant to previously issued subpoenas, the parties request that this Court extend the time period for doing so from April 29, 2005 to May 13, 2005.

2. The parties further request that this Court extend the deadline for filing dispositive motions from May 12, 2005, to May 26, 2005.

3.  This brief extension should not prevent the complete briefing, argument, and decision of any dispositive motion in advance of the scheduled trial month of September.

4.  No previous extensions have been requested.

Respectfully submitted,

| | |
|---|---|
| JOAN BERENSON and<br>DAVID BERENSON | NATIONAL FINANCIAL SERVICES LLC and<br>FIDELITY BROKERAGE SERVICES LLC |
| By their attorneys, | By their attorneys, |
| /s/ Douglas A. Rubel / DAC | /s/ | 
| Douglas A. Rubel (*pro hac vice*)<br>JOHANSON BERENSON LLP<br>201 Shannon Oaks Circle, Suite 200<br>Cary, NC 27511<br>(919) 654-4544 | Nicholas C. Theodorou (BBO No. 495730)<br>John A. Shope (BBO No. 562056)<br>William W. Fick (BBO No. 650562)<br>David E. Cole (BBO No. 658705)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |