UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Docket No. 04-CV-11311-WGY |

### PLAINTIFFS' CONSOLIDATED MOTIONS TO COMPEL AND FOR SANCTIONS; AND TO ENLARGE DISCOVERY AND EXPERT WITNESS DEADLINE

Plaintiffs Joan Berenson and David Berenson, individually and on behalf of all other similarly situated, hereby move this Honorable Court to compel Defendants to provide full and complete discovery responses and for an order enlarging the discovery deadline for an additional 30 days to permit additional depositions of the defendants and to produce an expert witness report.

As grounds herefor, Plaintiffs provide the accompanying Memorandum of Points and Authorities in Support, Affidavit and proposed Order.

WHEREFORE, this Honorable Court should compel the defendants to provide full and complete discovery responses, enlarge the discovery deadline an additional thirty (30) days and award Plaintiffs their reasonable expenses and attorneys' fees for having to file this motion.

### Local Rule 7.1 and Federal Rule 37.1 Certification

I, Douglas A. Rubel, hereby certify that I have fulfilled the requirements under Local Rule 7.1 and Federal Rule 37.1 to confer with opposing counsel in a good faith attempt to narrow or resolve the issues raised in this motion. These efforts have proved unsuccessful, as

- 2 -

detailed in the accompanying letters exchanged between counsel, a copy of which is attached as Exhibit "A" and Exhibit "B."

Dated:   April 29, 2005                              Respectfully submitted,

                                                     JOAN BERENSON and
                                                     DAVID BERENSON, each
                                                     individually and on behalf of all
                                                     others similarly situated,


                                                     //ss// Douglas A. Rubel
                                                     Douglas A. Rubel, Esquire
                                                     JOHANSON BERENSON LLP
                                                     201 Shannon Oaks Circle, Suite 200
                                                     Cary, North Carolina  27511
                                                     (919) 654-4544
                                                     (919) 882-0906 (Fax)