# EXHIBIT I



# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

David E. Cole
Boston Office
617.832.3055
dcole@foleyhoag.com

April 4, 2005

**Via Federal Express**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

     **Re:**    *Berenson et al. v. National Financial Services LLC et al.,*
            **Civil No. 04-11311 (WGY) (D. Mass.)**

Dear Mr. Rubel:

     Enclosed please find documents with Bates numbers F000001–F005317.

                 Sincerely,

                 David E. Cole

DEC
Enclosures

cc:    Nicholas C. Theodorou, Esquire (w/o enclosures)
      John A. Shope, Esquire (w/o enclosures)
      William Fick, Esquire (w/o enclosures)
      Susan Stenger, Esquire (w/o enclosures - via Federal Express)
      Kenneth McWilliams, Esquire (w/o enclosures - via Federal Express)