# EXHIBIT K



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

David E. Cole
Boston Office
617.832.3055
dcole@foleyhoag.com

April 14, 2005

**Via Federal Express**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

Re: *Berenson et al. v. National Financial Services LLC et al.,*
Civil No. 04-11311 (WGY) (D. Mass.)

Dear Mr. Rubel:

Enclosed please find documents with Bates numbers F005856–F005865.

Sincerely,

David E. Cole

DEC
Enclosures
cc:   Nicholas C. Theodorou, Esquire (w/o encl.)
      John A. Shope, Esquire (w/o encl.)
      William Fick, Esquire (w/o encl.)
      Susan Stenger, Esquire (w/o encl. - via Federal Express)
      Kenneth McWilliams, Esquire (w/o encl. - via Federal Express)