# EXHIBIT N



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

David E. Cole
Boston Office
617.832.3055
dcole@foleyhoag.com

May 4, 2005

**Via Federal Express**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

    Re:   *Berenson et al. v. National Financial Services LLC et al.,*
              **Civil No. 04-11311 (WGY) (D. Mass.)**

Dear Mr. Rubel:

    Enclosed please find documents with Bates numbers F005906–F005939.

Sincerely,

David E. Cole

Enclosures

cc:    Nicholas C. Theodorou, Esquire (w/o encl.)
       John A. Shope, Esquire (w/o encl.)
       William Fick, Esquire (w/o encl.)
       Susan Stenger, Esquire (w/o encl. - via Fedral Express)
       Kenneth McWilliams, Esquire (w/o encl. - via Federal Express)