# EXHIBIT O



# FOLEY HOAG LLP
ATTORNEYS AT LAW

May 5, 2005

David E. Cole
Boston Office
617.832.3055
dcole@foleyhoag.com

**Via Federal Express**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

Re:   *Berenson et al. v. National Financial Services LLC et al.,*
      **Civil No. 04-11311 (WGY) (D. Mass.)**

Dear Mr. Rubel:

Enclosed please find documents with Bates numbers F005940 and M&T Bank 000001–000054, which are documents that were produced by M&T Bank in response to the defendants' subpoena to First National Bank of Maryland.

Please confirm that the only documents produced by Charles Schwab in response to the plaintiffs' subpoena are the documents that you and I both received on April 26, 2005 from Charles Schwab via facsimile.

Further, please confirm that the only document produced by Navy Federal Credit Union in response to the plaintiffs' subpoena is the terms and conditions of its Web Bill Pay service, which was used as an exhibit during the deposition on May 2, 2005 and referred to by deponent Deborah Guerin at pages 106–07 of the transcript.

Thank you for your attention to this matter.

Sincerely,

David E. Cole

Enclosures

Douglas A. Rubel, Esquire
May 5, 2005
Page 2

cc:  Nicholas C. Theodorou, Esquire (w/o encl.)
     John A. Shope, Esquire (w/o encl.)
     William Fick, Esquire (w/o encl.)
     Susan Stenger, Esquire (w/o encl. - via Federal Express)
     Kenneth McWilliams, Esquire (w/o encl. - via Federal Express)