# EXHIBIT P

# JOHANSON BERENSON LLP
### Attorneys and Counselors At Law

201 Shannon Oaks Circle, Suite 200 Cary, North Carolina 27511

DOUGLAS A. RUBEL PLLC
PARTNER (NC, DC, MD)
NOT ADMITTED IN CA OR VA

Writer's
TELEPHONE: (919) 654-4544
FACSIMILE: (919) 654-4545
E-MAIL: DAR@JOHANSONBERENSON.COM

15 April 2005

**By Confirmed Facsimile Only (617 832 7000)**

John A. Shope, Esquire
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Re:   *Berenson, et al., v. National Financial Services LLC, et al.*
      Civil 04-11311 WGY in the United States District Court for the District of Massachusetts

Dear John:

This letter shall serve as Plaintiffs' Expert Witness Designation. At this time, we do not have a report to provide to you. Please be advised the Plaintiffs intend to obtain an expert report from the following individual and to have him testify at trial regarding the matters set forth in the Complaint, including without limitation:

- Fidelity's use and operation of the BillPay Service as a so-called "good funds" model;
- The propriety and efficiency of Fidelity's BillPay Service as operated by Fidelity and CheckFree;
- The propriety of Fidelity's disclosures as to its operation of the BillPay Service;
- The interrelationship and structures of electronic bill payment systems;
- The so-called "risk" models referred to in Fidelity's motion papers and other filings; and
- Customary practices associated with checking accounts

Professor Haim Mendelson
The General Atlantic Partners Professor of Electronic Business
    and Commerce, and Management
Graduate School of Business
Stanford University
Stanford, CA 94305-5015

1400 N. 14TH STREET • ARLINGTON • VIRGINIA • 22209
1350 BEVERLY ROAD • SUITE 115 PMB 208 • McLEAN • VIRGINIA • 22101
1201 PENNSYLVANIA AVENUE, N.W. • SUITE 300 • WASHINGTON, D.C. • 20004
1146 WALKER ROAD • SUITE C • GREAT FALLS • VIRGINIA • 22066
1792 SECOND STREET • NAPA • CALIFORNIA • 94559
50 CALIFORNIA STREET, SUITE 490 • SAN FRANCISCO • CALIFORNIA 94111

John A. Shope, Esquire
8 February 2005
Page 2 of 2

Johanson Berenson LLP

Director, Center for Electronic Business and Commerce
Co-Director, Strategic Uses of Information Technology
Area Coordinator, Operations, Information and Technology
Phone (650) 725-8927
E-mail haim@stanford.edu
http://www.gsb.stanford.edu/cebc

Sincerely,

Douglas A. Rubel

c:  Susan E. Stenger, Esquire
    Kenneth L. McWilliams, Esquire