UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>          Defendants. | Docket No. 04-CV-11311-WGY |

**PLAINTIFFS' MOTION TO STRIKE OPPOSITION OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE REPLY BRIEF IN RESPONSE TO OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs Joan Berenson and David Berenson, individually and on behalf of all other similarly situated, hereby move this Honorable Court for leave to file a reply brief in response to Defendants' Opposition to Plaintiff's Consolidated Motions to Compel, for Sanctions, to Extend the Discovery Deadline, and to Extend the Expert Witness Deadline. A copy of the reply brief is attached hereto.

As grounds herefor, Plaintiffs state that Defendants misstate facts and law, and raise issues that Plaintiffs could not have anticipated.

Moreover, Defendants' Opposition was due no later than May 13, 2005. Pursuant to the Standing Order of this Court, the Opposition was due to be filed electronically no later than 6:000 PM on May 13, 2005. It was not, and leave was not obtained. The Opposition should be stricken. However, in the event that the Opposition is not stricken, Plaintiffs respectfully request this Court to grant leave to file the accompanying reply brief.

- 2 -

     WHEREFORE, this Honorable Court should strike Defendants' Opposition to Plaintiffs' Consolidated Motions and grant the Motions as being unopposed.  In the alternative,  Plaintiffs respectfully request this Court to grant Plaintiffs leave to file the reply brief attached hereto.

Dated:   May 16, 2005                         Respectfully submitted,

                                                   JOAN BERENSON and
                                                   DAVID BERENSON, each
                                                   individually and on behalf of all
                                                   others similarly situated,


                                                   <u>//ss// Douglas A. Rubel</u>
                                                   Douglas A. Rubel, Esquire
                                                   JOHANSON BERENSON LLP
                                                   201 Shannon Oaks Circle, Suite 200
                                                   Cary, NC  27511
                                                   919-654-4544