IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No. 04 CV 11311 (WGY) |

**DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS FOR FAILURE TO PROVIDE DISCOVERY**

　　　　Pursuant to Fed. R. Civ. P. 37, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") hereby move for an order providing the following relief arising from the plaintiffs' failure to fulfill their discovery obligations:

　　　　1.　　<u>compelling</u> the plaintiffs to deny or admit the requests for admission numbered 2, 4, 5, 6, and 12 through 25, inclusive, of the Defendants' First Set of Requests for Admission;

　　　　2.　　<u>compelling</u> the plaintiffs to provide answers to the Defendants' Second Set of Interrogatories certified by the persons providing the answers pursuant to Fed. R. Civ. P. 33(b)(2);

　　　　3.　　<u>compelling</u> the plaintiffs to provide full and complete answers to the interrogatories numbered 12, 13, 14, 20, 22, and 24 of the Defendants' Second Set of Interrogatories;

4.  <u>compelling</u> the plaintiffs to produce the documents responsive to document request nos. 35 and 36 of Defendants' Second Request for Production of Documents;

5.  requiring the plaintiffs to pay the defendants' reasonable expenses and attorneys' fees in connection with this Motion; and

6.  providing such other relief as the Court deems just and appropriate.

In support of its Motion, Fidelity submits herewith the Affidavit of Nicholas C. Theodorou and a supporting memorandum.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES LLC and
FIDELITY BROKERAGE SERVICES LLC

By their attorneys,

/s/  Nicholas C. Theodorou
Nicholas C. Theodorou (BBO No. 495730)
John A. Shope (BBO No. 562056)
William W. Fick (BBO No. 650562)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated:  May 18, 2005

### CERTIFICATION OF COUNSEL PURSUANT TO FED. R. CIV. P. 37 AND LOCAL RULES 7.1 AND 37.1

The undersigned certifies that counsel for defendants National Financial Services LLC and Fidelity Brokerage Services LLC has fulfilled the requirements of Fed. R. Civ. P. 37(a)(2)(A) and Local Rule 7.1(A)(2) and 37.1(B) as detailed in the Affidavit of Nicholas C. Theodorou and part III of the supporting memorandum filed herewith.

/s/  Nicholas C. Theodorou
