# Exhibit 8



# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

Nicholas C. Theodorou
Boston Office
617.832.1163
ntheodorou@foleyhoag.com

May 4, 2005

**Via Facsimile (919) 882-0906 and Federal Express**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

> Re: ***Berenson et al. v. National Financial Services LLC et al.,***
> ***Civil No. 04-11311 (WGY) (D. Mass.)***

Dear Mr. Rubel:

  Since we are going to be meeting on May 6, 2005, for the plaintiffs' deposition of Fidelity's expert, Prof. David Humphrey, I suggest and request that we also conduct a discovery conference on that date pursuant to Local Rule 37.1 in order to discuss the issues with the plaintiffs' responses to discovery that my colleague, John Shope, outlined in his letter to you, dated April 22, 2005. Please let me know immediately if this is suitable to you.

  Thank you for your attention to this matter.

Sincerely,

Nicholas C. Theodorou

cc: John A. Shope, Esquire
  William Fick, Esquire
  David E. Cole, Esquire
  Susan Stenger, Esquire (via Federal Express)
  Kenneth McWilliams, Esquire (via Federal Express)