# Exhibit 9



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

May 10, 2005

Nicholas C. Theodorou
Boston Office
617.832.1163
ntheodorou@foleyhoag.com

**By Telecopier (909-882-0906) and First Class Mail**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

Re:   *Re: Berenson et al. v. National Financial Services LLC et al.,*
      **Civil No. 04-11311 (WGY) (D. Mass.)**

Dear Doug:

I write to confirm the substance of our discussions during the discovery conferences we held by telephone today.

You have agreed that you will supplement your responses to interrogatories nos. 12, 13, 14, 20, and 24 as well as your responses to requests to admit nos. 2, 4, 5, 6, and 12 to 25 by Monday, May 16, 2005. I trust that you will provide the supplemental responses in good faith to fully and completely answer the interrogatories and requests for admission. Moreover, we expect signatures from your clients for both the original responses to the second set of interrogatories (signed by you "as to objections" on April 15, 2005) and the forthcoming supplemental responses.

You stated that you do not intend to withdraw your objections to document requests nos. 35 and 36 and you do not intend to supplement your answer to interrogatory no. 22.

I will be in touch tomorrow regarding our availability for a deposition of CheckFree in Columbus, Ohio on Thursday or Friday of this week.

B3033536.1

Douglas A. Rubel, Esquire
May 10, 2005
Page 2

    Thank you for your attention to these matters.

                                Sincerely,

                                Nicholas C. Theodorou


cc:    John A. Shope, Esquire
        William Fick, Esquire
        David E. Cole, Esquire
        Susan Stenger, Esquire (via U.S. Mail)
        Kenneth McWilliams, Esquire (via U.S. Mail)

B3033536.1