# Exhibit 10

# JOHANSON BERENSON LLP
## Attorneys and Counselors At Law

201 Shannon Oaks Circle, Suite 200 • Cary, North Carolina 27511

DOUGLAS A. RUBEL PLLC
PARTNER (NC, DC, MD)
NOT ADMITTED IN CA OR VA

WRITER'S
TELEPHONE: (919) 654-4544
FACSIMILE: (919) 882-0906
E-MAIL: DAR@JOHANSONBERENSON.COM

11 May 2005

**Via Confirmed Facsimile (617 832 7000)**

Nicholas C. Theodorou, Esquire
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Re:   *Berenson, et al., v. National Financial Services, LLC, et al.,*
      Civil 04-11311 WGY in the United States District Court for the District of Massachusetts

Dear Nick:

Further to your facsimile of yesterday purporting to confirm our telephone conversation regarding my client's responses to your clients' discovery requests, I believe your letter to be in error.

I did not agree to supplement my clients' responses to your clients' requests for admissions 5 and 6. We did not discuss requests 5 and 6; only requests 2, 4 and 12-25.

Moreover, I did not state yesterday that my clients would not supplement their answer to your clients' interrogatory 22, set two. While I commented last Friday that I did not believe my clients would supplement their response to interrogatory 22, and initially said that in our first conversation of yesterday, in the formal Rule 37.1 conference later yesterday, when we again discussed interrogatory 22, after further consideration at your request, I specifically said that I would review the answer and provide you with further comment today. I asked you whether you believed the documents already produced were an insufficient basis from which to obtain the information. You would not answer that question, other than to say that any answer that simply referred to documents already produced would be insufficient. I'll provide my comments later today when I can review the documents.

Sincerely,

*[signature]*
Douglas A. Rubel

1400 N. 14TH STREET • ARLINGTON • VIRGINIA • 22209
1350 BEVERLY ROAD • SUITE 115 PMB 208 • MCLEAN • VIRGINIA • 22101
1201 PENNSYLVANIA AVENUE, N.W. • SUITE 300 • WASHINGTON, D.C. • 20004
1146 WALKER ROAD • SUITE C • GREAT FALLS • VIRGINIA • 22066
1792 SECOND STREET • NAPA • CALIFORNIA • 94559