# Exhibit 11



**FOLEY
HOAG** LLP
ATTORNEYS AT LAW

May 11, 2005

Nicholas C. Theodorou
Boston Office
617.832.1163
ntheodorou@foleyhoag.com

<u>**By Telecopier (919-882-0906) and First Class Mail**</u>

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

Re:   *Re: Berenson et al. v. National Financial Services LLC et al.,*
      **Civil No. 04-11311 (WGY) (D. Mass.)**

Dear Doug:

I am writing in response to your letter of this morning. I specifically discussed Requests for Admission nos. 5 and 6 with you on Friday, May 6 and yesterday. In fact, in our first conversation yesterday you stated that you could not admit or deny the requests when your clients do not recall receiving disclosures. We then asked you to either admit or deny the requests. In our later conversation yesterday, you indicated that you would supplement your responses to the requests for admission without limitation. By this letter, I am again requesting a supplemental response to those requests. Please call me to discuss this.

Moreover, you informed us that there would be a CheckFree deposition either Thursday or Friday in Columbus, Ohio. We have learned that in fact there is no such agreement with CheckFree.

Sincerely,

*Nick*

Nicholas C. Theodorou

B3033700.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP         BOSTON          WASHINGTON, DC           www.foleyhoag.com