17933
DHAWKINS

1

1     UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3

4 - - - - - - - - - - - - - - - - -x

5 JOAN BERENSON, individually and on :

6 behalf of all others similarly :

7 situated, and DAVID BERENSON,  :

8 individually and on behalf of all :

9 others similarly situated,   :

10    Plaintiffs,    :

11    v.      : CivilAction

12          : 04CCV11311

13 NATIONAL FINANCIAL SERVICES, LLC, : WGY

14 FIDELITY BROKERAGE SERVICES, LLC, :

15 and DOES 1-50, inclusive,   :

16    Defendants.    :

17 - - - - - - - - - - - - - - - - -x

18

19   DEPOSITION OF JOAN B. BERENSON

20       Washington, D.C.

21      Friday, January 21, 2005

22

**ORIGINAL**

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700   800-336-6646

17933
DHAWKINS

                                                                           2

1    Deposition of

2                        JOAN B. BERENSON

3    called for examination pursuant to notice, at the Law

4    Offices of Foley Hoag, LLP, 1875 K Street, NW, Suite

5    800, Washington, D.C., beginning at 11:33 a.m.,

6    before DANIEL W. HAWKINS, a Notary Public within and

7    for the District of Columbia, when were present on

8    behalf of the respective parties:

9               JOHN A. SHOPE, ESQ.

10              Foley Hoag, LLP

11              Seaport World Trade Center West

12              155 Seaport Boulevard

13              Boston, MA 02210-2600

14              Phone 617.832.1000

15              Fax 617.832.7000

16              E-mail: jshope@foleyhoag.com

17              On behalf of Defendants

18

19

20

21

22

17933
DHAWKINS

3

1    APPEARANCES CONTINUED:

2          DOUGLAS A. RUBEL, ESQ.

3          Johanson Berenson, LLP

4          201 Shannon Oaks Circle

5          Suite 200

6          Cary, North Carolina 27511

7          Phone 919.654.4544

8          Fax  919.654.4545

9          E-mail:  dar@JohansonBerenson.com

10         On behalf of Plaintiffs

11    Also present:  David Berenson

12

13

14

15

16

17

18

19

20

21

22

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700      800-336-6646

17933
DHAWKINS

81

1  a question of keeping a large minimum balance and/or

2  paying a fee.

3          Several times the fee had been raised.

4  You're asking me to come up to why now I feel --?

5          MR. RUBEL:  Yes.

6          THE WITNESS:  Okay.  I had never received

7  any information; a fee increase that was just done

8  automatically.  And then as we came forward with the

9  bill payer and so forth, we found some things that

10 were not as they should have been.  Which is the

11 basis now for this suit, because -- well, I won't get

12 into that.  But at any rate, that was one of the

13 problems.

14          What I have shifted to is debit, so I am

15 letting various businesses that used to be on the

16 bill payer be changed over to where they debit an

17 account for the checks --

18          MR. SHOPE:  So you j--

19          THE WITNESS:  -- that bill payer is phased

20 out, to a degree.

21          BY MR. SHOPE:

22     Q     So your statement is that you --