# O'BRIEN & LEVINE
### Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

## Joan Berenson, et al. v. National Financial Services, LLC., et al.

Transcript of the Testimony of:

# David Berenson

# January 27, 2005

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)


**COPY**

Jill K. Ruggieri   1-13744

David Berenson 1-27-2005
Joan Berenson, et al. v. National Financial Services, LLC., et al.

1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - - - - - - -
 4     JOAN BERENSON, individually and on behalf of all
 5     others similarly situated; and DAVID BERENSON,
 6     individually and on behalf of all others similarly
 7     situated
 8                    Plaintiffs
 9     v.              CA No. 04 CV 11311 WGY
10     NATIONAL FINANCIAL SERVICES LLC; FIDELITY BROKERAGE
11     SERVICES LLC; and DOES 1-50, INCLUSIVE
12                    Defendants
13     - - - - - - - - - - - - - - - - - -
14
15              VOLUME II of the DEPOSITION of DAVID
16     BERENSON, a witness called by counsel for the
17     Defendants, taken under the provisions of the
18     Federal Rules of Civil Procedure, before Jill K.
19     Ruggieri, Registered Merit Reporter, Certified
20     Realtime Reporter and Notary Public, at the offices
21     of Foley Hoag, 155 Seaport Lane, Boston,
22     Massachusetts, taken on Thursday, January 27, 2005,
23     commencing at 9:17 a.m.
24
```

David Berenson 1-27-2005
Joan Berenson, et al. v. National Financial Services, LLC., et al.

2

 1  APPEARANCES:

 2

 3  Johanson Berenson LLP

 4       Douglas A. Rubel, Esq.

 5       201 Shannon Oaks Circle, Suite 200

 6       Cary, North Carolina 27511

 7       (919) 654-4544  Fax:  (919) 654-4545

 8       on behalf of the Plaintiffs

 9

10  Foley Hoag LLP

11       John A. Shope, Esq.

12       William W. Fick, Esq.

13       155 Seaport Boulevard

14       Boston, Massachusetts 02210-2600

15       (617) 832 -1000  Fax:  (617) 832-7000

16       on behalf of the Defendants

17

18

19  Also Present:  Joan Berenson

20

21

22

23

24

David Berenson 1-27-2005
Joan Berenson, et al. v. National Financial Services, LLC., et al.

92

```
 1            But any that I instituted are shown
 2   clearly on your Fidelity statement, as far as I'm
 3   concerned.
 4       Q   Okay.
 5               Now --
 6           MR. SHOPE:  Off the record.
 7           (Discussion off the record.)
 8   BY MR. SHOPE:
 9       Q   Now, have you ever used any other bill
10   payment services besides Fidelity's?
11       A   The answer on a bill payment service is
12   no.  What I have used, you can see on your Fidelity
13   statement is when I have told Verizon or Sprint,
14   you know, or USAA, which -- that they could, you
15   know, on Day X, 5, on Day 10, whatever I've chosen
16   Day 16, that they can charge my account, which I
17   guess is done electronically, and then it goes from
18   me to them on that exact same day.
19               I don't consider that to be, you
20   know, my BillPay statement.  But I assume if we try
21   to get a bunch of people to define what is
22   electronic bill pay, they might say that.
23               I don't consider that like the
24   Fidelity.  The only one I have is Fidelity BillPay.
```

David Berenson 1-27-2005
Joan Berenson, et al. v. National Financial Services, LLC., et al.

93

```
 1      Q    Okay.
 2           So you don't use any bill payment
 3  service other than Fidelity?
 4      A    No.
 5      Q    Okay.
 6           The -- now, you mentioned that with
 7  regard to a few payees, you've authorized them to
 8  directly debit your Fidelity account; is that fair?
 9      A    Mm-hmm.
10           Right, that's correct.
11      Q    Again, you've got to say yes or no for
12  the court reporter.
13      A    Yes, yes.
14
15
16
17
18
19
20
21
22
23
24
```