UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Docket No. 04-CV-11311-WGY |

## PLAINTIFFS' SECOND MOTION TO COMPEL AND FOR SANCTIONS

Plaintiffs Joan Berenson and David Berenson, individually and on behalf of all other similarly situated, hereby move this Honorable Court to compel Defendants to produce the privilege log they have represented to Plaintiffs and to this Court that they would produce no later than May 17, 2005.

By letter dated May 17, 2005, Defendants' counsel advised that they would not be producing the log.

As grounds herefor, Plaintiffs provide the accompanying Memorandum of Points and Authorities in Support and Exhibits.

WHEREFORE, this Honorable Court should compel the Defendants to produce the privilege log and award Plaintiffs their reasonable expenses and attorneys' fees for having to file this Motion.

**Local Rule 7.1 and Federal Rule 37.1 Certification**

I, Douglas A. Rubel, hereby certify that I have fulfilled the requirements under Local Rule 7.1 and Federal Rule 37.1 to confer with opposing counsel in a good faith attempt to narrow or resolve the issues raised in this motion.  These efforts have proved unsuccessful.

Plaintiffs' counsel and counsel for Defendants, Mr. Shope, spoke by telephone on May 23, 2005, for approximately ten minutes.  Mr. Shope refused to relent in his assertion that Fidelity need not produce a privilege log under the circumstances of this case.  While he offered to represent that no communications between client and counsel were made in the presence of others, that representation was not sufficient.  Plaintiffs require the promised privilege log.

Dated:    May 24, 2005

Respectfully submitted,

JOAN BERENSON and
DAVID BERENSON, each
individually and on behalf of all
others similarly situated,

//ss// Douglas A. Rubel
Douglas A. Rubel, Esquire
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina  27511
(919) 654-4544
(919) 882-0906 (Fax)