

# FOLEY HOAG LLP
ATTORNEYS AT LAW

# Fax

| | | | |
|---|---|---|---|
| Date: | May 17, 2005 | | |
| To: | Susan Stenger | Fax #: (617) 854-4040 | Confirm#: |
| | Kenneth McWilliams | (703) 759-1051 | |
| | Douglas Rubel | (919) 882-0906 | |

Client Matter#: 19204-6

From: David Cole  Sender's Number: 617-832-3055  User #: 8101
Total Pages Sent (Including Cover Sheet): 2  Office: Boston

**Message**

**IMPORTANT – PLEASE READ**
THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION PLEASE TELEPHONE THE SENDER.

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com



# FOLEY HOAG LLP
ATTORNEYS AT LAW

David E. Cole
Boston Office
617.832.3055
dcole@foleyhoag.com

May 17, 2005

**By Telecopier (919-882-0906) and First-Class Mail**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

Re: *Berenson et al. v. National Financial Services LLP et al.*,
Civil No. 04-11311 (WGY) (D. Mass.)

Dear Mr. Rubel:

This will follow up on your request for a privilege log. We have completed our document review and determined that, other than documents concerning communications between the defendants and attorneys at this firm or documents prepared for the defense of the present case, the defendants have not withheld production on basis of attorney-client privilege or under the work product doctrine of any documents that they have otherwise agreed to produce.

We have not prepared a log of documents prepared by or communicated to attorneys at this firm because, in contrast to the circumstance of plaintiffs' engaging their son as proposed class counsel, the identity of those attorneys is not relevant to any issue in the case.

Sincerely,

David E. Cole

cc: Nicholas C. Theodorou, Esquire
John A. Shope, Esquire
William Fick, Esquire
Susan Stenger, Esquire (via telecopier and first-class mail)
Kenneth McWilliams, Esquire (via telecopier and first-class mail)