IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>      Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## ON ALL REMAINING CLAIMS

  Pursuant to Fed. R. Civ. P. 56, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") hereby move for a summary judgment in their favor on all of the plaintiffs' remaining claims in this action: claims under the "error resolution" provisions of the Electronic Funds Transfer Act, 15 U.S.C. § 1693f (Count I); intentional and negligent misrepresentation (Counts II and III); breach of fiduciary duty (Count IV); and claims under the Massachusetts Consumer and Business Protection Act, M.G.L. c. 93A (Count VI). All of these remaining claims are untimely and otherwise fail as a matter of law on the basis of undisputed facts.

  In support of this Motion, Fidelity submits herewith a statement of undisputed facts, a supporting memorandum, and a three-volume appendix that contains various affidavits and deposition transcripts.

WHEREFORE, defendants National Financial Services LLC and Fidelity Brokerage Services LLC respectfully request that the Court enter a summary judgment in their favor on all remaining counts in the complaint.

        Respectfully submitted,

        NATIONAL FINANCIAL SERVICES LLC and
        FIDELITY BROKERAGE SERVICES LLC

        By their attorneys,

        /s/ John A. Shope
        Nicholas C. Theodorou (BBO No. 495730)
        John A. Shope (BBO No. 562056)
        William W. Fick (BBO No. 650562)
        David E. Cole (BBO No. 658705)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000

Dated:  May 26, 2005

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I, John. A. Shope, certify that I attempted to confer with opposing counsel by leaving a voice mail message with and sending a confirming fax letter inquiring whether the plaintiffs would voluntarily withdraw any of the claims or legal theories sought to be dismissed in the present motion.  I received no response.  Plaintiffs' counsel has previously refused to withdraw claims pursuant to the defendants' requests under Fed. R. Civ. P. 11, has opposed the relief requested in earlier briefing in the case, and is therefore assumed to oppose the motion.

        /s/ John A. Shope
        John A . Shope