IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>                    Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Pursuant to the Standing Order of this Court and sections H(3) and M(6) of the District of Massachusetts Electronic Case Filing Administrative Procedures Pamphlet, notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1. Volume I of the Appendix to the Defendants' Motion for Summary Judgment on All Remaining Claims;

2. Volume II of the Appendix to the Defendants' Motion for Summary Judgment on All Remaining Claims; and

3. Volume III of the Appendix to the Defendants' Motion for Summary Judgment on All Remaining Claims.

The original documents are maintained in the case file in the Clerk's Office.

        NATIONAL FINANCIAL SERVICES LLC and
        FIDELITY BROKERAGE SERVICES LLC

        By their attorneys,


        /s/ John A. Shope
        Nicholas C. Theodorou (BBO No. 495730)
        John A. Shope (BBO No. 562056)
        William W. Fick (BBO No. 650562)
        David E. Cole (BBO No. 658705)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000


Dated:  May 26, 2005