

**Background**

**Management Team**
   David Berenson
   William Stratigos
   Debbie Cuiffo
   Adrienne Gans

**Board of Directors**
   David Berenson
   William Stratigos
   K. David Boyer, Jr.
   Dr. John Brademas
   Eugene H. Friedman
   John D. Lacopo

## *Background*

In 1997, the founders of Comfidex realized the potential for processing business transactions requiring authorization over the Internet. While working at Eastman Software (a wholly-owned subsidiary of Eastman Kodak) and Ernst & Young, our experiences with business workfllow issues and document imaging technologies within a variety of industries convinced us that many types of business transactions would continue to require *original* handwritten signatures, even for Internet-based transactions. We also projected that growth of the Internet, as well as both business and consumer needs, would create a huge volume of such transactions, and the various technologies seeking to address the problem through the use of "digital signatures", biometric devices, and other means of digital authentication would not achieve widespread end-user adoption and acceptance.

During 1998, we formulated the basic design for a product that would address the need for an Internet-based, e-forms processing system for documents requiring original wet-ink signatures. Since that time, we have developed and patented the first such system, which is known as FormFiler®. In addition, we are resellers of the Unisys suite of business document Imaging and Workflow technologies, known as InfoImage™.

Our many years of expertise in business process automation, forms and transaction processing, document imaging, workflow, customer interaction, and related cost-saving and efficiency-producing technologies make us an ideal partner with whom to work if your goals include streamlining your business and improving the responsiveness of your customer interactions and back office operations, while simultaneously reducing your costs and seeing an immediate return on investment.

## *Management Team*

Comfidex's senior management team has nearly two decades of experience in providing mission-critical solutions to Fortune 500 companies. Members of the team have worked together in a number of previous settings, including the founding of two successful technology start-ups.

Our team has expertise in the key vertical markets that we target, including insurance, healthcare, education, government, banking, utilities, and transportation. Our technical expertise includes business workflow processing, document imaging, systems integration, advanced systems design and implementation, computer technologies, project management, software development and testing methodologies.

### David Berenson, Chairman & CEO

David Berenson is a co-founder of Comfidex. He was the former CEO of TRV Imaging, co-founded with his partner, the former CEO of Prime Computer and Legent (acquired by Computer Associates). TRV was a technology reseller of document imaging and workflow solutions for Eastman Software. Mr. Berenson was one of the original founders of R2K, LLC a service integrator and technology consulting firm, and was previously an advisor and equity holder in Sigma Imaging Systems until its successful sale to Wang Laboratories. He is a former National Partner of Ernst & Young and has held Partner-in-Charge and Director positions in New York City, the New York Region, and the Washington National Services office, where he also worked closely with numerous technology companies including the Unisys merger of Sperry and Burroughs, Intel, Sun Micro Systems, Hewlett Packard, Texas Instruments, EDS, AOL, Advanced Micro Devices, Vishay Intertech, Novell and IBM Global.

Mr. Berenson's academic background includes an Economics degree from Wharton and a

Master of Laws from NYU and he is a member of The Economic Club of New York and a member of the Bar and CPA in various jurisdictions including New York, DC, Virginia, North Carolina, Louisiana and Florida. He has written extensively on the technical and legal implications of the Electronic Signatures in National and Global Communications Act. He has been a Congressional Advisor, Adjunct Professor Lecturer at the NYU Graduate School of Business and a United States National Reporter for the Cahiers du Droit Fiscal International where he is currently focused on E-Commerce for international business. He has presented testimony before the House, Senate, Treasury and Joint Congressional Committees with regard to legislation and has frequently been interviewed by all major business publications including The Wall Street Journal, The New York Times, Fortune, Barrons, The Washington Post and other media such as CNN, Tom Brokaw's ABC Evening News, Good Morning America, the Charlie Rose Show, Jim Barry Financial and has been profiled by Forbes and the Dreyfus Round Table. He was Chairman of the Board of Wolf Trap, a U.S. National Park and performing arts center. His fellow Board members included the major technology executives of the Northern Virginia area.



### William Stratigos, President & COO

Co-founder of Comfidex, Dr. Stratigos has thirty-one years of business experience. He was co-founder and president of Sigma Imaging Systems, a pioneer and premier provider of workflow and imaging solutions to Fortune 1000 companies and is presently Chairman of the Board of R2K, Inc., an affiliated technology-consulting firm.

