IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN BERENSON and DAVID
BERENSON, individually and on behalf of
all others similarly situated,

                Plaintiffs,

          v.

NATIONAL FINANCIAL SERVICES LLC,
FIDELITY BROKERAGE SERVICES LLC,
and DOES 1-50, inclusive,

                Defendants.

Civil Action No. 04 CV 11311 (WGY)

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN
SUPPORT OF THEIR MOTION TO COMPEL AND FOR SANCTIONS**

Pursuant to Local Rule 7.1(B)(3), defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") respectfully request that the Court grant leave to file Defendants' Reply Memorandum in Support of Their Motion to Compel and for Sanctions, attached hereto at Exhibit A. As grounds for this Motion, Fidelity states that the Reply is necessary to respond to the "response" memorandum submitted by plaintiffs Joan and David Berenson ("the Berensons"). Among other things, the Berensons' "response" brief: (1) falsely accuses Fidelity of misstating the plaintiffs' deposition testimony; and (2) erroneously states that the Court has determined choice of law issues in this action. Fidelity believes that consideration of its Reply will be helpful to the Court in resolving Fidelity's pending motion to compel and for sanctions. With the leave of Court, the plaintiffs have similarly filed a reply brief in support of their pending motion to compel discovery from Fidelity.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES LLC and
FIDELITY BROKERAGE SERVICES LLC

By their attorneys,

/s/ John A. Shope
Nicholas C. Theodorou (BBO No. 495730)
John A. Shope (BBO No. 562056)
William W. Fick (BBO No. 650562)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: May 31, 2005

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1**

I, John A. Shope, certify that I attempted to confer with opposing counsel with respect to the present motion as follows. On the morning of May 26, 2005, I left a voice mail message for plaintiffs' lead counsel, Douglas A. Rubel, requesting his assent to the foregoing motion, and that same morning sent a fax letter to Mr. Rubel and copied his co-counsel reiterating the same request. I did not receive a response. In addition, on May 27, 2005, I faxed a letter to the plaintiffs' local counsel, Susan Stenger, requesting that she advise me of the plaintiffs' position. I have again not received a response. Plaintiffs have, without consultation, made a successful motion for leave to file a reply brief in support of their own pending motion to compel discovery from the defendants, but their position on the present motion is unknown.

/s/ John A. Shope