IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>    Defendants. | Civil Action No. 04 CV 11311 (WGY) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
ON ALL REMAINING CLAIMS**

Pursuant to Local Rule 7.1(B)(3), defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") respectfully request that the Court grant leave to file Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment on All Remaining Claims, attached hereto at Exhibit A. As grounds for this Motion, Fidelity states that the Reply is necessary to respond to the 22-page opposition memorandum submitted by plaintiffs Joan and David Berenson ("the Berensons"). Among other things, the Berensons' opposition brief misstates and erroneously characterizes record evidence and caselaw and was not completely filed until almost two weeks after the due date. Fidelity believes that consideration of its Reply will be helpful to the Court in resolving Fidelity's pending motion for summary judgment.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES LLC and
FIDELITY BROKERAGE SERVICES LLC

By their attorneys,

/s/ John A. Shope
Nicholas C. Theodorou (BBO No. 495730)
John A. Shope (BBO No. 562056)
William W. Fick (BBO No. 650562)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated:  June 23, 2005


**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1**

I, John A. Shope, certify that I conferred with opposing counsel, Douglas A. Rubel, by
telephone on June 23, 2005, to inquire whether the plaintiffs would assent to the granting of
leave to file a reply brief.  Although the plaintiffs have requested and received leave to file reply
briefs on several occasions in this case, Mr. Rubel stated that they would not assent to the
foregoing motion.


/s/ John A. Shope