UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAN BERENSON and DAVID BERENSON, )<br>individually and on behalf of )<br>others similarly situated )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL FINANCIAL SERVICES, LLC, )<br>FIDELITY BROKERAGE SERVICES, LLC )<br>and DOES 1-50 )<br>)<br>Defendants ) | CIVIL ACTION<br>NO. 04-11311-WGY |

<u>ORDER</u>

YOUNG, C.J.                                                July 13, 2005

    Defendants National Financial Services LLC and Fidelity Brokerage Services LLC ("Fidelity") have filed for summary judgment on all of plaintiffs' remaining claims. The Court has considered the motions and accompanying evidence.

    Accordingly, it is hereby ORDERED that:

    Fidelity's motion for summary judgment is ALLOWED IN PART and DENIED IN PART.

    Fidelity's motion for summary judgment is ALLOWED as to Counts II, III (misrepresentation claims) and IV (fiduciary duty claim).

    Fidelity's motion for summary judgment is DENIED as to Count I (EFTA claim). While the EFTA claim remains, it only survives as to the error resolution claim.  <u>See</u> Tr. of 3/3/05 [Doc. No. 43].

Because the Berensons failed to file their "failure to disclose" claim within the one year as provided for in the statute, they are not representative of the proposed class and thus the class claims are dismissed. "In the case of an individual action," where there are no actual damages the EFTA provides for statutory damages of not less than $100 nor greater than $1,000. 15 U.S.C. § 1693m (2)(A).

    Fidelity's motion for summary judgment is DENIED as to Count VI (Chapter 93A claim).

    An opinion will follow shortly.

    SO ORDERED.

/s/ William G. Young
_____
WILLIAM G. YOUNG
CHIEF JUDGE