IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive, <br><br> Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## **DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS**

Pursuant to 9 U.S.C. §§ 3 and 4 and this Court's orders, entered July 13 and 18, 2005, dismissing the plaintiffs' class claims and terminating the plaintiffs' motion for class certification, defendants Fidelity Brokerage Services LLC and National Financial Services LLC (together, "Fidelity") respectfully move that the Court enter an order (1) compelling the plaintiffs to proceed to arbitration before the National Association of Securities Dealers, Inc. or the New York Stock Exchange, Inc. and (2) dismissing this action.

In support of this motion, Fidelity states that the brokerage Customer Agreement governing the plaintiffs' relationship with Fidelity provides that "all controversies that may arise" shall be "determined by arbitration."   The agreement further provides that arbitration may be invoked against plaintiffs in a proposed class action only when "class certification is denied" and that "forbearance to enforce an agreement to arbitrate" pending denial of class certification "shall not constitute a waiver of any rights under this agreement."

In further support of this Motion, Fidelity submits herewith a supporting memorandum, which refers to affidavits, documents, and deposition testimony previously filed in this action.

WHEREFORE, defendants National Financial Services LLC and Fidelity Brokerage Services LLC respectfully request that the Court enter an order compelling the plaintiffs to proceed to arbitration pursuant to the parties' agreement and dismissing this action.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES LLC and FIDELITY BROKERAGE SERVICES LLC

By their attorneys,

/s/ John A. Shope
Nicholas C. Theodorou (BBO No. 495730)
John A. Shope (BBO No. 562056)
William W. Fick (BBO No. 650562)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated:  August 5, 2005

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I, John. A. Shope, certify that I have conferred with opposing counsel in an effort to resolve or narrow the issues raised in this motion.  As detailed in the supporting memorandum, these efforts to reach agreement have proven unsuccessful.

/s/ John A. Shope
John A . Shope