

**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

John A. Shope
Partner
Boston Office
617.832.1233
jshope@foleyhoag.com

August 4, 2005

**Via Telecopier (919-882-0906) and U.S. Mail**

Douglas A. Rubel, Esquire
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

Re:   **DEMAND FOR ARBITRATION**
      ***Berenson et al. v. National Financial Services LLC et al.,***
      **Civil No. 04-11311 (WGY) (D. Mass.)**

Dear Mr. Rubel:

This will confirm that, as we discussed on Tuesday, Fidelity demands that the referenced dispute be referred to arbitration.

Under the terms of your clients' agreement with Fidelity, an additional copy of which my colleague Bill Fick has supplied earlier this week per your request, your clients have five (5) days from receipt of this letter to elect whether to proceed under the rules of the New York Stock Exchange, Inc. or the rules of the National Association of Securities Dealers, Inc. If you do not provide notification of your designation within five (5) days, Fidelity will make the designation on their behalf.

During Tuesday's Local Rule 7.1 conference with respect to our motion to compel arbitration, you indicated that you would supply me with the Berensons' position today. I look forward to hearing from you soon.

Thank you for your attention to this matter.

Sincerely,

John A. Shope

Douglas A. Rubel, Esquire
August 4, 2005
Page 2


cc: Nicholas C. Theodorou, Esquire
William Fick, Esquire
David E. Cole, Esquire
Susan Stenger, Esquire (via Telecopier and U.S. Mail)
Kenneth Mc Williams, Esquire (via Telecopier and U.S. Mail)