IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN BERENSON and DAVID
BERENSON, individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.

NATIONAL FINANCIAL SERVICES LLC,
FIDELITY BROKERAGE SERVICES LLC,
and DOES 1-50, inclusive,

        Defendants.

Civil Action No. 04 CV 11311 (WGY)

## DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)

Pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 16.5(C), defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") submit the following pretrial disclosures. By listing the following documents and witnesses, and categorizing them as documents and witnesses that will or may be used at trial, Fidelity may still object to the admissibility of those documents and testimony of those witnesses if offered into evidence or called by plaintiffs Joan and David Berenson ("the Berensons"). These disclosures do not include evidence that Fidelity may present at trial solely for rebuttal or impeachment purposes. Fidelity also may present demonstratives and graphical presentations at trial that are not identified in these disclosures.

    **A.**    **WITNESSES**

In the table below, Fidelity identifies witnesses that will be called or may be called to testify at trial. In the event that any of the listed witnesses later become unavailable for trial,

their testimony may be presented by means of a deposition, if available.  Further, Fidelity also may call any witness hereafter identified by the Berensons in their pretrial disclosures.

| Witness Name | Witness Contact Information | Expect to Present | May Call if Need Arises |
|---|---|---|---|
| David Berenson | Known to the Berensons | X | |
| Joan Berenson | Known to the Berensons | X | |
| D.S. Berenson | Known to the Berensons | | X |
| Anne Warren Fagan | Previously provided to the Berensons | | X |
| Deborah Guerin | Known to the Berensons | | X |
| David Humphrey | Previously provided to the Berensons | X | |
| John LoPresti | Previously provided to the Berensons | X | |
| Paul Lyda | CheckFree Services Corp. 6000 Perimeter Drive Dublin, OH 43017 614-564-3000 | | X |
| Tami Rash | Previously provided to the Berensons | X | |
| Daniel Stickney | Previously provided to the Berensons | | X |
| Camille Zaslau | Previously provided to the Berensons | | X |

**B.     TESTIMONY BY MEANS OF DEPOSITION**

Fidelity designates D.S. Berenson and Deborah Guerin as witnesses whose testimony Fidelity expects to or may present by means of deposition.  By inclusion of D.S. Berenson's and Deborah Guerin's deposition testimony in Fidelity's submissions, Fidelity does not concede or admit that their testimony is admissible if offered by the Berensons and Fidelity may object to the testimony if offered by the Berensons.

## C.   EXHIBITS

In the table below, Fidelity identifies documents or other exhibits that they expect to offer at trial or will offer if the need arises. By inclusion of any exhibit on this list, Fidelity does not concede or admit that the exhibit is admissible if offered by the Berensons. Additionally, Fidelity may introduce any document listed by the Berensons in their pretrial disclosures. At a future time to be agreed upon by the parties, or as required by the Federal Rules or Local Rules, defendants will exchange illustrative or demonstrative exhibits to be used at trial.

