IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 04 CV 11311 (WGY) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION
TO COMPEL ARBITRATION AND TO DISMISS**

Pursuant to Local Rule 7.1(B)(3), defendants National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity") hereby move for leave to file a Reply Memorandum in Support of Defendants' Motion to Compel Arbitration and to Dismiss, attached hereto at Exhibit A. As grounds for this Motion, Fidelity states that the Reply is necessary to respond to the response memorandum submitted by plaintiffs Joan and David Berenson ("the Berensons"). Among other things, the Berensons' opposition brief misstates the arbitration rules of the National Association of Securities Dealers ("NASD") and the equitable powers of the NASD arbitrators. Fidelity believes that consideration of its Reply will be helpful to the Court in resolving Fidelity's pending motion to compel arbitration and to dismiss.

        Respectfully submitted,

        NATIONAL FINANCIAL SERVICES LLC and
        FIDELITY BROKERAGE SERVICES LLC

        By their attorneys,

        /s/ John A. Shope
        Nicholas C. Theodorou (BBO No. 495730)
        John A. Shope (BBO No. 562056)
        William W. Fick (BBO No. 650562)
        David E. Cole (BBO No. 658705)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000

Dated: August 11, 2005

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1

    I, John A. Shope, certify that I conferred with opposing counsel, Douglas A. Rubel, with respect to this motion by telephone on August 11, 2005. Although Mr. Rubel has previously requested and received leave to file reply briefs in this case, he stated that he would oppose the motion.

        /s/ John A. Shope