IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>            Defendants. | Civil Action No. 04 CV 11311 (WGY) |

### DEFENDANTS' MOTION TO RECONSIDER OR TO CERTIFY FOR INTERLOCUTORY APPEAL OR ALTERNATIVELY TO VACATE

For the reasons set forth more fully in the accompanying memorandum of law, defendants Fidelity Brokerage Services LLC and National Financial Services LLC (together, "Fidelity") hereby move the Court to reconsider, or certify for interlocutory appeal under 28 U.S.C. § 1292(b), or alternatively to vacate its order of July 13, 2005 [dkt # 79] and explanatory memorandum opinion of October 31, 2005 [dkt # 89].

### Request for Oral Argument

Fidelity hereby requests that the Court oral argument on the motion.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES LLC and
FIDELITY BROKERAGE SERVICES LLC

By their attorneys,

/s/ John A. Shope
Nicholas C. Theodorou (BBO No. 495730)
John A. Shope (BBO No. 562056)
William W. Fick (BBO No. 650562)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

*Of counsel:*

David C. Frederick
F. Andrew Hessick III
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
Summer Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7900

**Local Rule 7.1 Certification**

I, John A. Shope, one of the attorneys for the defendants, hereby certify pursuant to Local Rule Civ. P. 7.1 that I repeatedly called the office of plaintiffs' counsel, Douglas A. Rubel, to determine his position on the foregoing motion, which I described in a message to him. Although Mr. Rubel's secretary advised me that he was in the office, and I requested that he return my call immediately, he did not do so.

/s/ John A. Shope

Dated: November 23, 2005