IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No. 04 CV 11311 (WGY) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that National Financial Services LLC and Fidelity Brokerage Services LLC, defendants in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the order of the United States District Court for the District of Massachusetts, entered in this case on November 28, 2005, denying defendants' motion for reconsideration, to certify for interlocutory appeal, or to vacate as inconsistent with the court's prior order compelling arbitration an opinion and order dated October 31, 2005, and the order of October 31, 2005, entered on November 1, 2005, which granted in part and denied in part defendants' motion for summary judgment.

        NATIONAL FINANCIAL SERVICES LLC and
        FIDELITY BROKERAGE SERVICES LLC

        By their attorneys,


        /s/ John A. Shope
        Nicholas C. Theodorou (BBO No. 495730)
        John A. Shope (BBO No. 562056)
        William W. Fick (BBO No. 650562)
        David E. Cole (BBO No. 658705)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000

        *Of counsel:*

        David C. Frederick
        F. Andrew Hessick III
        KELLOGG, HUBER, HANSEN, TODD,
        EVANS & FIGEL PLLC
        Summer Square
        1615 M Street, N.W., Suite 400
        Washington, DC 20036
        (202) 326-7900


Dated:  November 30, 2005


B3129982.1