# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11311

Joan Berenson

v.

National Financial Services LLP

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I -VI are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/30/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 11, 2006.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __1/11/06__ .

_Barchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11311-WGY

Berenson et al v. National Financial Services LLP et al
Assigned to: Judge William G. Young
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 06/10/2004
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**Joan Berenson**
*Indiviually and on behalf of all others similarly situated*

represented by **Douglas Andrew Rubel**
Johanson, Berenson, LLP
Suite 200
201 Shannon Oaks Circle
Cary, NC 27511
919-654-4544
Fax: 919-654-4545
Email: dar@johansonberenson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth L. McWilliams**
Johanson, Berenson LLP
Suite C
1146 Walker Road
Great Falls, VA 22066
703-759-1055
Fax: 703-991-4032
Email: klm@johansonberenson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. Stenger**
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
617-854-4228

Fax: 617-854-4040
Email: sstenger@pscboston.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Berenson**
*Individually and on behalf of all others similarly situated*

represented by **Douglas Andrew Rubel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth L. McWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. Stenger**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Financial Services LLP**

represented by **Lawrence Hedrick Martin**
Foley Hoag LLP
1875 K Street, NW
Suite 800
Washington, DC 20006
202-223-1200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David E. Cole**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West

Boston, MA 02210
617-832-1000
Fax: 617-832-7000
Email: dcole@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**John A. Shope**

Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1233
Fax: 617-832-7000
Email: jshope@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Nicholas C. Theodorou**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West

Boston, MA 02210
617-832-1163
Fax: 617-832-7000
Email: ntheodor@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**William W Fick**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West

Boston, MA 02210
617-832-1000
Fax: 617-832-7000
Email: wfick@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fidelity Brokerage Services LLC**   represented by   **Lawrence Hedrick Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David E. Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Shope**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas C. Theodorou**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William W Fick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-50**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2004 | 1 | Case transferred in from District of Columbia (Washington D.C.) Division. Case Number 03cv-02004-RBW. (Bell, Marie) Additional attachment(s) added on 6/17/2004 (Bell, Marie). (Entered: 06/15/2004) |
| 06/18/2004 | 2 | NOTICE of Appearance by Nicholas C. Theodorou on behalf of Fidelity Brokerage Services LLC, National Financial Services LLP (Theodorou, Nicholas) (Entered: 06/18/2004) |
| 06/18/2004 | 3 | NOTICE of Appearance by William Walter Fick on behalf of Fidelity Brokerage Services LLC, National Financial Services LLP (Fick, William) (Entered: 06/18/2004) |
| 06/25/2004 | 4 | NOTICE of Appearance by Susan E. Stenger on behalf of David Berenson, Joan Berenson (Stenger, Susan) (Entered: 06/25/2004) |
| 06/28/2004 | 5 | MOTION for Leave to Appear Pro Hac Vice by Douglas Andrew Rubel and Kenneth L. McWilliams Filing fee $ 100.00, receipt number 000036005. by David Berenson, Joan Berenson. (Attachments: # 1 Affidavit Certificate of Kenneth L. McWilliams in support of Motion for Admittance Pro Hac Vice# 2 Affidavit Certificate of Douglas Andrew Rubel in Support of Motion for Admittance Pro Hac Vice)(Stenger, Susan) (Entered: 06/28/2004) |
| 06/30/2004 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 9/15/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/30/2004) |
| 07/07/2004 | 7 | NOTICE of Appearance by John A. Shope on behalf of |

