UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVCIES LLC, and DOEs 1-50, inclusive,<br><br>    Defendants. | Docket No. 04-CV-11311-WGY |

NOTICE OF CHANGE OF FIRM NAME

  Please be advised that the name of the firm of undersigned counsel for Plaintiffs Joan Berenson and David Berenson has changed from Perkins Smith & Cohen LLP to Burns & Levinson LLP.  The street address and phone number remain the same.

                Respectfully submitted,

Dated:   January 25, 2006         /s/  Susan E. Stenger
                Susan E. Stenger
                BBO #555552
                BURNS & LEVINSON LLP
                *(formerly  Perkins Smith & Cohen LLP)*
                One Beacon Street, 30th Floor
                Boston, MA  02108-3106
                617-854-4000

- 2 -

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2006.

                                                     /s/  Susan E. Stenger

ses-name change-