IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,

          Plaintiffs,

v.

NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,

          Defendants.

Civil Action No. 04 CV 11311 (WGY)

**NOTICE OF WITHDRAWAL OF WILLIAM W. FICK AS COUNSEL FOR DEFENDANTS**

Pursuant to Loc. R. 83.5.2(c), notice is hereby given that undersigned counsel, William W. Fick, withdraws his appearance for defendants, National Financial Services LLC and Fidelity Brokerage Services LLC (together, "Fidelity").

The conditions of withdrawal set forth in Loc. Rule 83.5.2(c) have all been met:

1.    On or about June 26, 2006, undersigned counsel will leave Foley Hoag LLP to take a position as an assistant federal public defender for the District of Massachusetts.

2.    The other attorneys of record for Fidelity from Foley Hoag LLP — Nicholas C. Theodorou, John A. Shope, and David E. Cole — will remain in the case.

3.    No motions are pending, no trial date has been set, no hearings or conferences are scheduled, and no reports are due.

Respectfully submitted,

NATIONAL FINANCIAL SERVICES LLC and
FIDELITY BROKERAGE SERVICES LLC

By their attorneys,

/s/ William W. Fick
Nicholas C. Theodorou (BBO No. 495730)
John A. Shope (BBO No. 562056)
William W. Fick (BBO No. 650562)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 1, 2006.

/s/  William W. Fick