UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAN BERENSON, individually and on behalf of all others similarly situated, and DAVID BERENSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL SERVICES, LLC, a Delaware, Limited Liability Company, and FIDELITY BROKERAGE SERVICES, LLC, a Delaware, Limited Liability Company, and DOES 1-50, inclusive,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No. 04-cv-11311-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

      Please be advised that local counsel for the Plaintiffs Joan Berenson and David Berenson have changed their firm name, mailing address and telephone numbers. The firm information for the undersigned attorney, formerly of Perkins Smith & Cohen LLP, is now:

      Burns & Levinson LLP
      125 Summer Street
      Boston, MA 02110
      Tel: 617-345-3739
      Fax: 617-345-3299

Respectfully submitted,

Dated:   August 21, 2006              /s/
                                                 Susan E. Stenger
                                                 BBO #555552
                                                 BURNS & LEVINSON LLP
                                                 125 Summer Street
                                                 Boston, MA 02110
                                                 617-345-3739

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on August 21, 2006.

/s/
Susan E. Stenger

J:\Docs\81207\00005\01046679.DOC