# United States Court of Appeals
## For the First Circuit

No. 06-1112

JOAN BERENSON, DAVID BERENSON

Plaintiffs, Appellees

v.

NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC

Defendants, Appellants.

**JUDGMENT**

Entered: April 27, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appeal is dismissed for lack of jurisdiction.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 18 2007

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Martin, Mr. Nemser, Mr. Costello, Ms. Smith, Mr. Rubel, Mr. McWilliams, Ms. Stenger, Mr. Shope, Mr. Theodorou, Mr. Cole, Mr. Frederick & Mr. Hessick.]