IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN BERENSON and DAVID BERENSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NATIONAL FINANCIAL SERVICES LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1-50, inclusive,

Defendants.

Civil Action No. 04 CV 11311 (WGY)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated and agreed by and between the parties to this action that this action shall be, and hereby is, dismissed with prejudice, with each party bearing its own costs and attorneys' fees, and waiving all rights of appeal.

JOAN BERENSON and DAVID BERENSON,

By their attorneys,

/s/ [signature]
Douglas A. Rubel (*pro hac vice*)
JOHANSON BERENSON LLP
201 Shannon Oaks Circle
Suite 200
Cary, North Carolina 27511
(919) 654-4544

Susan E. Stenger (BBO #555552)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3739

NATIONAL FINANCIAL SERVICES LLC and FIDELITY BROKERAGE SERVICES LLC,

By their attorneys,

/s/ [signature]
Nicholas C. Theodorou (BBO #495730)
John A. Shope (BBO #562056)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

/s/ [signature]