While at Sigma, Dr. Stratigos successfully created a network of OEMs and VARs to act as distribution channels for the company's products. Those channels included industry leaders such as Ameritech, CSC Partners, Europe Information Systems, Image Consulting Group, Grumman Data Systems, Marubeni Electronics, Paragon, Unisys Corporation, and Wang Laboratories. Dr. Stratigos also oversaw the direct sale of OmniDesk to large corporations such as AEGON USA, American Family Life Assurance Corporation, Baruch College, Chase Manhattan Bank, Cigna Insurance, Conrail, Consolidated Edison, and New Jersey Department of Labor. He eventually arranged and managed the acquisition of Sigma Imaging Systems by Wang Laboratories in 1995 and subsequently headed the Workflow and Imaging development operations unit at Eastman Software.

Dr. Stratigos is an acknowledged leader of the workflow and document imaging industry. He has deep expertise in insurance and health care industries as well as broad knowledge gained from work with partners in education, government, banking, utilities, transportation and systems integration sectors. He is a past Director and Treasurer of AIIM International (The Association for Information and Image Management) and is a frequent speaker at major industry events.



### Debbie Cuiffo, Senior Vice President

Debbie Cuiffo has over a decade of professional experience in marketing, sales, consulting, and professional services. Ms. Cuiffo has a proven track record, in both small company and corporate environments, of establishing and maintaining relationships with customers, partners and vendors. Ms. Cuiffo has a broad range of practical experience in research and development, quality assurance, fiscal and project management and customer support as well as Web design and development of collateral materials for larger publishing and merchandising companies as well as private software technology, sports / entertainment, veterinary / medical and farming businesses. Ms. Cuiffo's previous experience includes Hearst Magazines, the Acxiom Corporation, and other media and retail enterprises.



### Adrienne Gans, Ph.D., Senior Consultant - Change Management

Adrienne brings 20 years of diversified experience in high-tech business, psychology and organizational consulting to Comfidex's change management consulting practice. As Vice President of Marketing for Sigma Imaging Systems, Adrienne was responsible for marketing, partner programs, and training. This included work with technology companies including IBM, Unisys, Kodak, Wang as well as client organizations such as Empire Blue Cross and Blue Shield, Chase Manhattan Bank, NJ Department of Labor, and Consolidated Edison. Her

management consulting includes work with Wells Fargo Bank, the City of San Jose, Scholastic Inc., Cunningham Communications as well as technology companies such as R2K, Inc., Blyth Software and Starlight Networks.

Adrienne is currently adjunct faculty in New York University's Masters Industrial-Organizational Psychology program where she teaches classes on executive coaching, business innovation, and quality of work life. She provides consulting, leadership coaching, and training related to change management. Adrienne received her Ph.D. in psychology at the University of California, Berkeley.



## *Board of Directors*

**David Berenson, Chairman & CEO Comfidex Corp.**

See above

**William Stratigos, Vice Chairman, President & COO Comfidex Corp.**

See above

**K. David Boyer, Jr., Chairman and CEO of MacKenzie Associates**

MacKenzie Associates is a management consulting firm servicing federal, state government and private sectors by providing management and IT solutions. After 20 years servicing governments, plus, building a successful IT company and providing leadership directions to several national foundations, Mr. Boyer is committed to assisting business owners achieve the business goals.

Mr. Boyer's career includes co-founding and building his award winning company, TROY Systems, Inc. to support the advanced information management and technology requirements of the federal government. As an ISO 9001 – certified provider of IT business solutions, TROY focused heavily on customer satisfaction. By working closely with the U.S. Small Business Administration and the DoD Small Business programs during TROY's formative years. Mr. Boyer built a strong reputation for quality throughout the federal contracting arena. Mr. Boyer's area of emphasis is in National Security and information assurance.

Mr. Boyer is currently servicing as a member of the following: Board of Directors, BB&T Bank, Washington Metro Region; Treasury Board for the Commonwealth of Virginia; Board of Directors, Comfidex, Inc.; Member of the Chief Executives Organization; Board of Trustees, National Legal Center for Public Interest; Board of Trustees, WETA; Advisory Board Member, Center for Strategic and International Studies; Board of Trustees, George Mason University Foundation; Pennsylvania State University Alumni Council; Pennsylvania State University Society of Distinguished Alumni; and Board of Trustees, Flint Hill School.