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 1 | Plaintiffs' Complaint, dated September 26, 2003 (Joan Berenson Deposition Ex. 7) | | X | |
| 2 | Defendants' Memorandum in Support of Their Motion to Dismiss and for Summary Judgment, dated November 7, 2003 | | | X |
| 3 | Plaintiffs' Opposition to the Defendants' Motion to Dismiss and for Summary Judgment, dated November 28, 2003 | | | X |
| 4 | Defendants' Reply Memorandum in Support of Their Motion to Dismiss and for Summary Judgment, dated December 12, 2003 | | | X |
| 5 | Plaintiffs' Supplemental Answers to Defendants' Interrogatories, dated January 16, 2005 (David Berenson Deposition Exhibit 15) | | X | |
| 6 | Plaintiffs' Memorandum of Law in Support of Class Certification, dated January 25, 2005 | | | X |
| 7 | Defendants' Opposition to Class Certification, dated February 8, 2005 | | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 8 | Plaintiffs' Reply to Defendants' Opposition to Motion for Class Certification, dated February 15, 2005 | | | X |
| 9 | Plaintiffs' Answers to Defendants' Second Set of Interrogatories, dated April 15, 2005 | | X | |
| 10 | Plaintiffs' Supplemental Answers to Defendants' Second Set of Interrogatories, dated May 19, 2005 | | X | |
| 11 | Plaintiffs' Supplemental Responses to Defendants' First Set of Requests for Admission, dated May 19, 2005 | | X | |
| 12 | Affidavit of David Berenson, undated | | | X |
| 13 | Affidavit of David Berenson, dated January 16, 2005 (Joan Berenson Deposition Ex. 18) | | | X |
| 14 | Affidavit of Joan Berenson, undated | | | X |
| 15 | Affidavit of Anne Warren Fagan, dated November 6, 2003 (Anne Warren Fagan Deposition Ex. 3) | | | X |
| 16 | Affidavit of Prof. David B. Humphrey, dated February 7, 2005 | | | X |
| 17 | Affidavit of John LoPresti, dated May 25, 2005 | | | X |
| 18 | Affidavit of Kenneth L. McWilliams, dated November 28, 2003 | | | X |
| 19 | Affidavit of Tami Rash, dated February 7, 2005 | | | X |
| 20 | Affidavit of Daniel Stickney, dated November 6, 2003 (Daniel Stickey Deposition Ex. 1) | | | X |
| 21 | Affidavit of Camille Zaslau, dated November 6, 2003 (Camille Zaslau Deposition Ex. 4) | | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 22 | Affidavit of Camille Zaslau, dated February 7, 2005 | | | X |
| 23 | Affidavit of John F. Holzinger, Jr. | | | X |
| 24 | Deposition Transcript of David Berenson, dated January 26, 2005 | | | X |
| 25 | Deposition Transcript of David Berenson, dated January 27, 2005 | | | X |
| 26 | Deposition Transcript of D.S. Berenson, dated January 21, 2005 | | | X |
| 27 | Deposition Transcript of Joan Berenson, dated January 21, 2005 | | | X |
| 28 | Deposition Transcript of Joan Berenson, dated January 26, 2005 | | | X |
| 29 | Deposition Transcript of Anne Warren Fagan, dated January 18, 2005 | | | X |
| 30 | Deposition Transcript of Deborah Guerin, dated May 2, 2005 | | | X |
| 31 | Deposition Transcript of David B. Humphrey, dated May 6, 2005 | | | X |
| 32 | Deposition Transcript of Daniel Stickney, dated January 18, 2005 | | | X |
| 33 | Deposition Transcript of Camille Zaslau, dated January 19, 2005 | | | X |
| 34 | Expert Report of Prof. David B. Humphrey | | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 35 | Curriculum Vitae of Prof. David B. Humphrey (Exhibit A to David B. Humphrey Affidavit) | | | **X** |
| 36 | February 2005 Printout of MyCheckFree Web page entitled, "Which Bills Can I Pay Here?" (Exhibit B to David B. Humphrey Affidavit) | | | **X** |
| 37 | MyCheckFree Terms and Conditions (February 2005) (Exhibit C to David B. Humphrey Affidavit) | | | **X** |
| 38 | Navy Federal Credit Union Terms and Conditions (February 2005) (Exhibit D to David B. Humphrey Affidavit) | | | **X** |
| 39 | Navy Federal Credit Union Terms and Conditions (July 2005) | | | **X** |
| 40 | U.S. Census Bureau, *Statistical Abstract of the United States: 2004-2005*, Table No. 1187 | | | **X** |
| 41 | Federal Reserve Financial Services, *Fee Schedules: FedACH 2004 Fee Schedules*, *at* http://www.frbservices.org/FeeSchedules/FedACH2004.html | | | **X** |
| 42 | Federal Reserve System, *The 2004 Federal Reserve Payments Study: Analysis of Noncash Payment Trends in the United States: 2000–2003*, (Dec. 15, 2004) | | | **X** |
| 43 | Federal Reserve System, *Annual Report 2003* | | | **X** |
| 44 | Federal Reserve System, *Retail Payments Research Project: A Snapshot of the U.S. Payments Landscape* (2002), *at* http://www.frbservices.org/Retail/pdf/RetailPaymentsResearchProject.pdf | | | **X** |
| 45 | *Retail Fees of Depository Institutions, 1997–2001*, Federal Reserve Bulletin, Sept. 2002, 405-413 | | | **X** |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 46 | Humphrey & Vale, *Scale Economies, Bank Mergers, and Electronic Payments: A Spline Function Approach*, Journal of Banking and Finance, 28, July 2004: 1671–96 | | | X |
| 47 | Humphrey et al., *What Does it Cost to Make a Payment?*, Review of Network Economics, June 2003, 159–74 | | | X |
| 48 | Humphrey et al., *Realizing the Gains from Electronic Payments: Costs, Pricing, and Payment Choice*, Journal of Money, Credit, and Banking, May 2001, 216–34 | | | X |