| | | |
|---|---|---|
| | | Fidelity Brokerage Services LLC, National Financial Services LLP (Shope, John) (Entered: 07/07/2004) |
| 07/27/2004 | | Judge William G. Young : ELECTRONIC ORDER entered granting 5 Motion for Leave to Appear Pro Hac Vice (Smith, Bonnie) (Entered: 07/27/2004) |
| 07/27/2004 | | NOTICE OF RESCHEDULINGInitialScheduling Conference reset for TUESDAY 9/14/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 07/27/2004) |
| 08/24/2004 | 8 | NOTICE of Hearing on Motion to Dismiss Motion Hearing set for 10/13/2004 02:00 PM before Chief Judge William G. Young. The hearing will take place at Suffolk University Law School, 120 Tremont St.Boston, MA....The 16.1 scheduling conference set for 9/14 is cancelled.(Smith, Bonnie) (Entered: 08/24/2004) |
| 10/13/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young : Hearing re MOTION to DISMISS held on 10/13/2004. After hearing the Court DENIES the motion in part and takes Under Advisement the Motion in part, and Allows the Motion in part. 16.1 Conference held. Final Pretrial Conference set for NO SOONER THAN 7/5/2005 02:00 PM before Chief Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST FOR NO SOONER THAN 9/5/2005 09:00 AM before Chief Judge William G. Young. Parties are to file a joint case management proposal within 2 weeks. (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 10/14/2004) |
| 10/27/2004 | 9 | TRANSCRIPT of Proceedings held on 10/13/04 before Judge YOUNG. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 10/27/2004) |
| 10/27/2004 | 10 | JOINT STATEMENT re scheduling conference. (Shope, John) (Entered: 10/27/2004) |
| 10/27/2004 | 11 | CERTIFICATE OF CONSULTATION by John A. Shope on behalf of Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 10/27/2004) |
| 10/27/2004 | 12 | CERTIFICATE OF CONSULTATION by Kenneth L. |

| | | |
|---|---|---|
| | | McWilliams on behalf of all plaintiffs. (McWilliams, Kenneth) (Entered: 10/27/2004) |
| 10/28/2004 | ●13 | AMENDED DOCUMENT by David Berenson, Joan Berenson. *Certificate of Consultation*. (McWilliams, Kenneth) (Entered: 10/28/2004) |
| 10/28/2004 | ●14 | AMENDED DOCUMENT by David Berenson, Joan Berenson, Fidelity Brokerage Services LLC, National Financial Services LLP. *(Corrected Joint Statement)*. (Shope, John) (Entered: 10/28/2004) |
| 11/02/2004 | ● | Judge William G. Young : Electronic ORDER entered re 14 Amended Document(Joint case management proposal) filed by Fidelity Brokerage Services LLC, Joan Berenson, David Berenson, National Financial Services LLP The plainitff schedule is adopted save that briefing shall proceed in accordance with the local rules. Discovery due April 29,2005. Dispositive motions due by May 12, 2005.(Smith, Bonnie) Modified on 11/3/2004 (Catino2, Theresa). (Entered: 11/02/2004) |
| 11/02/2004 | ● | Set/Reset Deadlines: Discovery due by 4/29/2005.Dispositive Motions due by 5/12/2005. (Smith, Bonnie) (Entered: 11/02/2004) |
| 01/10/2005 | ●15 | MOTION for Sanctions *Striking Class Action Allegations or in the Alternative to Compel or Stay* by Fidelity Brokerage Services LLC, National Financial Services LLP.(Shope, John) (Entered: 01/10/2005) |
| 01/10/2005 | ●16 | MEMORANDUM in Support re 15 MOTION for Sanctions *Striking Class Action Allegations or in the Alternative to Compel or Stay* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 01/10/2005) |
| 01/10/2005 | ●17 | AFFIDAVIT of John A. Shope, Esq. in Support re 15 MOTION for Sanctions *Striking Class Action Allegations or in the Alternative to Compel or Stay* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit A-I to Shope Affidavit)(Shope, John) (Entered: 01/10/2005) |
| 01/10/2005 | ●18 | AFFIDAVIT of John A. Shope in Support re 15 MOTION for Sanctions *Striking Class Action Allegations or in the* |