**Dr. John Brademas, President Emeritus of New York University,
President of the King Juan Carlos of Spain Center, NYU Foundation**

Prior to serving as President of NYU for ten years and guiding the University in a successful $1 billion campaign, Dr. Brademas served over two decades as a U.S. Congressman from Indiana, his last two terms as House Majority Whip leading the legislation in education and the arts.

He has served as chairman of the President's Committee on the Arts and Humanities, Chairman of the National Endowment for Democracy, a Governor of the Ditchley Foundation, and Chairman of the American Foundation.

Dr. Brademas is a former Chairman of the Board of the Federal Reserve Bank of New York where he served for five years. He also served on the Boards of the Aspen Institute, New York Stock Exchange, Rockefeller Foundation, Onassis Foundation, Central Committee, and the

© 2002-2005 Comfidex Corp.　　Legal Notices

World Council of Churches. Current Boards also include KOS Pharmaceuticals, Loew's, Oxford University Press – USA, The Spanish Institute, and the Center for National Policy in Washington, DC. He is a member of the committee on Economics Development, Council on Foreign Relations, Council on the United States and Spain and U.S. - Japan foundation, and served on the Carnegie Commission on Science, Technology and Government.

A former Rhodes Scholar at Oxford, he also served on the Board of the Overseers of Harvard and has been awarded 51 honorary degrees by other colleges and universities. He is a Trustee of New York University and Life Trustee of the University of Notre Dame. He is also a Fellow of the American Academy of Arts and Sciences, serves on the European Academy of Sciences and Arts, and is a Chevalier of the Legion of Honor of France.



### Eugene H. Friedman, President & Founder E. H. Friedman Associates

Mr. Eugene Friedman has been an IT systems professional for over 37 years, with over 33 years of managerial experience. He is the President and Founder of E. H. Friedman Associates, a New Jersey-based management and technology consulting firm.

Mr. Friedman served as a Vice President at Chase Manhattan Bank for over 15 years where he was responsible for Applied Technology, including Imaging and Workflow, Internet development and other advanced technologies. Prior to Chase, he was the CIO of ITT Continental Baking where he started the development of in-truck recording of deliveries to automate reporting and reconciliation. Earlier in his career, he worked for Johnson & Johnson on consumer and hospital products, and managed the development of the corporation's first two on-line applications.

Mr. Friedman has often spoken at such international shows such as COMDEX, AIIM, IATA and PC EXPO, as well as at the Microsoft Learning Experience and the Cambridge Technology Partners Lycea, both in the US and in Europe. Additionally, he is a frequent speaker at University Graduate Schools of Business on both technological subjects as well as on the direction of technology and its impact on the business world specifically and society generally. He has chaired Technology forums and panels for both vendors and customers. Mr. Friedman has been widely quoted on a large variety of technology subjects in both the business and trade press, both in the U.S. and in Europe, as well as having appeared on television segments that dealt with various technology subjects. He is a past member of the Board of Directors of the Association for Information and Image Management International (AIIM).



### John D. Lacopo, Senior Consultant, Strategic.Value

Mr. Lacopo is a senior consultant with Strategic.Value, an international business-consulting corporation. Strategic.Value offers clients a range of services that include strategic planning, government affairs representation and public relations strategies.

Prior to joining Strategic.Value in 2000, Mr. Lacopo held a number of executive positions with EDS Corporation, a global information services provider. Over a career that spanned thirty years he held the position of Vice President of Corporate Communications and was Vice President of Global Government Affairs in Washington, DC, from the mid 1980s until the end of 1999. Mr. Lacopo also held a number of operational and technical positions from 1970 until he came to Washington in 1980. Prior to joining EDS, he held technical positions with The Health Insurance Plan of New York, Kennecott Copper Corporation and Chemical Bank of New York.

While he headed the Washington office for EDS, Mr. Lacopo held a number of board positions of international trade groups including the European Institute, the European-American Business Council and the Asia-Pacific Economic Cooperation. He also was a member of the board of the Public Affairs Council. He was one of the founding members of the Global Information Infrastructure Commission, a group of international business executives dedicated to bringing the benefits of Internet technologies and electronic commerce to under-developed economies.

Mr. Lacopo has a strong interest in the performing arts. He has been a member of the Board of Directors and has served as Treasurer of the Wolf Trap Foundation for the Performing Arts.