| 49 | Humphrey et al., *The Check's in the Mail: Why the U.S. Lags in the Adoption of Cost-Saving Electronic Payments*, Journal of Financial Services Research, Feb. 2000, 17–39 | | | X |
| 50 | Humphrey et al., *Cost Reductions in Electronic Payments: The Roles of Consolidation, Economies of Scale, and Technical Change,* Journal of Banking and Finance, Feb. 1999, 391-421 | | | X |
| 51 | Humphrey et al., *Payment Transactions, Instruments, and Systems: A Survey*, Journal of Banking and Finance, Dec. 1997, 1573-1624 | | | X |
| 52 | Humphrey et al., *Cash, Paper, and Electronic Payments: A Cross-Country Analysis,* Journal of Money, Credit, and Banking, November 1996, Part II, 914-939 | | | X |
| 53 | Humphrey et al., *Market Failure and Resource Use: Economic Incentives to Use Different Payment Instruments,* in The U.S. Payments System: Efficiency, Risk, and the Role of the Federal Reserve, 1990 | | | X |
| 54 | Humphrey et al., *Interstate Banking and the Payments System,* Journal of Financial Services Research, Jan. 1998, 131-145 | | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 55 | Humphrey et al., *Payments System Risk, Market Failure, and the Public Policy,* in <u>Electronic Funds Transfer and Payments: The Public Policy Issues</u>, 1987, 83-109 | | | **X** |
| 56 | Humphrey et al., *Payments Finality and Risk of Settlement Failure,* in <u>Technology and the Regulation of Financial Markets</u>, 1986, 97-120 | | | **X** |
| 57 | Humphrey et al., *The Role of Interstate Banking in the Diffusion of Electronic Payments Technology* in <u>Technological Innovation, Regulation, and the Monetary Economy</u>, 1986, 13-52 | | | **X** |
| 58 | Humphrey et al., *Resource Use in Federal Reserve Check and ACH Operations After Pricing,* Journal of Bank Research, Spring 1985, 45-53 | | | **X** |
| 59 | <u>The U.S. Payments System: Costs, Pricing, Competition, and Risk,</u> Monograph Series in Finance in Economics, NYU, NY, Nos. 1 & 2, 1984, 1-135 | | | **X** |
| 60 | Humphrey et al., *Scale Economics at Automated Clearinghouses,* Journal of Bank Research 12, Summer 1981, 71-81 | | | **X** |
| 61 | Humphrey et al., *Unleashing Electronic Payments,* Banking Strategies, Nov./Dec. 1998, 58-68 | | | **X** |
| 62 | Humphrey et al., *Prospective Changes in Payments: Implications for Credit Unions,* Filene Research Institute and the Center for Credit Union Research, School of Business, University of Wisconsin-Madison, 1997 | | | **X** |
| 63 | Humphrey et al., *Controlling Risk in the Payments System,* Board of Governors of the Federal Reserve System, Aug. 1988 | | | **X** |
| 64 | Humphrey et al., *Future Directions in Payment Risk Reduction,* Journal of Cash Management, Mar./Apr. 1988, 8-14 | | | **X** |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 65 | Humphrey et al., *Daylight Overdrafts and Payments System Risk,* Federal Reserve Bulletin, Nov. 1987 839-852 | | | X |
| 66 | Humphrey et al., *Costs, Scale Economies, Competition, and Product Mix in the U.S. Payments Mechanism,* Staff Studies, No. 115, Federal Reserve Board, Apr. 1982, 1-18 | | | X |
| 67 | Minutes of Organizational Meeting of Berenson & Co. Int'l (David Berenson Deposition Ex. 10) | | | X |
| 68 | Authorization to Represent and Contingent Fee Agreement signed by David Berenson | | X | |
| 69 | 1991 Fidelity Ultra Service Account Application (David Berenson Deposition Ex. 5) | | X | |
| 70 | Berenson BillPay Application dated June 14, 1993 (Joan Berenson Deposition Ex. 6) | | X | |
| 71 | 2003 Customer Agreement (FBS-CUSTAGT-0603) (Exhibit A to Anne Warren Fagan Affidavit) | | X | |
| 72 | 2003 BillPay Service Agreement (BP-AGMT-0703) (David Berenson Deposition Ex. 31; Exhibit B to Anne Warren Fagan Affidavit) | Berenson 000041 - 000052 | X | |
| 73 | 2003 Fidelity Cash Reserves Prospectus (Exhibit C to Anne Warren Fagan Affidavit) | | X | |
| 74 | 1991 Fidelity Cash Reserves Prospectus | F005429 - F005437 | X | |
| 75 | 1993 Fidelity Cash Reserves Prospectus | F005462 - F005474 | X | |
| 76 | 1998 Fidelity Cash Reserves Prospectus (Tab 13.M to Appendix to Defendants' Opposition to Class Certification) | | X | |
| 77 | 1998 BillPay Service Agreement (Exhibit L to Anne Warren Fagan Affidavit) | | X | |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 78 | 1998 Fidelity Daily Income Trust Prospectus (Exhibit M to Anne Warren Fagan Affidavit) | | X | |
| 79 | 2000 Fidelity BillPay Service Agreement (Exhibit Q to Anne Warren Fagan Affidavit) | | X | |
| 80 | Letter from W. Hawkins to D. Berenson dated April 24, 2002 (David Berenson Deposition Exhibit 16) | Berenson 000039 | X | |
| 81 | Letter from David Berenson to Gerry Gehringer (David Berenson Deposition Exhibit 17) | Berenson 000040 | X | |
| 82 | Letter from David Berenson to Fidelity Investments dated September 17, 2002 (David Berenson Deposition Exhibit 13) | Berenson 000002 | X | |
| 83 | December 2004 Statement of Berenson Fidelity Joint Account (David Berenson Deposition Exhibit 19) | 1988 - 1992 | X | |
| 84 | Everyday Finances produced by Berensons (David Berenson Deposition Exhibit 32) | Berenson 000053 - 000074 | | x |