| | | |
|---|---|---|
| | | *Alternative to Compel or Stay (with corrected exhibit attachment)* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit A - I to Shope Affidavit)(Shope, John) (Entered: 01/10/2005) |
| 01/11/2005 | | Judge William G. Young : ElectronicORDER entered granting in part and denying in part 15 Motion for Sanctions Unless, within 30 days of the date of this order, the plaintiffs shall present themselves for deposition in Boston, and make full and complete answers to interrogatories and production of documents, or shall within 14 days interpose an adequate explanation for failure to make discovery, the class action allegations are striken. Costs will be assessed at the close of the action.cc/cl (Smith, Bonnie) (Entered: 01/11/2005) |
| 01/20/2005 | 19 | Joint MOTION for Order to Endorse Stipulated Confidentiality Agreement by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Text of Proposed Order Stipulated Confidentiality Agreement and Proposed Order for The Production and Exchange of Confidential Information)(Shope, John) (Entered: 01/20/2005) |
| 01/24/2005 | 20 | MEMORANDUM in Opposition re 15 MOTION for Sanctions *Striking Class Action Allegations or in the Alternative to Compel or Stay* filed by Joan Berenson, David Berenson. (Attachments: # 1 Affidavit)(McWilliams, Kenneth) (Entered: 01/24/2005) |
| 01/25/2005 | 21 | First MOTION to Certify Class by Joan Berenson, David Berenson. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8) (McWilliams, Kenneth) (Entered: 01/25/2005) |
| 01/27/2005 | | Judge William G. Young : Electronic ORDER entered. re 20 Memorandum in Opposition to Motion for Sanctions filed by Joan Berenson,, David Berenson. THE PLAINTIFFS OBJECTIONS ARE OVERRULED AND THE WITHHELD DOCUMENTS ARE TO BE PRODUCED WITHIN 10 DAYS OF THE DATE OF THIS ORDER OR SANCTIONS WILL BE IMPOSED. cc/cl. (Bell, Marie) (Entered: 01/27/2005) |
| 01/31/2005 | 22 | Judge William G. Young : STIUPLATED CONFIDENTIALITY AGREEMENT AND PROPOSED ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION entered. cc/cl. (Bell, |

| | | |
|---|---|---|
| | | Marie) (Entered: 02/01/2005) |
| 02/02/2005 | | NOTICE of Hearing on Motion 21 First MOTION to Certify Class: Motion Hearing set for 2/16/2005 02:30 PM in Courtroom 18 before Chief Judge William G. Young. Opposition is due by 2/8/05. (Smith, Bonnie) (Entered: 02/02/2005) |
| 02/07/2005 | 23 | NOTICE of Appearance by David E. Cole on behalf of Fidelity Brokerage Services LLC, National Financial Services LLP (Cole, David) (Entered: 02/07/2005) |
| 02/08/2005 | 24 | MOTION for Partial Summary Judgment *on EFTA Count Barred by Statute of Limitations* by Fidelity Brokerage Services LLC, National Financial Services LLP.(Shope, John) (Entered: 02/08/2005) |
| 02/08/2005 | 25 | MEMORANDUM in Support re 24 MOTION for Partial Summary Judgment *on EFTA Count Barred by Statute of Limitations* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 02/08/2005) |
| 02/08/2005 | 26 | MOTION For Leave to File Under Seal by Fidelity Brokerage Services LLC, National Financial Services LLP.(Bell, Marie) (Entered: 02/11/2005) |
| 02/08/2005 | 27 | MEMORANDUM in Opposition re 21 First MOTION to Certify Class filed by Fidelity Brokerage Services LLC, National Financial Services LLP. c/s. (Bell, Marie) (Entered: 02/11/2005) |
| 02/08/2005 | 28 | *****SEALED*****APPENDIX Volume I 27 Memorandum in Opposition to Motion by Fidelity Brokerage Services LLC, National Financial Services LLP. (Bell, Marie) (Entered: 02/11/2005) |
| 02/08/2005 | 29 | ***** SEALED ***** APPENDIX Volume II re 27 Memorandum in Opposition to Motion by Fidelity Brokerage Services LLC, National Financial Services LLP. (Bell, Marie) (Entered: 02/11/2005) |
| 02/10/2005 | | Judge William G. Young : Electronic ORDER entered re: 26 Motion For Leave to File Under Seal. MOTION DENIED SAVE AS TO THE APPENDIX. FIDELITY SHALL FORTHWITH FILE AN UNSEALED REDACTED APPENDIX OMITTING THE DATA COVERED BY |