| 85 | Letter from Fidelity to David Berenson dated August 30, 2001 (David Berenson Deposition Exhibit 27) | | X | |
| 86 | August 2001 Statement of Berenson Fidelity Joint Account (David Berenson Deposition Exhibit 28) | F001800 - F001803 | X | |
| 87 | Collected Berenson Symphony Notes | F000338; F001737 - F001769; F005327 - F005363 | X | |
| 88 | Berenson Value Network Comment | F005490A - F005491 | X | |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 89 | Collection of three 1998 Customer BillPay Mailings (Exhibits I, J, K to Anne Warren Fagan Affidavit) | | X | |
| 90 | 2000 BillPay mailing (Exhibit N to Anne Warren Fagan Affidavit) | | X | |
| 91 | 2000 BillPay Buckslip (Exhibit O to Anne Warren Fagan Affidavit) | | X | |
| 92 | 2000 BillPay pop-up (Exhibit P to Anne Warren Fagan Affidavit) | | X | |
| 93 | 2001 Customer Agreement Produced by Berensons | Berenson 000007 - Berenson 000038 | X | |
| 94 | Fidelity letter dated 12/31/04 re: Barhite and Holzinger late fee (Exhibit H. Zaslau affidavit) (Camille Zaslau Deposition Ex. 8) | F005940 | | X |
| 95 | Thunderbird Realty account application (David Berenson Deposition Ex. 14) | | | X |
| 96 | Flowchart (Exhibit A. to Zaslau Affidavit). | | | X |
| 97 | Barhite & Holzinger Statement, dated December 20, 2004 (Joan Berenson Deposition Ex. 25) | Berenson 000075 | | X |
| 98 | Documents produced by First National Bank of Maryland (now M & T Bank) | M & T Bank 000001 - 000054 | | X |
| 99 | Documents produced by Washington Gas | Washington Gas 000001 - 000003 | | X |
| 100 | Documents produced by PEPCO | PEPCO 000001 - 000035 | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 101 | Documents produced by Comcast Cable Communications | Comcast 000001 - 000119 | | X |
| 102 | Documents produced by Chevy Chase Bank | Chevy Chase 000001 - 000016 | | X |
| 103 | Documents produced by Barhite & Holzinger | B&H 000001 - 000053 | | X |
| 104 | 2001 Tax Reporting Statement | 1365 - 1374 | | X |
| 105 | 2004 Tax Reporting Statement, Thunderbird Realty Ventures | 261 - 264 | | X |
| 106 | 2004 Tax Reporting Statement, David Berenson | 1 - 6 | | X |
| 107 | 1989 Account History, FUSDT Co. Customer IRA, FBO David Berenson | F003841 - F003854 | | X |
| 108 | 1986 Year-End Statement, FMT Co. Customer IRA, FBO David Berenson | F003833 - F003837 | | X |
| 109 | 1983 Cumulative Statement, FMT Co. Customer IRA, FBO David Berenson | F003838 - F003840 | | X |
| 110 | Payee List, June 2000 - January 2005 | F002212 - F002213 | | X |
| 111 | Fidelity Investment Reports, R D J & Co. (December 1998 - February 2005) | F005122 - F005257 | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 112 | Fidelity Investment Reports, Berenson & Co. Int'l. (April 1998 - December 2004) | F002820 - F002879; F003310 - F003522 | | X |
| 113 | Fidelity Investment Reports, Thunderbird Realty Ventures (January 2001 - December 2004) | F001993 - F002171 | | X |
| 114 | Fidelity Investment Reports, RD Realty Equities (January 1999 - February 2005) | F004845 - F005119 | | X |
| 115 | Fidelity Investment Reports, Joan B. Berenson Trust U/A JBB Trustee for the Benefit of Daniel S. Berenson (December 1998 - February 2005) | F005258 - F005316 | | X |
| 116 | Fidelity Investment Reports, Joan B. Berenson (January 1999 - February 2005) | F004131 - F004521 | | X |
| 117 | Fidelity Investment Reports, David & Joan Berenson (July 1991 - December 2004) | F001774 - F001992; F002943 - F003309 | | X |
| 118 | Fidelity Investment Reports, David Berenson (January 2002 - February 2005) | F004522 - F004640 | | X |
| 119 | Fidelity Investment Reports, David Berenson ROTH IRA (January 1999 - February 2005) | F004641 - F004844 | | X |
| 120 | Wachovia Securities Account Statements, David Berenson, 2003-2004 | 1693 - 1748; 2931 - 2944 | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 121 | Chase Money Market Account Statements, R D J Co. C/O Berenson & Co. Int'l. (March 2001 - October 2001) | 1087 - 1106 | | X |
| 122 | JP Morgan Chase Money Market Account Statements, R D J & Co. C/O Berenson & Co. Int'l. (November 2001 - December 2002; 2004) | 1107 - 1108; 1175 - 1214; 3109 - 3112 | | X |
| 123 | Community Bank Checking Account Statements, Berenson & Co. Int'l, (October 2003 - February 2004) | 1611 - 1692 | | X |
| 124 | Community Bank Checking Account Statements, David Berenson (February 2001 - December 2001; October 2004 - January 2005) | 2945 - 2950; 3159 - 3180 | | X |
| 125 | Bank Atlantic Account Statements, David & Joan Berenson (February 2004; September 2004; January 2005) | 1597 - 1610; 3113 - 3114; 2929 | | X |
| 126 | Admiralty Bank Checking Account Statements, David Berenson (January 2002 - April 2003) | 1511 - 1596 | | X |
| 127 | RBC Centura Checking Account Statements, David & Joan Berenson (April 2003 - February 2004; October 2004 - December 2004) | 1471 - 1510; 3115 - 3118 | | X |
| 128 | Prudential Financial Command Account Statements, David Berenson (January 2001 - December 2003) | 1749 - 1868; 3347 - 3418 | | X |
| 129 | All First Account Statements, Joan Berenson (January 2001 - January 2003) | 1869 - 1968 | | X |