| | | |
|---|---|---|
| | | LOCAL RULE 5.3. AS TO THE SO-CALLED CONFIDENTIAL DATA BEARING ON COMPETITIVE ADVANTAGE, FIDELITY MAY THOROUGHLY BRIEF THE GROUNDS FOR SUCH CLAIM OR MAY WITHDRAW THE MATERIAL. UNTIL A DOCUMENT-BY-DOCUMENT CONFIDENTIALITY RULING HAS BEEN OBTAINED, THE COURT WILL NOT CONSULT THIS MATERIAL. FIDELITY'S SUGGESTION CONCERNING THE HANDLING OF DEPOSITION TRANSCRIPTS IS ADOPTED, SAVE THAT THE COURT WILL NEITHER POSTPONE THE HEARING NOR CONSULT THE DEPOSITIONS UNTIL REDACTED DEPOSITIONS HAVE BEEN FILED. cc/cl. (Bell, Marie) (Entered: 02/11/2005) |
| 02/11/2005 | 30 | Second MOTION to Seal *Pursuant to Court's Feb. 11 Order* by Fidelity Brokerage Services LLC, National Financial Services LLP.(Shope, John) (Entered: 02/11/2005) |
| 02/11/2005 | 31 | AFFIDAVIT in Support re 30 Second MOTION to Seal *Pursuant to Court's Feb. 11 Order* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 02/11/2005) |
| 02/14/2005 | 32 | NOTICE by Fidelity Brokerage Services LLC, National Financial Services LLP *Notice of Manual Filing with Clerk's Office* (Shope, John) (Entered: 02/14/2005) |
| 02/14/2005 | 33 | REDACTED APPENDIX - VOLUME I re 27 Memorandum in Opposition to Motion by Fidelity Brokerage Services LLC, National Financial Services LLP. (Bell, Marie) (Entered: 02/15/2005) |
| 02/14/2005 | 34 | REDACTED APPENDIX - VOLUME II re 27 Memorandum in Opposition to Motion by Fidelity Brokerage Services LLC, National Financial Services LLP. (Bell, Marie) (Entered: 02/15/2005) |
| 02/15/2005 | | NOTICE of Hearing on Motion 24 MOTION for Partial Summary Judgment *on EFTA Count Barred by Statute of Limitations*: Motion Hearing set for 3/3/2005 02:00 PM before Chief Judge William G. Young. Opposition is due by 2/22/05. Reply brief, if any, is due by 2/28/05. The hearing will be heard at BOSTON UNIVERSITY LAW SCHOOL, LAW AUDITORIUM,GROUND FLOOR, 765 |

| | | |
|---|---|---|
| | | COMMONWEALTH AVE., BOSTON.(Smith, Bonnie) (Entered: 02/15/2005) |
| 02/15/2005 | 🔵35 | MOTION for Leave to File *Reply to Defendants' Opposition to Motion For Class Certification* by Joan Berenson, David Berenson. (Attachments: # 1 # 2 # 3)(McWilliams, Kenneth) (Entered: 02/15/2005) |
| 02/16/2005 | 🔵36 | MEMORANDUM in Opposition re 35 MOTION for Leave to File *Reply to Defendants' Opposition to Motion For Class Certification* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 02/16/2005) |
| 02/16/2005 | 🔵 | Judge William G. Young : Electronic ORDER entered granting 35 Motion for Leave to File. cc/cl. (Bell, Marie) (Entered: 02/16/2005) |
| 02/16/2005 | 🔵37 | First REPLY to Response to Motion re 21 First MOTION to Certify Class filed by Joan Berenson, David Berenson. (Attachments: # 1 # 2)(McWilliams, Kenneth) (Entered: 02/16/2005) |
| 02/16/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 2/16/2005 re 21 First MOTION to Certify Class filed by Joan Berenson,, David Berenson,. After the hearing the court denies the motion to dismiss that is under advisement and defers ruling on the motion to certify the class until after the trial in September. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/17/2005) |
| 02/16/2005 | 🔵 | Judge William G. Young : Electronic ORDER entered denying 30Second Motion to Seal. cc/cl. (Bell, Marie) (Entered: 02/17/2005) |
| 02/18/2005 | 🔵38 | TRANSCRIPT of Proceedings held on 2/16/05 before Judge YOUNG. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 02/18/2005) |
| 02/22/2005 | 🔵39 | Opposition re 24 MOTION for Partial Summary Judgment *on EFTA Count Barred by Statute of Limitations* filed by Joan Berenson, David Berenson. (McWilliams, Kenneth) (Entered: 02/22/2005) |