| No. | Description | Bates No. | Expect to Offer | May Offer if Needed |
|---|---|---|---|---|
| 130 | TD Waterhouse Account Statements, Joan Berenson (December 2000 - September 2004) | 1969 - 2079 | | X |
| 131 | TD Waterhouse Account Statements, David Berenson (December 2000 - December 2004) | 2080 - 2163; 3073 - 3096 | | X |
| 132 | TD Waterhouse Account Statements, David & Joan Berenson (2001 - 2004) | 2779 - 2861 | | X |
| 133 | The Vanguard Group Tax Exempt Money Market Fund Account Statements, Joan Berenson (August 2002 - September 2004) | 2164 - 2243 | | X |
| 134 | The Vanguard Group Prime Money Market Fund Account Statements, David Berenson (December 2003 - May 2004) | 2244 - 2262 | | X |
| 135 | The Vanguard Group Portfolio Summaries, David Berenson (December 2001 - December 2004) | 2268 - 2481; 2951 - 3004 | | X |
| 136 | American Express Business Gold Card, Joan B. Berenson - Thunderbird Realty Account Statements (June 2002 - December 2002; February 2003 - November 2003) | 2482 - 2511; 3419 - 3478 | | X |
| 137 | American Express Business Gold Card, David Berenson Account Statements, (2003 - 2004) | 2513 - 2618; 3479 - 3708 | | X |
| 138 | Susquehanna Bank Account Statements, Joan Berenson (February 2001 - December 2004) | 2862 - 2926; 3119 - 3158 | | X |
| 139 | Log of Privileged or Immune Documents Responsive to the Defendants' Requests for Production of Documents (D.S. Berenson Deposition Ex. 11) | | | X |

        Respectfully submitted,

        NATIONAL FINANCIAL SERVICES LLC and
        FIDELITY BROKERAGE SERVICES LLC

        By their attorneys,


        /s/ John A. Shope
        Nicholas C. Theodorou (BBO No. 495730)
        John A. Shope (BBO No. 562056)
        William W. Fick (BBO No. 650562)
        David E. Cole (BBO No. 658705)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000


Dated:  August 8, 2005