| | | |
|---|---|---|
| 02/23/2005 | 40 | REDACTED APPENDIX Volume III re 27 Memorandum in Opposition to Motion for Class Certification by Joan Berenson, David Berenson. c/s. (Bell, Marie) (Entered: 02/24/2005) |
| 02/28/2005 | 41 | REPLY to Response to Motion re 24 MOTION for Partial Summary Judgment *on EFTA Count Barred by Statute of Limitations* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 02/28/2005) |
| 03/03/2005 | 42 | APPENDIX/EXHIBIT re 41 Reply to Response to Motion *[Copy of Houck case inadvertently omitted]* by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 03/03/2005) |
| 03/03/2005 |  | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 3/3/2005 re 24 MOTION for Partial Summary Judgment *on EFTA Count Barred by Statute of Limitations* filed by Fidelity Brokerage Services LLC,, National Financial Services LLP,. After hearing, the Motion for Summary Judgement is Allowed as to statute of limitation concerning nondisclosure of fees, Denied as to statute concerning settlement of errors. Supplemental briefs are due by May 12, 2005. Deft has 10 days to file answer. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/04/2005) |
| 03/07/2005 | 43 | TRANSCRIPT of Proceedings held on 3/3/05 before Judge YOUNG. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 03/07/2005) |
| 03/18/2005 | 44 | ANSWER to Complaint by Fidelity Brokerage Services LLC, National Financial Services LLP.(Shope, John) (Entered: 03/18/2005) |
| 04/28/2005 | 45 | MOTION for Extension of Time to (1) 05/13/2005 and (2) 05/26/2005 to (1) complete third party discovery and (2) file dispositive motions *filed on behalf of named plaintiffs and named defendants* by Fidelity Brokerage Services LLC, National Financial Services LLP.(Cole, David) (Entered: 04/28/2005) |
| 04/29/2005 | 46 | MOTION to Compel *Responses to Discovery, for Sanctions, to* |

| | | |
|---|---|---|
| | | *Enlarge Discovery and Expert Witness Deadline* by Joan Berenson, David Berenson.(McWilliams, Kenneth) (Entered: 04/29/2005) |
| 04/29/2005 | 47 | MEMORANDUM in Support re 46 MOTION to Compel *Responses to Discovery, for Sanctions, to Enlarge Discovery and Expert Witness Deadline* filed by Joan Berenson, David Berenson. (Attachments: # 1 Exhibit Letter dated April 3, 2005# 2 Exhibit Letter dated April 8, 2005)(McWilliams, Kenneth) (Entered: 04/29/2005) |
| 05/04/2005 | | Judge William G. Young : Electronic ORDER entered granting 45 Motion for Extension of Time...Discovery is extended until 5/13/05. The filing of ALL dispositive motions is extended to 5/26/05. There will be no other continuances.cc/cl (Smith, Bonnie) (Entered: 05/04/2005) |
| 05/13/2005 | 48 | Emergency MOTION for Extension of Time to 6/13/2005 to Complete Discovery *for CheckFree Deposition* by Joan Berenson, David Berenson.(Rubel, Douglas) (Entered: 05/13/2005) |
| 05/13/2005 | 49 | First Opposition re 46 MOTION to Compel *Responses to Discovery, for Sanctions, to Enlarge Discovery and Expert Witness Deadline* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S)(Cole, David) (Entered: 05/13/2005) |
| 05/16/2005 | 50 | MOTION for Leave to File *Reply Brief* by Joan Berenson, David Berenson. (Attachments: # 1 Reply Brief)(Rubel, Douglas) (Entered: 05/16/2005) |
| 05/16/2005 | 51 | REPLY to Response to Motion re 46 MOTION to Compel *Responses to Discovery, for Sanctions, to Enlarge Discovery and Expert Witness Deadline* filed by Joan Berenson, David Berenson. (Rubel, Douglas) (Entered: 05/16/2005) |
| 05/17/2005 | | Judge William G. Young : Electronic ORDER entered granting 50 Motion for Leave to File Reply Brief. cc/cl. (Bell, Marie) (Entered: 05/17/2005) |
| 05/18/2005 | 52 | MOTION to Compel by Fidelity Brokerage Services LLC, |

| | | |
|---|---|---|
| | | National Financial Services LLP.(Theodorou, Nicholas) (Entered: 05/18/2005) |
| 05/18/2005 | 53 | MEMORANDUM in Support re 52 MOTION to Compel filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Theodorou, Nicholas) (Entered: 05/18/2005) |
| 05/18/2005 | 54 | AFFIDAVIT of Nicholas C. Theodorou in Support re 52 MOTION to Compel filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Errata 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11)(Theodorou, Nicholas) (Entered: 05/18/2005) |
| 05/20/2005 | 55 | Opposition re 48 Emergency MOTION for Extension of Time to 6/13/2005 to Complete Discovery *for CheckFree Deposition* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit A - D)(Shope, John) (Entered: 05/20/2005) |
| 05/24/2005 | 56 | Opposition re 52 MOTION to Compel filed by Joan Berenson, David Berenson. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four# 5 Exhibit Five)(Rubel, Douglas) (Entered: 05/24/2005) |
| 05/24/2005 | 57 | Second MOTION to Compel by Joan Berenson, David Berenson. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four# 5 Exhibit Five)(Rubel, Douglas) (Entered: 05/24/2005) |
| 05/24/2005 | 58 | Amended MOTION to Compel by Joan Berenson, David Berenson.(Rubel, Douglas) (Entered: 05/24/2005) |
| 05/24/2005 | 59 | Amended MEMORANDUM in Support re 58 Amended MOTION to Compel filed by Joan Berenson, David Berenson. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four# 5 Exhibit Five)(Rubel, Douglas) (Entered: 05/24/2005) |
| 05/25/2005 | | Motion terminated: 57 Second MOTION to Compel filed by Joan Berenson,, David Berenson,. MOTION FILED INCORRECTLY. SEE DOCUMENT #'S 58 AND 59. (Bell, Marie) (Entered: 05/25/2005) |
| 05/26/2005 | 60 | MOTION for Summary Judgment by Fidelity Brokerage Services LLC, National Financial Services LLP.(Shope, John) |

| | | |
|---|---|---|
| | | (Entered: 05/26/2005) |
| 05/26/2005 | 61 | MEMORANDUM in Support re 60 MOTION for Summary Judgment filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 05/26/2005) |
| 05/26/2005 | 62 | STATEMENT of facts re 60 MOTION for Summary Judgment. (Shope, John) (Entered: 05/26/2005) |
| 05/26/2005 | 63 | NOTICE by Fidelity Brokerage Services LLC, National Financial Services LLP re 60 MOTION for Summary Judgment *Notice of Filing Appendix in Hard Copy with Clerk's Office* (Shope, John) (Entered: 05/26/2005) |
| 05/26/2005 | 64 | MOTION to Seal *Exhibits* by Joan Berenson, David Berenson. (Rubel, Douglas) (Entered: 05/26/2005) |
| 05/26/2005 | 65 | STATEMENT of facts *in Response to Defendants' First Statement of Undisputed Facts*. (Attachments: # 1 Exhibit One# 2 Exhibit Six# 3 Exhibit Seven)(Rubel, Douglas) (Entered: 05/26/2005) |
| 05/26/2005 | 66 | APPENDIX-VOLUME I re 60 MOTION for Summary Judgment by Fidelity Brokerage Services LLC, National Financial Services LLP. (Bell, Marie) (Entered: 05/27/2005) |
| 05/26/2005 | 67 | APPENDIX-VOLUME II re 60 MOTION for Summary Judgment by Fidelity Brokerage Services LLC, National Financial Services LLP. (Bell, Marie) (Entered: 05/27/2005) |
| 05/26/2005 | 68 | APPENDIX-VOLUME III re 60 MOTION for Summary Judgment by Fidelity Brokerage Services LLC, National Financial Services LLP. (Bell, Marie) (Entered: 05/27/2005) |
| 05/31/2005 | 69 | MOTION for Leave to File *Reply Memorandum* by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit A - Proposed Reply Memorandum) (Shope, John) (Entered: 05/31/2005) |
| 06/06/2005 | | Judge William G. Young : Electronic ORDER entered granting 69 Motion for Leave to File Reply brief (Smith, Bonnie) (Entered: 06/06/2005) |
| 06/06/2005 | 70 | REPLY to Response to Motion re 52 MOTION to Compel filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 06/06/2005) |
| 06/07/2005 | | Judge William G. Young : Electronic ORDER entered denying |

| | | |
|---|---|---|
| | | 46 Motion to Compel, denying 48 Motion for Extension of Time to Complete Discovery, denying 52 Motion to Compel, denying 58 Motion to Compel, denying 64 Motion to Seal. cc/cl. (Bell, Marie) (Entered: 06/07/2005) |
| 06/10/2005 | 71 | Opposition re 60 MOTION for Summary Judgment filed by Joan Berenson, David Berenson. (Rubel, Douglas) (Entered: 06/10/2005) |
| 06/10/2005 | 72 | Response by Joan Berenson, David Berenson to 62 Statement of facts. (Rubel, Douglas) (Entered: 06/10/2005) |
| 06/16/2005 | 73 | APPENDIX re 72 Response to Statement of Undisputed Facts by Joan Berenson, David Berenson. (Bell, Marie) (Entered: 06/21/2005) |
| 06/22/2005 | 74 | APPENDIX re 72 Response to defendant's Previously-filed 65 Statement of Undisputed Facts by Joan Berenson, David Berenson. (Bell, Marie) (Entered: 06/22/2005) |
| 06/22/2005 | 75 | APPENDIX re 72 Response to defendant's Statement of Undisputed Facts by Joan Berenson, David Berenson (Bell, Marie) (Entered: 06/22/2005) |
| 06/23/2005 | 76 | MOTION for Leave to File *Reply Memorandum* by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit A - Proposed Reply Memorandum# 2 Exhibit 1 to Proposed Reply Memorandum)(Shope, John) (Entered: 06/23/2005) |
| 06/24/2005 | | Judge William G. Young : Electronic ORDER entered granting 76 Motion for Leave to File a Reply Memorandum in Support of Motion for Summary Judgment on all Remaining Claims. cc/cl. (Bell, Marie) (Entered: 06/24/2005) |
| 06/24/2005 | 77 | REPLY to Response to Motion re 60 MOTION for Summary Judgment *On All Remaining Claims* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit 1)(Shope, John) (Entered: 06/24/2005) |
| 06/27/2005 | 78 | Amended Opposition re 60 MOTION for Summary Judgment filed by Joan Berenson, David Berenson. (Rubel, Douglas) (Entered: 06/27/2005) |
| 07/13/2005 | 79 | Judge William G. Young : ORDER entered granting in part and denying in part 60 Motion for Summary Judgment. AN |

| | | |
|---|---|---|
| | | OPINION TO FOLLOW SHORTLY. SO ORDERED. cc/cl. (Bell, Marie) (Entered: 07/13/2005) |
| 07/13/2005 | 🔘 | Motions terminated: 24 MOTION for Partial Summary Judgment *on EFTA Count Barred by Statute of Limitations* filed by Fidelity Brokerage Services LLC,, National Financial Services LLP,, 21 First MOTION to Certify Class filed by Joan Berenson,, David Berenson,. (Smith, Bonnie) (Entered: 07/18/2005) |
| 07/14/2005 | 🔘80 | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 9/7/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. Jury Trial set for no sooner than 9/12/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young.(Smith, Bonnie) (Entered: 07/14/2005) |
| 07/22/2005 | 🔘81 | NOTICE OF RESCHEDULING Final Pretrial Conference RESET for TUE. 9/6/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/22/2005) |
| 08/05/2005 | 🔘82 | MOTION to Compel *Arbitration and to Dismiss* by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 08/05/2005) |
| 08/05/2005 | 🔘83 | MEMORANDUM in Support re 82 MOTION to Compel *Arbitration and to Dismiss* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Shope, John) (Entered: 08/05/2005) |
| 08/08/2005 | 🔘84 | Exhibit/Witness List *submitted pursuant to Fed. R. Civ. P. 26 (a)(3) and L.R. 16.5(C)* by Fidelity Brokerage Services LLC, National Financial Services LLP.. (Shope, John) (Entered: 08/08/2005) |
| 08/10/2005 | 🔘85 | RESPONSE to Motion re 82 MOTION to Compel *Arbitration and to Dismiss* filed by Joan Berenson, David Berenson. (Attachments: # 1 Exhibit One)(Rubel, Douglas) (Entered: 08/10/2005) |
| 08/11/2005 | 🔘86 | MOTION for Leave to File *a Reply Memorandum* by Fidelity Brokerage Services LLC, National Financial Services LLP. (Attachments: # 1 Exhibit A - Proposed Reply Memorandum) (Shope, John) (Entered: 08/11/2005) |

| | | |
|---|---|---|
| 08/12/2005 | | Judge William G. Young : Electronic ORDER entered granting 86 Motion for Leave to File a Reply Memorandum. cc/cl. (Bell, Marie) (Entered: 08/12/2005) |
| 08/12/2005 | 87 | REPLY to Response to Motion re 82 MOTION to Compel *Arbitration and to Dismiss* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 08/12/2005) |
| 08/22/2005 | | Judge William G. Young : Electronic ORDER entered granting 82 Motion to Compel Arbitration (Smith, Bonnie) (Entered: 08/22/2005) |
| 08/22/2005 | 88 | Judge William G. Young : Electronic ORDER ADMINISTRATIVELY CLOSING THE CASE entered. (Smith, Bonnie) (Entered: 08/22/2005) |
| 08/22/2005 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 08/22/2005) |
| 10/31/2005 | 89 | Judge William G. Young : ORDER entered. MEMORANDUM AND OPINION(Smith, Bonnie) (Entered: 11/01/2005) |
| 11/23/2005 | 90 | MOTION for Reconsideration *or to Certify for Interlocutory Appeal or Alternatively to Vacate* by Fidelity Brokerage Services LLC, National Financial Services LLP.(Shope, John) (Entered: 11/23/2005) |
| 11/23/2005 | 91 | MEMORANDUM in Support re 90 MOTION for Reconsideration *or to Certify for Interlocutory Appeal or Alternatively to Vacate* filed by Fidelity Brokerage Services LLC, National Financial Services LLP. (Shope, John) (Entered: 11/23/2005) |
| 11/28/2005 | | Judge William G. Young : Electronic ORDER entered denying 90 Motion for Reconsideration or to Certify for Interlocutory Appeal or Alternatively to Vacate. cc/cl. (Bell, Marie) (Entered: 11/28/2005) |
| 11/30/2005 | 92 | NOTICE OF APPEAL by Fidelity Brokerage Services LLC, National Financial Services LLP. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/20/2005. (Shope, John) (Entered: 11/30/2005) |

| 12/01/2005 | ● | Filing fee: $ 255.00, receipt number 68569 regarding Notice of Appeal (Bell, Marie) (Entered: 12/02/2005) |